# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Keyana Wiley, | )<br>) |
| Plaintiff, | ) Case No. 3:21-cv-00599-DWD<br>) |
| v. | )<br>) |
| Wexford Health Sources, Inc., *et al.*, | ) Hon. David W. Dugan<br>) |
| Defendants. | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff, through her undersigned counsel, hereby moves the Court for a 30-day extension of the remaining deadlines for completion of discovery. Defendants do not oppose this motion. A parallel motion is being filed in the *Reed* matter. In support of her motion Plaintiff states:

1. This case is currently in expert discovery, with the following pending deadlines, pursuant to the Court's June 20, 2024 Order, ECF 176:

    a. Defense expert reports due October 5, 2024

    b. Completion of expert discovery October 17, 2024

    c. Dispositive motions November 22, 2024

2. From the inception of this case Plaintiff has been represented by Loevy + Loevy. The attorney with principal responsibility for this representation has been Mr. Stephen Weil, of that firm.

3. Mr. Weil is departing Loevy + Loevy as of September 13, 2024. The transition process to onboard counsel to Mr. Weil's cases, including this one, has been underway for several weeks.

4. To afford Loevy + Loevy an opportunity to staff new counsel on the case and bring them up to date on the case file, Plaintiff requests an extension of 30 days for the current deadlines.

5. The defendants agree with this request.

WHEREFORE, Plaintiff respectfully requests that the Court extend the following deadlines set forth in ECF 189, by 30 days as set forth below, and provide whatever additional relief is just and necessary:

   a. Defense expert reports from Oct. 5, 2024 to Nov. 5, 2024.

   b. Completion of expert discovery Oct.17, 2024 to Nov. 18, 2024.

   c. Dispositive motions Nov. 22, 2024 to Dec. 23, 2024.

/s/ Stephen H. Weil

Stephen H. Weil
Attorney for Plaintiff

Jonathan Loevy
Stephen H. Weil
Maria Makar
Loevy + Loevy
311 N. Aberdeen Street
Third Floor
Chicago, IL 60607
312-243-5900
weil@loevy.com