Case 3:21-cv-00599-DWD   Document 197-1   Filed 10/22/24   Page 1 of 105   Page
ID #1282
WILEY, et al. v. YOUNG, et al.                    8/16/2024          DR. JUDY SCHMIDT

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EXHIBIT A

KEYANA WILEY,                    )
Administrator of the             )   No.
Estate of OMAR MCCULLOUGH        )   3:211-cv-00599-DWD
#K77858                          )
                                 )   Judge David W.
        Plaintiff,               )   Dugan
                                 )
    -vs-                         )
                                 )
JUSTIN YOUNG, C. WALKER,         )
ANGELA WACHTOR, JUSTIN           )
DUPREY, JANE DOE, WEXFORD        )
HEALTH SOURCES, INC., and        )
NURSE CYNTHIA,                   )
                                 )
        Defendants.              )
                                 )

Taken at 1015 Mount Avenue
Suite B
Missoula, Montana
Friday, August 16, 2024 - 8:00 a.m.


D E P O S I T I O N

OF

DR. JUDY SCHMIDT

Reported by Emily Brandon, Jeffries Court
Reporting, Inc., 1015 Mount Avenue, Suite B,
Missoula, Montana  59801, (406) 721-1143,
Freelance Court Reporter for the State of Montana,
residing in St. Ignatius, Montana, jcrcourt@montana.com

Page 11

1      Q.  I think we were provided a timeline.

2           MS. KINKADE:  Did you have a paper copy

3 of that?  Did you give that to me yesterday?

4           MR. WEIL:  I gave that to you yesterday.

5      Q.  (BY MS. KINKADE)  Did you prepare a

6 summary of your opinions in this case?

7      A.  They're in my report.

8      Q.  So, yesterday, in the Lenn Reed case,

9 you had a separate document that you prepared

10 called a summary?

11     A.  Yes.

12     Q.  You did not make that sort of document

13 in this case?

14     A.  No.  I did not make time last night.  We

15 were here pretty late.

16          MR. WEIL:  There's this timeline.

17          THE WITNESS:  Yes.

18     Q.  (BY MS. KINKADE)  So after preparing

19 this report, you didn't review any additional

20 records or literature?

21     A.  That's correct.

22     Q.  Did you create any other documents,

23 other than this report and the timeline?

24     A.  No.  No.

25     Q.  Yesterday, we talked a little bit about

WILEY, et al. v. YOUNG, et al.                                    DR. JUDY SCHMIDT

Page 56

1  Pinckneyville Correctional Center?

2      A.   My understanding --

3           MR. WEIL:   Object to form.

4      A.   I understand that Wexford employs the

5  people at the correctional centers.

6      Q.   (BY MS. KINKADE)   Did you assume Wexford

7  employed all the people at the correctional

8  centers?

9      A.   I didn't make that assumption, no.

10     Q.   You discuss an incident in June of 2016

11 where Mr. McCullough presented to the healthcare

12 unit with abdominal pain.

13     A.   Yes.

14     Q.   He was seen by different practitioners,

15 include Angel Rector, correct?

16     A.   That's correct.

17     Q.   And Dr. Scott; is that correct?

18     A.   Yes, and Nurse Peggy Stewart.

19     Q.   What part of your report are you

20 referring to?

21     A.   My timeline.

22     Q.   Oh, okay.   Did you provide opinions on

23 Peggy Stewart in your report?

24          MR. WEIL:   Object to form.

25     Q.   (BY MS. KINKADE)   Or are you just being

WILEY, et al. v. YOUNG, et al.                8/16/2024                    DR. JUDY SCHMIDT

Page 73

1  don't have to be a doctor to get UpToDate.

2        Q.  There's not access to this article

3  without a paid membership to UpToDate?

4        A.  Right.  You have to pay for it.

5        Q.  And you didn't provide a copy of this

6  article with your report; is that right?

7        A.  Oh, I think I did give you copies of all

8  my articles.  I copied everything.

9        Q.  The report had no articles attached to

10  it.

11        A.  Oh, I subsequently gave him all that

12  information, as requested.

13        MR. WEIL:  We produced it.

14        Q.  (BY MS. KINKADE)  After your report, you

15  provided certain publications.

16        A.  Everything.  I gave you everything.  I

17  gave you the -- everything.

18        Q.  There's two things going on here:  One

19  is, at the time of your report -- You know there

20  was a deadline for when your report was due,

21  right?

22        A.  Yes, I think so.

23        Q.  And your report was late.  You know

24  that, right?

25        A.  Oh, I don't know.

WILEY, et al. v. YOUNG, et al.                    8/16/2024                    DR. JUDY SCHMIDT

Page 74

1      Q.  At that time, you don't provide all the
2  publications that you relied on?
3      A.  I wasn't asked to provide them.  I was
4  asked to provide them after I wrote the report,
5  and I provided everything.  I don't know the exact
6  date, but I could look it up.
7      Q.  You know without a membership this
8  report isn't available?
9      A.  You have to pay to get UpToDate, but I
10 gave you that information before today.
11     Q.  I have yet to see it.  But I reached out
12 after -- just a day or two before your
13 depositions, because these articles were not
14 available -- made available; are you aware of
15 that?
16     A.  I emailed all references on 8/3/24,
17 according to my information.
18     Q.  Including this UpToDate article?
19     A.  I sent all references on 8/3/24.
20     Q.  And you're confident of that?
21     A.  Yes.
22     Q.  So they should have been available on
23 August 6th, 2024?
24     A.  Yes.  That's what I've got in my notes.
25     Q.  So in this article, where were you

WILEY, et al. v. YOUNG, et al.                8/16/2024                    DR. JUDY SCHMIDT

Page 88

1          Q.   So 4/12, he reported acid reflux?

2          A.   That's what I have, yeah.

3          Q.   A history of 10 years of it?

4          A.   Yes.

5          Q.   Is acid reflux abdominal pain?

6          A.   Could be.

7          Q.   Did Mr. McCullough report abdominal pain

8  with his acid reflux?

9          A.   I don't know.

10         Q.   The subjective on April 12, 2016, says,

11 "I get acid in my throat."

12         A.   Mm-hmm.

13         Q.   Is that a yes?

14         A.   Oh, I'm sorry.  Do you want me to look

15 at the note?  I'm sorry.  What do you want?

16         Q.   I don't know if you have it in your

17 timeline or not.  If you need to look at the note,

18 I can provide it to you.

19              But the question is, Mr. McCullough

20 stated, "I get acid in my throat"?

21         A.   I'd like to look at the note, if I may.

22         Q.   This is Wiley DCC MR 11.

23         A.   Okay.  And your question is, what does

24 the note say?

25         Q.   I read the subjective portion.  Read the

WILEY, et al. v. YOUNG, et al.                 8/16/2024                        DR. JUDY SCHMIDT

Page 104

1   like I said, 6/22/17.  So there's no notes in that

2   interim to tell me what's going on with that lower

3   quadrant abdominal pain, so I don't know.  But I

4   know there's a note from 1/3/19 that he reported

5   constipation and abdominal pain.

6        Q.  Because he reported a history of

7   abdominal pain in 2017, that makes you believe he

8   reported abdominal pain in 2018 and it wasn't

9   documented?

10        A.  It makes me wonder what was going on

11  with his abdominal pain exactly in 2018.  I mean,

12  did he -- he just kept getting reassured that he

13  was okay and take fiber and fluids and stuff.  We

14  don't have any medical record in there to help us

15  out.

16        Q.  Well, we have medical records from 2018.

17  Just none of them talk about abdominal pain,

18  right?

19        A.  I've only got a record from 3/29/18 that

20  said he's HIV negative.  I don't have anything

21  else that we haven't discussed.

22        Q.  And you're looking at your timeline?

23        A.  Yeah.

24        Q.  So we talked about, on January 2nd,

25  2018, he was seen for prostate issues?

WILEY, et al. v. YOUNG, et al.                    8/16/2024                    DR. JUDY SCHMIDT

Page 107

1         A.   It says intake screening.

2         Q.   It's got his weight and vitals and
3    questions about his health status?

4         A.   It's got his weight and vital signs,
5    yes.

6         Q.   And you don't see on there a report of
7    abdominal pain?

8         A.   No.

9         Q.   Before we transition to Danville, what
10   note were you referencing that you said he
11   reported pain for a year prior to 2017?

12        A.   The 6/22/17 note.

13        Q.   Oh, that's the left-lower quadrant pain?

14        A.   Yes.  Lower quadrant abdominal pain and
15   episodes of constipation and diarrhea, one year.

16        Q.   It says there are episodes -- So I'll
17   show this to you, but -- because you're reading
18   from a timeline, so I just want to make sure.

19            Page 18 says, self-reports left-lower
20   quadrant abdominal pain times one year.  Under
21   objective, it says, reports a moderate -- I don't
22   know what that word.  You might have to help me
23   with it -- pain to the left-lower quadrant with
24   episodes of constipation/diarrhea.  Tell me if I
25   got that right or wrong.

WILEY, et al. v. YOUNG, et al.                                                    DR. JUDY SCHMIDT

Page 120

1      A.  No.  The alkaline phosphatase was
2 elevated at 129, with normal 40 to 125.  She had
3 that, I think, at the top of her sheet, if I
4 remember correctly.
5      Q.  This is -- I'm showing you 6 and 7,
6 because maybe I'm not seeing what you're talking
7 about.
8      A.  Oh, she wrote AST, but it's alk phos.
9 She actually wrote AST, but it's actually the alk
10 phos.
11      Q.  The alk phos was 129?
12      A.  Yeah.
13      Q.  You don't write down the page numbers of
14 the records you review in your timeline, do you?
15      A.  I don't.
16      Q.  I believe this is the lab you're
17 referring to.  It's page 223.
18      A.  Okay.  Yeah.  Right.  The alk phos was
19 129.
20      Q.  And what's the most common causes
21 of -- First, let me ask you this:  Is that a
22 minimally, moderately or seriously elevated alk
23 phos?
24      A.  That's an elevated alkaline phosphatase.
25 The guidelines doesn't say to do something

WILEY, et al. v. YOUNG, et al.     8/16/2024     DR. JUDY SCHMIDT

Page 129

1     A.  I just said that he had metastatic colon
2 cancer at that point, 1/3/19.  He had constipation
3 and abdominal pain.
4     Q.  So your report then jumps to June 2019.
5     A.  You're on page 32?
6     Q.  Yeah.
7     A.  Okay, thank you.
8     Q.  So I'm not seeing, unless I'm missing
9 it, further discussion about Ms. Moton.
10    A.  No, I don't think so.
11    Q.  Okay.  And then I'm not seeing any
12 further discussion about care provided at
13 Danville, and tell me if I'm missing it.
14    A.  In my discussion?
15    Q.  Mm-hmm.
16    A.  In my discussion, I just -- I went from
17 January to June in the discussion section of the
18 report.
19    Q.  Okay.  And is your --
20    A.  Oh, sorry.  In the timeline, I went over
21 the other notes.  Like, especially that 2/20/19
22 nurse note I just mentioned.
23    Q.  Well, what is the purpose of your
24 discussion section of your report?
25    A.  Just to discuss some of the pertinent

1  findings.  Compliment the timeline.

2       Q.  And then in your conclusion section --

3  What's the conclusion section intended to tell us?

4       A.  Some of the conclusions.

5       Q.  Your overarching opinions?

6       A.  Some of them, yes.

7       Q.  It talks about a diagnosis in January of

8  '17, and your opinion as to his prognosis in

9  January of '17 if diagnosed, right?

10      A.  Yes.

11      Q.  Then it jumps to January 2019; do you

12 see that?

13      A.  I'm sorry.  What?  Can you go back a

14 little bit?  I apologize.

15      Q.  I just said, it jumps to January 2019.

16      A.  You're talking about my conclusion and

17 what I talk about?

18      Q.  Yes.

19      A.  I talk about January 2017.  I talk about

20 June 2017.

21      Q.  Show me where --

22      A.  What?

23      Q.  Show me where you talk about June 2017.

24      A.  It's in the middle of the conclusion

25 section, "By June 2017."

Page 140

1  gears a little bit, and I want to talk to you
2  about doubling time.
3          What is doubling time?
4          A.  Doubling time, in reference to what
5  we're doing here, is the doubling time of volume
6  of a tumor.
7          Q.  And how -- Tell me everything you know
8  about that.
9          A.  Doubling time data, some of the original
10 papers are back in 1956.  It's a logarithmic
11 formula.  Dr. Schwartz, Dr. Collins and others
12 have written extensively on it.  UpToDate talks
13 about it.  It's something we use in cancer
14 medicine.  Certain cancers have certain doubling
15 times, average doubling times.
16         Q.  What is the formula?
17         A.  It's a logarithmic formula I don't have
18 memorized.
19         Q.  Do you use the formula yourself?
20         A.  No.  Thank God, there's a computer
21 program I can just punch in the numbers, and it
22 all comes out for me.
23         Q.  Is that the website that you listed in
24 your report?
25         A.  That radclass.mudr is the website I use.

WILEY, et al. v. YOUNG, et al.        8/16/2024                    DR. JUDY SCHMIDT

Page 141

1       Q.  So what's the premise?  Like, what is
2  the concept behind doubling time and how it can
3  tell us about what cancer does?
4       A.  Doubling time is the doubling of volume
5  of the tumors.  It's a logarithmic formula.  I'm
6  not sure what else you're asking me.  We use it to
7  estimate the size of tumors at different times.
8  So different tumors have different doubling times.
9  Bolin has done work in colon cancer and other
10  people.
11       Q.  When you say that the doubling time is
12  the amount of time it takes a tumor to double in
13  volume, how does that relate to the size of the
14  tumor?
15       A.  Well, in the computer program, thank
16  goodness, we can use either diameter of the tumor
17  or volume of the tumor and calculate the doubling
18  time.
19       Q.  Is the formula different for volume as
20  it is for size?
21       A.  For diameter?  I'm not sure of that.  I
22  don't know the intricacies of the website,
23  logarithmic protocol.  I'm sorry.  I'm just not a
24  mathematician.
25       Q.  Correct me if I'm wrong, but it sounds

1  like you don't know the method for determining the

2  doubling time based on the size of a tumor?

3      A.  Yes.  It's a logarithmic formula, and

4  people like Dr. Schwartz and Dr. Collins --

5  there's literature -- You can look up the

6  logarithmic formula in that literature, if you'd

7  like.  And then, thank goodness, there's a

8  website, radclass.mudr.org, that we can

9  actually -- it's a computer program -- you can

10  actually put in either diameter or volume, and you

11  can get the doubling time of the tumors.

12      Q.  And I understand those things exist.

13          But as for your knowledge, are you an

14  expert in the formula for doubling time of a tumor

15  based on its size?

16          MR. WEIL:  Object to form.

17      A.  I'm not a mathematician.  I don't know

18  logarithmic formulas.  I depend on Dr. Schwartz

19  and Dr. Collins and others to help me out.

20  There's a computer program I can use that gives me

21  the doubling time of the tumors based on their

22  logarithmic formulas.  I'm not a mathematician.

23      Q.  (BY MS. KINKADE)  In order to come to

24  your opinions, you're relying on, one, the

25  formula, right?

Page 143

1          A.   Yes.

2          Q.   And you're also -- It sounds like you're

3    relying on this website that you use to be

4    accurate; is that fair?

5          A.   I use the website to help me with

6    doubling time data.

7          Q.   And if that website was inaccurate, it

8    would affect your opinions?

9          A.   Well, there's no reason to suspect it's

10   inaccurate.  It's data going back to 1956 and

11   Dr. Schwartz's -- the original reports.

12         Q.   That wasn't my question, though.

13         A.   Oh.

14         Q.   If the website's formula is inaccurate,

15   it would affect your opinions?

16         A.   Well, yes.  I mean...

17         Q.   And tell me everything you know about

18   this website.

19         A.   This website is a progression of a

20   previous website we used to use.  There was one

21   written by Dr. Jud previously that used that same

22   logarithmic formula.  And Dr. Jud died of gastric

23   cancer.  And then this website came online and was

24   an exact duplicate of his data, so I switched

25   years ago to this website from Dr. Jud's formulas.

1 it's in there.  Yeah, they just quote the papers.

2 Dr. Jud actually had the logarithmic formula on

3 his website.

4        Q.   What are you looking at right now?

5        A.   The doubling time calculator on

6 radclass@mudr.org.

7        Q.   Okay.  So in your -- Let me back up a

8 second.

9             In your report, you provided doubling

10 time of 112 days, right?

11        A.   Yes, for this case.

12        Q.   So does that mean every 112 days, you

13 expect that Mr. McCullough's tumor doubled in

14 volume?

15        A.   Yeah, that's what I estimated, because

16 it was a poorly-differentiated tumor.

17        Q.   Did it also double in size every 112

18 days?

19        A.   It doubled in volume.  I don't know what

20 you mean by size, but it doubled in volume.

21        Q.   I can be more specific if you need.

22        A.   Okay.

23        Q.   Did it -- Did Mr. McCullough's cancer

24 double in diameter every 112 days?

25        A.   No, that's volume.  It's a volume.  But

Page 146

1  the calculator gives you a diameter as a result.

2      Q.  In this case, did you have the volume

3  for Mr. McCullough's?

4      A.  No, I used diameter.  You can use either

5  in the formula, diameter or volume.

6      Q.  And then at any time, did you learn the

7  volume of Mr. McCullough's cecum tumor?

8      A.  Cecum tumor, no.  I just knew it was

9  6 centimeters at surgery.

10      Q.  And you're doing this doubling time

11  based on the primary cecum tumor; is that right?

12      A.  Yeah.

13      Q.  The doubling time, every 112 days -- Let

14  me ask you this:  Is the concept that tumor cells

15  divide at a predictable rate?

16      A.  They have an average doubling time.  Is

17  that what you're asking?

18      Q.  Yes.

19      A.  Yes.  They have an average doubling

20  time.

21      Q.  And by that, it means the cells are

22  dividing every 112 days?

23      A.  Roughly, average.

24      Q.  So if you have one, it divides into two,

25  right?

WILEY, et al. v. YOUNG, et al.                8/16/2024                DR. JUDY SCHMIDT

Page 147

1      A.   Yes.

2      Q.   If you have two, now we're dividing into

3  four?

4      A.   Sure.

5      Q.   Right.  Okay.

6      A.   But we're talking about volume.

7      Q.   Okay.  And --

8      A.   And it's a logarithmic formula.  I wish

9  I was more of a mathematician for you, but I'm

10  not.

11      Q.   And you don't know the formula for the

12  volume?

13      A.   I don't have it here with me today, but

14  it's on Dr. Schwartz's original publication in

15  1956 and written by others.

16      Q.   Is anything that I just said wrong,

17  where it divides into two and two divides into

18  four?

19      A.   Well, it's just volume doubling.  It's

20  the volume doubling of the tumor.

21      Q.   And how is that different from what I'm

22  saying?

23      A.   I just want to clarify that it's volume.

24  That's all.

25      Q.   How do you determine volume of a tumor?

Page 148

1      A.   You need three dimensions of the tumor.

2      Q.   Are there -- What are the three

3 dimensions that you need?

4      A.   Like the height and -- like the height,

5 the weight -- It's three-dimensional to do volume.

6 I always do diameter, because that's what we know,

7 6 centimeters.

8      Q.   And then what data did you put into the

9 calculator in order to come up with your results?

10      A.   That -- We know what day it's

11 6 centimeters.  We know that that was 6/28/19.

12 And then we're looking for a certain doubling

13 time.  Then I'll put in the date that I'm curious

14 of, and then I'll put in different numbers in that

15 first date until I come up with the doubling time

16 for that particular tumor.

17         So a poorly-differentiated tumor

18 typically has a doubling time of about 100 days.

19 112 within that one study I quoted, Burke.

20      Q.   So I'm looking at the calculator like

21 you have in front of you.  It looks like there's a

22 first examination section.

23      A.   Yeah.

24      Q.   So what numbers did you put in for the

25 date?

1    Q.  For the first box, what did you put in?

2    A.  Well, so I've got, for example,

3 4/1/2017, and then I put in 28/6/2019,

4 60 millimeters, and then put in different numbers

5 in that diameter for that first exam until I get

6 the doubling time of 112 days.  That's what I do.

7    Q.  Do you have the results of the

8 calculations here with you?

9    A.  Yeah.  I thought I supplied all that.

10    Q.  I don't have all that.  So can you

11 provide me -- Let's take a break, actually,

12 because this is pretty important.  Can you pull

13 all the results that you got from this radclass

14 input data, and let's make a quick copy of it.

15    A.  Sure.  The 112-day one, or do you want

16 all of them?

17    Q.  I want all of them.

18    A.  Okay, sure.

19        (Whereupon, the proceedings were in

20 recess at 11:53 a.m. and subsequently reconvened

21 at 12:00 p.m., and the following proceedings were

22 entered of record:)

23 EXHIBITS:

24        (Deposition Exhibit Number 3 marked for

25 identification.)

Page 151

1    Q.  (BY MS. KINKADE)  So the first page, we

2 see of Exhibit 3, which is a doubling time

3 calculation of growth rate of a lesion or mass,

4 correct?

5        MR. WEIL:  Exhibit 3 is which document?

6        MS. KINKADE:  The whole packet.

7        MR. WEIL:  Got it.

8    Q.  (BY MS. KINKADE)  Is that right?

9    A.  Yes.

10    Q.  And then on this first page, the first

11 examination date is June 3rd of 2016?

12    A.  Yes.

13    Q.  And I should comment that they do day,

14 month, year.

15    A.  Yes.

16    Q.  Why did you pick June 3rd of 2016?

17    A.  That was an important date of the

18 timeline.  I wanted to know what the size of the

19 tumor was on that date.  That's when he was seen

20 by the prison.

21    Q.  And then you put a diameter of

22 6 millimeters.  What is that from?

23    A.  What I explained is I put the date in, I

24 put the date that I know the tumor was

25 60 millimeters, 6/29/19, and then you put

WILEY, et al. v. YOUNG, et al.                8/16/2024                DR. JUDY SCHMIDT

Page 152

1 different numbers in under diameter until you get

2 your doubling time, which is 112 days.

3       Q.  So --

4       A.  Do you see where the doubling time is

5 112 days on there, days in between study and --

6       Q.  Yeah.  So we're going to really have to

7 break this down.

8            So my question was, where did the

9 diameter of 6 from first examination come from?

10       A.  Just what I just said.  I just explained

11 it.

12       Q.  You selected that number?

13       MR. WEIL:  Object to form.

14       A.  Yeah.  5 doesn't give you 112 days.  7

15 doesn't give you 112 days.  6 gives you an 112-day

16 doubling time.

17       Q.  (BY MS. KINKADE)  Okay.  So for this

18 first page, it looks like you're trying to learn

19 if he had a tumor on June 3rd, 2016, and if it was

20 6 millimeters in diameter, what was the doubling

21 time of his cancer --

22       MR. WEIL:  Object to form.

23       Q.  (BY MS. KINKADE) -- is that right?

24       A.  Not really.  What I wanted to do was --

25 I know the tumor was 60 millimeters on 6/28/19.

WILEY, et al. v. YOUNG, et al.                8/16/2024                    DR. JUDY SCHMIDT

Page 153

1  My question was -- I know it's a stage I disease

2  in 2016, but I was curious what the size of the

3  tumor was.  So I put in the date 6/3/16, and then

4  I put different numbers in under diameter until I

5  got 112, which is the doubling time that I

6  estimated of this tumor.  So the tumor measured

7  approximately 6 millimeters on 6/3/16.  Did that

8  help?  That's how you use it.

9       Q.  The number -- So I don't have any

10 questions about the numbers for the second

11 examination, okay?

12      A.  Uh-huh.

13      Q.  The numbers for the first examination,

14 you've told me you picked the date because you

15 thought it was important.

16      A.  Yeah.

17      Q.  And Mr. McCullough was seen on 6/3/2016?

18      A.  Correct.

19      Q.  The number 6 millimeters in diameter for

20 June 3rd, 2016, that's a number that you input

21 into the calculator, right?

22      A.  Right.

23      Q.  And that number 6 millimeters does not

24 come from any of the records?

25      A.  No.  It comes from looking for a

Page 154

1 doubling time of 112 days for a

2 poorly-differentiated tumor.

3      Q.  So you put in the number 6 as a

4 guesstimate to try and find a doubling time that

5 made sense to you?

6      A.  That made 112 days.

7           MR. WEIL:  Object to form.

8      A.  5 didn't, 7 didn't, 6 did.

9      Q.  (BY MS. KINKADE)  And so according -- Is

10 that what you did for all these searches?

11      A.  Yeah.  I wanted to know the times -- the

12 tumor size at different dates based on different

13 doubling times.

14           I also did -- just for information,

15 Dr. Bolin talks about 130-day doubling time.  Just

16 for information, put the tumor size in based on

17 his data.  But a poorly-differentiated tumor grows

18 faster, so I used the 112 as the critical doubling

19 time.

20      Q.  And so on this first page, this

21 calculator is telling us that if the tumor was

22 6 millimeters on June 3rd, 2016, and 60

23 millimeters on June 28, 2018, the doubling time

24 would be 112 days?

25      A.  Right.

WILEY, et al. v. YOUNG, et al.                    8/16/2024                    DR. JUDY SCHMIDT

1          MR. WEIL:  Object to form.

2       Q.  (BY MS. KINKADE)  The second page, which

3   is the back of page 1, for first examination, you

4   put in January 4th of 2017?

5       A.  Yes.

6       Q.  You put in 9.3 millimeters?

7       A.  Yes.

8       Q.  Where did you get that number from?

9       A.  The same way I did it in the previous.

10  9 doesn't work, 10 doesn't work.  You try 9.3, you

11  get 112 days.

12       Q.  So is it fair to say you conducted more

13  computations other than the ones you printed off?

14       A.  Well, I'm just curious about the 112

15  doubling time, so, yeah, I'm not going to put in

16  all those numbers.  No sense.

17          MR. WEIL:  Object to form.

18       A.  We wanted 112 days, so that's the number

19  you get, 9.3.

20       Q.  (BY MS. KINKADE)  So you did more

21  computations than what you printed off, but you

22  printed off the ones that equalled 112-day

23  doubling time?

24          MR. WEIL:  Object to form.

25       A.  Yes.  And like I said, I also gave you

Page 156

1 130-day.

2    Q.  (BY MS. KINKADE)  So the second page,

3 which is the back of the first page, the diameter

4 of 9.3 millimeters is a number that you put in in

5 an attempt to reach 112 days?

6    A.  Yes, for that date, right.

7         MR. WEIL:  Object to form.

8    Q.  (BY MS. KINKADE)  And 9.3 is not a

9 number you found in the records for the diameter

10 of his cancer?

11   A.  No.

12   Q.  On the third page, you put in June 22nd,

13 2017?

14   A.  Yes.

15   Q.  And this diameter of 13 millimeters, is

16 that a number that you put in in attempt to reach

17 112 days?

18        MR. WEIL:  Object to form.

19   A.  Precisely.

20   Q.  (BY MS. KINKADE)  That number for the

21 diameter is not based on any of the records you

22 reviewed?

23        MR. WEIL:  Object to form.

24   A.  Right.

25   Q.  (BY MS. KINKADE)  The next page, the

WILEY, et al. v. YOUNG, et al.                    8/16/2024                    DR. JUDY SCHMIDT

Page 157

1 first examination date is June 22nd, 2017; do you

2 see that?

3        A.  Yes.

4        Q.  You put in 16 diameters?

5        A.  16 millimeters under diameter?

6        Q.  Sorry.  Yes, correct.

7        A.  Yes.

8        Q.  And you put in 16 millimeters to try and

9 reach a doubling time of 130 days?

10       A.  Right.

11       Q.  And that 16 millimeters is not based on

12 anything you saw in the records, correct?

13           MR. WEIL:  Object to form.

14       A.  Correct.

15       Q.  (BY MS. KINKADE)  The next page, the

16 first examination date is January 4, 2017.

17       A.  Yes.

18       Q.  You put in 12 millimeters to attempt to

19 reach 130-day doubling time?

20       A.  Yes.

21       Q.  And that 12 millimeters is not based on

22 anything you reviewed in the records, correct?

23       A.  Correct.

24       Q.  The next page is June 3rd, 2016.  You

25 put a diameter of 8 millimeters; is that right?

Page 158

1      A.  Yes.

2      Q.  And you did that in attempt to reach

3 130-day doubling time?

4      A.  Yes.

5      Q.  And that 8 millimeters is not based on

6 anything you reviewed in the records, correct?

7      A.  Correct.

8      Q.  The next page is June 22nd, 2017, and

9 you put a diameter of 27 millimeters?

10      A.  Yes.

11      Q.  And were you trying to reach a doubling

12 time of 213 days?

13      A.  Yes.  211 days is the median doubling

14 time of colon cancer in Dr. Burke's study, with a

15 range of 112 to 404.  But I thought it would be

16 interesting for you to see if this was an average

17 colon cancer, which it wasn't, it was a

18 poorly-differentiated tumor, the difference in

19 size based on that.

20      Q.  And that 27 millimeters in diameter is

21 not based on anything you saw in the records,

22 correct?

23      A.  Correct.

24      Q.  The next page is January 4, 2017, and

25 you put 22 millimeters; is that right?

WILEY, et al. v. YOUNG, et al.                                                DR. JUDY SCHMIDT

Page 159

1          A.   Yes.

2          Q.   In an attempt to reach a doubling time

3    of 218 days?

4          A.   Yeah, as close as I could to 211,

5    uh-huh.

6          Q.   And that 22 millimeters is not based on

7    anything that you reviewed in the records,

8    correct?

9          A.   Correct.

10         Q.   Looks like there's one more.  June 3rd,

11   2016, on the last page; do you see that?

12         A.   Yes, I do.

13         Q.   You put a diameter of 18 millimeters; is

14   that right?

15         A.   Yes.

16         Q.   And you did that in an attempt to reach

17   211 days doubling time?

18         A.   Right.

19         Q.   And that 18 millimeters is not based on

20   anything that you reviewed in the records,

21   correct?

22         A.   Correct.

23         Q.   Did you do anything else to prepare your

24   doubling time calculation of growth on page 27 of

25   your report?

Page 160

1      A.   Excuse me.  Did I do anything else?

2      Q.   Yes.

3      A.   No.  You're seeing the conclusions there

4 summarized.

5      Q.   So this doubling time calculation is

6 solely based on the computations from radclass

7 that we just looked at in Exhibit 3?

8      A.   Yes.  Those are the numbers summarized.

9      Q.   And the reason -- So you'll see on the

10 left, there's different dates given, right?

11      A.   Yes.

12      Q.   Those aren't 112 days apart?

13      A.   What?

14      Q.   Those dates are not 112 days apart from

15 each other?

16      A.   No.  Those are just the pertinent dates

17 in the medical records we just discussed.

18      Q.   And those are the dates you decided to

19 put into the calculator on the radclass website?

20      A.   Yes.

21      Q.   You'd agree with me that per this

22 computation that you did, the diameter of the

23 tumor is not doubling every 112 days, correct?

24      A.   It's a logarithmic formula, so I depend

25 on the formula.  I don't -- That -- It's a

Page 161

1 logarithmic formula.

2      Q.  First just answer the question, you
3 would agree that this chart you made, the tumor is
4 not doubling in diameter every 112 days?

5      A.  It's a volume measurement, not diameter.
6 But you can calculate diameter instead of volume.

7           MR. WEIL:  Object to form.

8      Q.  (BY MS. KINKADE)  On your chart at the
9 top of page 27, there's no volumes listed; is that
10 correct?

11      A.  Correct.  We just want to know the
12 diameter.

13      Q.  Can you tell me the volume of this tumor
14 on any of these days?

15      A.  No.  I don't have all those three
16 dimension.

17      Q.  What you're measuring in this chart is
18 the diameter, correct?

19      A.  Correct.

20      Q.  And according to this chart, the
21 diameter is not doubling every 112 days, correct?

22      A.  It's the volume that's doubling every
23 112 days.

24      Q.  I'm going to ask my question again.

25           According to this chart, the tumor is

Page 162

1 not doubling in diameter every 112 days; isn't

2 that right?

3        A.   The measurement is volume, not diameter,

4 but you can calculate diameter on the formula.

5        Q.   You keep saying that, but that's not

6 what my question is.  So the question is about the

7 chart that you have listed.

8        A.   Yeah.

9        Q.   The chart you have listed is tumor

10 measurements by millimeter, right?

11        A.   Yes.

12        Q.   Millimeter is a measurement of distance?

13        A.   It's a measurement, correct.

14        Q.   And it's a measurement that you use to

15 calculate the diameter of a tumor?

16        A.   At different time periods, we use this

17 formula, yes.

18        Q.   According to this chart, on June 3rd,

19 2016, under the 120 days column, you have the

20 tumor being 6 millimeters?

21        A.   You mean 112 days?

22        Q.   Yes.

23        A.   Yes.  It was approximately 6 millimeters

24 6/3/16.

25        Q.   And on January 4th, 2017, you have the

Page 163

1  tumor being 9.3 millimeters?

2       A.  Yes.

3       Q.  And on June 22nd, 2017, you have the

4  tumor being 13 millimeters?

5       A.  Yes, with a doubling time of 112 days.

6       Q.  From June 3rd to January 4th, how much

7  time has passed?

8       A.  About six months.  Let's see.  Six,

9  seven months.

10      Q.  In your chart, in seven months, the

11 tumor has not doubled in size; is that correct?

12      A.  The volume doubling time, I

13 really -- I'm so sorry.  I don't know how to tell

14 you this differently.  It's a volume measurement

15 with a logarithmic formula.  So those are the best

16 numbers that I can give you.  I can't explain it

17 otherwise.  I'm not a mathematician.  I apologize.

18      Q.  I understand.  I'm asking you about what

19 you wrote on your chart.

20      A.  Yes.

21      Q.  So what you wrote on your chart is that

22 in seven months, Mr. McCullough's tumor did not

23 double in diameter, correct?

24      A.  The tumor increased from 6 millimeters

25 to 9.3, 6/3/16 to 1/4/17, roughly, with a 112-day

Page 164

1 doubling time.

2      Q.  And that is not -- So that indicates,
3 according to your chart, that his tumor did not
4 double in diameter in seven months, correct?

5      A.  I'm sorry.  I don't know how to answer
6 you otherwise.  I apologize.  I've given you the
7 best answer I can.

8      Q.  What is -- I mean, I think the problem
9 is you're trying to answer a different question
10 than the one I'm asking.

11           Is there something about my question
12 that you're not understanding?

13      A.  Yeah.  I don't think you're
14 understanding that this is a volume measurement
15 and that these are diameters and that the
16 calculator can give you diameters or volume
17 depending on what you put in, that it increased
18 with 112-day doubling time from 6 to 9.3 from 6/3
19 to 1/4.  I don't have anything else to tell you.
20 That's all I can tell you.

21      Q.  And I'm not asking about any of those
22 things.  I'm not asking -- I'll ask you about
23 volume next, and then you can tell me you don't
24 know what the volume is.  But right now, I'm
25 asking you about diameter, because that's the only

Page 165

1  data you've provided in this chart, right?

2        A.   Yes.

3        Q.   You don't provide volume?

4        A.   Correct.

5        Q.   So the data you provide in this chart

6  shows that Mr. McCullough's tumor did not double

7  in size every seven months, correct?

8        A.   What I gave you in the chart is for

9  112-day doubling time, volume doubling time.  It

10 increased from 6 millimeters to 9.3 millimeters,

11 6/3/16 to 1/4/17.  That's what I gave you.

12       Q.   And that, according to you, his tumor

13 did not double in size in seven months' time?

14       A.   It went from 6 to 9.3 from June 3rd to

15 1/4, okay?

16       Q.   What was its volume on June 3rd, 2016?

17       A.   I don't have the volume.

18       Q.   What was the volume of his tumor on

19 January 4th, 2017?

20       A.   I don't have the volume.

21       Q.   What the volume on June 22nd, 2017?

22       A.   I don't have the volume.

23       Q.   What was the volume on June 28, 2019?

24       A.   I don't have the volume.

25       Q.   Is there any way that you can determine

WILEY, et al. v. YOUNG, et al.                    8/16/2024                    DR. JUDY SCHMIDT

Page 166

1  it?

2      A.  No.

3      Q.  At any of these times?

4      A.  No.

5      Q.  What is the correlation between the size
6  and the volume of a colorectal cancer?

7      A.  I don't know how to answer that.  I
8  don't know what you mean.

9      Q.  Well, if -- Here, it appears to me that
10 you're attempting to measure volume by diameter,
11 right?

12     A.  No.  The computer uses diameter.

13     Q.  It uses diameter to --

14     A.  You can use diameter or volume to
15 calculate the doubling times.

16     Q.  Since you didn't have volume, you used
17 the diameter --

18     A.  Yes.

19     Q.  -- to calculate the doubling time for
20 the volume of the tumor?

21     A.  Right.  These are volume doubling times.

22     Q.  So there must be some correlation
23 between diameter and volume that can allow you to
24 cross-reference for one set of data to represent
25 the other?

Page 167

1    A.  Yeah.  I'm -- I'm not a mathematician.
2 The logarithmic formula is -- I just don't
3 understand it.  I'm so sorry.
4    Q.  If you don't know, that's a valid
5 answer.
6    A.  Thank you.
7    Q.  So in your -- Do you know if one
8 measurement is more accurate than the other to
9 calculate doubling time?  And by that, I mean
10 either diameter or volume.
11    A.  I don't know.  I don't think so.
12    Q.  Can you tell me how the doubling time
13 formula was discovered?
14    A.  Oh, boy.  It was a great paper in 1956.
15 I've looked at it, but it's been years since I've
16 looked at it.  I just know it's a logarithmic
17 formula.
18    Q.  Do you know what methodology they used
19 in determining the doubling time?
20    A.  I just know it's a logarithmic formula.
21    Q.  So you don't know what methodology they
22 use to determine that logarithmic formula?
23    A.  I just know it's a logarithmic formula.
24    Q.  Is this formula also known as
25 exponential growth formula?

WILEY, et al. v. YOUNG, et al.                8/16/2024                    DR. JUDY SCHMIDT

Page 168

1        A.   I don't know.

2        Q.   Is it also known as Collins' law?

3        A.   Yeah, Collin has worked on it, I know.

4        Q.   Do you -- When I did a search for what
5   this formula is, it revealed that the formula is
6   DT=(ln 2)/r; are you familiar with that?

7        A.   I don't remember the formula.  I'm so
8   sorry.  I just know it's logarithmic.

9        Q.   And what do you mean when you say it's
10  logarithmic?

11       A.   There's logarithmic components to the
12  formula.

13       Q.   What do you mean by that?

14       A.   I don't know logs anymore.  I'm not a
15  mathematician.  I just know it's what's called
16  logarithmic.

17       Q.   Do you know what any of the symbols in
18  the formula mean?

19       A.   I just know it's a logarithmic formula.
20  I'm not able to give you any more specifics about
21  the formula.

22       Q.   I'm going to come back to it in a
23  second.

24            These Memorial Sloan results that you
25  provided today, do these relate to doubling time?



## Classifications, online calculators, and tables in radiology

Welcome | Book pages | Tags | Calculators | Random page

> Home > Tags > x-ray

**Navigation**
List of classifications
List of calculators
List of tags
List of images
Random page
Requested classifications

**Tags**
abdominal (3)
anatomy (1)
angiography (1)
AO (1)
ARDS (3)
arthritis (3)
arthrosis (3)
biliary (1)
brain (3)
calculator (7)
cardiac (1)
chest (1)
chest x-ray (2)
circulation (6)
classification (10)
criteria (1)
CT (10)
degenerative (1)
fluoroscopy (4)
gastrointestinal (3)
grading (10)
head ()
HRCT (4)
ischaemic (1)
joints (2)
kidney (1)
liver (3)
lung (4)
Mason ()
MRI (10)
musculoskeletal (10)
neoplasia (3)
neuroradiology (3)
pancreas (4)
pediatric (3)
radial ()
radiograph (1)
radius ()
requested (4)
score (4)
spine (1)
spleen (1)
staging (2)
statistics (1)
stroke (1)
technical (1)
temporal bone (1)
trauma (10)
types (10)
ultrasound (5)
urinaceal (1)
urogenital (1)
vascular (1)
x-ray (10)

### Doubling time - calculation of growth rate of a lesion or a mass

calculator · CT · MRI · ultrasound · x-ray

Calculating doubling time of focal lesions or massess can give a hint, whether is has a malignant or rather benign growth dynamics. Doubling time of malignant lesions is between 30 and 500 days with a median of 100 days.

| Calculate | Diameter [mm] | Volume [mm³] |
|---|---|---|
| First examination | Date (d/m/yy)  3/6/2016 | |
| | Diameter [mm]  6 | |
| Second examination | Date (d/m/yy)  today  28/6/2019 | |
| | Diameter [mm]  60 | |
| Calcure doubling time | | |

Days between: 1121
Doubling time: 112 days

### References:

1. Collins VP, Loeffler RK, Tivey H. Observations on growth rates of human tumors. Am J Roentgenol Radium Ther Nucl Med. 1956 Nov;76(5):988-1000.
2. Schwartz M. A biomathematical approach to clinical tumor growth. Cancer. 1961 Dec;14:1272-94.
3. Mehrara E, Forssell-Aronsson E, Ahlman H, Bernhardt P. Specific Growth Rate versus Doubling Time for Quantitative Characterization of Tumor Growth Rate. Cancer Res. 2007 Apr 15;67(8):3970-5.

Didn't find a classification?

Ad served by Google
Ad options
Send feedback
Why this ad?

Popular Searches
For Best Organic
Coffee Creamer
Locate coffee creamer
deals near you. Try now.
LEARN MORE

Image of the day
Tumour of the cervix of uterus, hydronephrosis

5 images

The industrial-grade product you need?
GRAINGER  Find It All Here
plus one million more.

DEPOSITION
EXHIBIT
3
SCHMIDT





# Classifications, online calculators, and tables in radiology

Ad served by Google

## Doubling time - calculation of growth rate of a lesion or a mass

calculator | CT | MRI | ultrasound | x-ray

Calculating doubling time of focal lesions or massess can give a hint, whether it has a malignant or rather benign growth dynamics. *Doubling time of malignant lesions is between 30 and 500 days with a median of 100 days.*

| Calculate | Diameter [mm] | Volume [mm³] |
|---|---|---|
| First examination | Date (d/m/yy) | 4/1/2017 |
| | Diameter [mm] | 9.3 |
| Second examination | Date (d/m/yy) today | 28/6/2019 |
| | Diameter [mm] | 60 |
| Calculate doubling time | | |

**Days between:** 906

**Doubling time:** 112 days

### References:

1. *Collins VP, Loeffler RK, Tivey H. Observations on growth rates of human tumors. Am J Roentgenol Radium Ther Nucl Med. 1956 Nov;76(5):988–1000.*
2. *Schwartz M. A biomathematical approach to clinical tumor growth. Cancer. 1961 Dec;14:1272–94.*
3. *Mehrara E, Forssell-Aronsson E, Ahlman H, Bernhardt P. Specific Growth Rate versus Doubling Time for Quantitative Characterization of Tumor Growth Rate. Cancer Res. 2007 Apr 15;67(8):3970–5.*

Popular Searches For Best Organic Coffee Creamer
Locate coffee creamer deals near you. Try now.
sponsored by: Yahoo Search
LEARN MORE

Image of the day

Tumour of the cervix of uterus, hydronephrosis

Markedly enlarged cervix of uterus with infiltration of parametria, oval fluid-filled cavity of uterus, left sided hydronephrosis, stent in the right ureter.

5 images

The industrial-grade product you need, plus one million more.
GRAINGER
Find it All Here

Case 3:21-cv-00599-DWD    Document 197-1    Filed 10/22/24    Page 42 of 105    Page ID #1330

Doubling time – calculation of growth rate of a lesion or a mass | Classifications, online calculators, and tables in radiology

7/2/24, 9:10 AM

# Classifications, online calculators, and tables in radiology

| Welcome | Book pages | Tags | Calculators | Random page |

Home   Tags   x-ray

**Navigation**

- List of classifications
- List of calculators
- List of tags
- List of images
- Random page
- Requested classifications

**Tags**

- abdominal (3)
- anatomy (1)
- angiography (1)
- AO (1)
- ARDS (2)
- arthritis (3)
- arthrosis (3)
- biliary (1)
- brain (3)
- calculator (7)
- cardiac (1)
- chest (1)
- chest x-ray (2)
- circulation (6)
- classification (10)
- criteria (1)
- CT (10)
- degenerative (1)
- fluoroscopy (4)
- gastrointestinal (3)
- grading (10)
- head ()
- HRCT (4)
- ischemic (1)
- joints (2)
- kidney (1)
- liver (2)
- lung (4)
- Mason ()
- MRI (10)
- musculoskeletal (10)
- neoplasia (3)
- neuroradiology (3)
- pancreas (4)
- pediatric (2)
- radial ()
- radiograph ()
- radius ()
- requested (4)
- score (4)
- spine (4)
- spleen (1)
- staging (2)
- statistics (1)
- stroke (1)
- technical (1)

**Didn't find a classification?**

Request it [here!]

## Doubling time - calculation of growth rate of a lesion or a mass

calculator    CT    MRI    ultrasound    x-ray

Calculating doubling time of focal lesions or masses can give a hint, whether it has a malignant or rather benign growth dynamics. Doubling time of malignant lesions is between 30 and 500 days with a median of 100 days.

| Calculate | ◉ Diameter [mm] | ○ Volume [mm³] |
|---|---|---|
| **First examination** | Date (d/m/yy) | 22/6/2017 |
| | Diameter [mm] | 16 |
| **Second examination** | Date (d/m/yy)  [Today] | 28/6/2019 |
| | Diameter [mm] | 60 |

[ Calculate doubling time ]

**Days between:** 737
**Doubling time:** 129 days

[ Clear ]

### References:

1. Collins VP, Loeffler RK, Tivey H. Observations on growth rates of human tumors. Am J Roentgenol Radium Ther Nucl Med. 1956 Nov;76(5):988–1000.
2. Schwartz M. A biomathematical approach to clinical tumor growth. Cancer. 1961 Dec;14:1272–94.
3. Mehrara E, Forssell-Aronsson E, Ahlman H, Bernhardt P. Specific Growth Rate versus Doubling Time for Quantitative Characterization of Tumor Growth Rate. Cancer Res. 2007 Apr 15;67(8):3970–5.

Doubling time - calculation of growth rate of a lesion or a mass | Classifications, online calculators, and tables in radiology                    7/2/24, 9:05 AM

# Classifications, online calculators, and tables in radiology

Welcome    Book pages    Tags    Calculators    Random page

**Didn't find a classification?**
Request It  here!

Home    Tags    x-ray

**Navigation**

- List of classifications
- List of calculators
- List of tags
- List of images
- Random page
- Requested classifications

**Tags**

abdominal (3)
anatomy (1)
angiography (1)
AO (1)
ARDS (2)
arthritis (3)
arthrosis (3)
biliary (1)
brain (3)
calculator (7)
cardiac (1)
chest (1)
chest x-ray (2)
circulation (6)
classification (10)
criteria (1)
CT (10)
degenerative (1)
fluoroscopy (4)
gastrointestinal (3)
grading (10)
head ()
HRCT (4)
ischemic (1)
joints (2)
kidney (1)
liver (2)
lung (4)
Mason ()
MRI (10)
musculoskeletal (10)
neoplasia (3)
neuroradiology (3)
pancreas (4)
pediatric (2)
radial ()
radiograph ()
radius ()
requested (4)
score (4)
spine (4)
spleen (1)
staging (2)
statistics (1)
stroke (1)
technical (1)

# Doubling time - calculation of growth rate of a lesion or a mass

calculator    CT    MRI    ultrasound    x-ray

Calculating doubling time of focal lesions or massess can give a hint, whether it has a malignant or rather benign growth dynamics. Doubling time of malignant lesions is between 30 and 500 days with a median of 100 days.

| Calculate | | ⦿ Diameter [mm] | ○ Volume [mm$^3$] |
|---|---|---|---|
| **First examination** | Date (d/m/yy) | 4/1/2017 | |
| | Diameter [mm] | 12 | |
| **Second examination** | Date (d/m/yy)  Today | 28/6/2019 | |
| | Diameter [mm] | 60 | |

Calculate doubling time

**Days between:** 906
**Doubling time:** 130 days

Clear

## References:

1. Collins VP, Loeffler RK, Tivey H. Observations on growth rates of human tumors. Am J Roentgenol Radium Ther Nucl Med. 1956 Nov;76(5):988–1000.
2. Schwartz M. A biomathematical approach to clinical tumor growth. Cancer. 1961 Dec;14:1272–94.
3. Mehrara E, Forssell-Aronsson E, Ahiman H, Bernhardt P. Specific Growth Rate versus Doubling Time for Quantitative Characterization of Tumor Growth Rate. Cancer Res. 2007 Apr 15;67(8):3970–5.

http://radclass.mudr.org/content/doubling-time-calculation-growth-rate-lesion-or-mass

Case 3:21-cv-00599-DWD    Document 197-1    Filed 10/22/24    Page 44 of 105    Page ID #1332
Doubling time - calculation of growth rate of a lesion or a mass | Classifications, online calculators, and tables in radiology

7/2/24, 9:04 AM

 **Classifications, online calculators, and tables in radiology**

Didn't find
a classification?
Request it  here!

Welcome   Book pages   Tags   Calculators   Random page

Home   Tags   x-ray

**Navigation**

- List of classifications
- List of calculators
- List of tags
- List of images
- Random page
- Requested classifications

**Tags**

abdominal (3)
anatomy (1)
angiography (1)
AO (1)
ARDS (2)
arthritis (3)
arthrosis (3)
biliary (1)
brain (3)
calculator (7)
cardiac (1)
chest (1)
chest x-ray (2)
circulation (6)
classification (10)
criteria (1)
CT (10)
degenerative (1)
fluoroscopy (4)
gastrointestinal (3)
grading (10)
head ()
HRCT (4)
ischemic (1)
joints (2)
kidney (1)
liver (2)
lung (4)
Mason ()
MRI (10)
musculoskeletal (10)
neoplasia (3)
neuroradiology (3)
pancreas (4)
pediatric (2)
radial ()
radiograph ()
radius ()
requested (4)
score (4)
spine (4)
spleen (1)
staging (2)
statistics (1)
stroke (1)
technical (1)

## Doubling time - calculation of growth rate of a lesion or a mass

calculator   CT   MRI   ultrasound   x-ray

Calculating doubling time of focal lesions or masses can give a hint, whether it has a malignant or rather benign growth dynamics. Doubling time of malignant lesions is between 30 and 500 days with a median of 100 days.

| Calculate | ◉ Diameter [mm] | ○ Volume [mm³] |
|---|---|---|
| **First examination** | Date (d/m/yy) | 3/6/2016 |
| | Diameter [mm] | 8 |
| **Second examination** | Date (d/m/yy)   Today | 28/6/2019 |
| | Diameter [mm] | 60 |

Calculate doubling time

**Days between:** 1121
**Doubling time:** 129 days

Clear

### References:

1. Collins VP, Loeffler RK, Tivey H. Observations on growth rates of human tumors. Am J Roentgenol Radium Ther Nucl Med. 1956 Nov;76(5):988–1000.
2. Schwartz M. A biomathematical approach to clinical tumor growth. Cancer. 1961 Dec;14:1272–94.
3. Mehrara E, Forssell-Aronsson E, Ahlman H, Bernhardt P. Specific Growth Rate versus Doubling Time for Quantitative Characterization of Tumor Growth Rate. Cancer Res. 2007 Apr 15;67(8):3970–5.



# Classifications, online calculators, and tables in radiology

Didn't find
a classification?
Request it [ here! ]

Book pages | Tags | Calculators | Random page

Tags   x-ray

List of classifications
List of calculators
List of tags
List of images
Random page
Requested
classifications

## Doubling time - calculation of growth rate of a lesion or a mass

calculator    CT    MRI    ultrasound    x-ray

Calculating doubling time of focal lesions or massess can give a hint, whether it has a malignant or rather benign growth dynamics. Doubling time of malignant lesions is between 30 and 500 days with a median of 100 days.

| Calculate | | ● Diameter [mm] | ○ Volume [mm$^3$] |
|---|---|---|---|
| First examination | Date (d/m/yy) | 22/6/2017 | |
| | Diameter [mm] | 27 | |
| Second examination | Date (d/m/yy)   Today | 28/6/2019 | |
| | Diameter [mm] | 60 | |

[ Calculate doubling time ]

**Days between:** 737
**Doubling time:** 213 days

[ Clear ]

## References:

1. Collins VP, Loeffler RK, Tivey H. Observations on growth rates of human tumors. Am J Roentgenol Radium Ther Nucl Med. 1956 Nov;76(5):988–1000.
2. Schwartz M. A biomathematical approach to clinical tumor growth. Cancer. 1961 Dec;14:1272–94.
3. Mehrara E, Forssell-Aronsson E, Ahlman H, Bernhardt P. Specific Growth Rate versus Doubling Time for Quantitative Characterization of Tumor Growth Rate. Cancer Res. 2007 Apr 15;67(8):3970–5.

### Tags

abdominal (3)
anatomy (1)
angiography (1)
AO (1)
ARDS (2)
arthritis (3)
arthrosis (3)
biliary (1)
brain (3)
calculator (7)
  cardiac (1)
    x-ray (2)
    fovea (6)
    ulation (10)
      (9)
    ...rative (1)
    ...scopy (4)
  gastrointestinal (3)
  grading (10)
  head ()
HRCT (4)
ischemic (1)
joints (2)
kidney (1)
liver (2)
lung (4)
Mason ()
MRI (10)
musculoskeletal (10)
neoplasia (3)
neuroradiology (3)
pancreas (4)
pediatric (2)
radial ()
radiograph ()
radius ()
requested (4)
  ...e (4)
    (4)
    (1)
    (1)
    (1)
    (1)

REZUROC
(belumosudil) tab

See response
data by
organ syste
in patients
with fibro...
inflammato
manifestation

adverse r
related to
substrate

• Certain P
OATP1B
substrate
coadmini
REZURO
P-gp, OAT
BCRP su
which mi
concentra
Full Prescribi

Case 3:21-cv-00599-DWD   Document 197-1   Filed 10/22/24   Page 46 of 105   Page ID #1334

Doubling time - calculation of growth rate of a lesion or a mass | Classifications, online calculators, and tables in radiology

7/14/24, 1:11 PM

 # Classifications, online calculators, and tables in radiology

Didn't find
a classification?
Request it [ here! ]

| Welcome | Book pages | Tags | Calculators | Random page |

Home   Tags   x-ray

Navigation

List of classifications
List of calculators
List of tags
List of images
Random page
nested
classifications

spinal (3)
biopsy (1)
mammography (1)
ARDS (2)
arthritis (3)
arthrosis (3)
biliary (1)
brain (3)
calculator (7)
cardiac (1)
chest (3)
chest x-ray (2)
circulation (6)
classification (10)
criteria (1)
CT (10)
degenerative (1)
fluoroscopy (4)
gastrointestinal (3)
grading (10)
head ()
PCT (4)
chronic (1)
(2)
(1)
()
(4)
()
(10)
musculoskeletal (10)
dysplasia (3)
neuroradiology (3)
pancreas (4)
pediatric (2)
radial ()
radiograph ()
radius ()
requested (4)
score (4)
spine (4)
spleen (1)
staging (2)
statistics (1)
stroke (1)
technical (1)

## Doubling time - calculation of growth rate of a lesion or a mass

calculator   CT   MRI   ultrasound   x-ray

Calculating doubling time of focal lesions or massess can give a hint, whether it has a malignant or rather benign growth dynamics. Doubling time of malignant lesions is between 30 and 500 days with a median of 100 days.

| Calculate | | ⦿ Diameter [mm] | ○ Volume [mm³] |
|---|---|---|---|
| First examination | Date (d/m/yy) | | 4/1/2017 |
| | Diameter [mm] | | 22 |
| Second examination | Date (d/m/yy)   Today | | 28/6/2019 |
| | Diameter [mm] | | 60 |

Calculate doubling time

**Days between:** 906
**Doubling time:** 218 days

[ Clear ]

### References:

*1. Collins VP, Loeffler RK, Tivey H. Observations on growth rates of human tumors. Am J Roentgenol Radium Ther Nucl Med. 1956 Nov;76(5):988–1000.*
*2. Schwartz M. A biomathematical approach to clinical tumor growth. Cancer. 1961 Dec;14:1272–94.*
*3. Mehrara E, Forssell-Aronsson E, Ahlman H, Bernhardt P. Specific Growth Rate versus Doubling Time for Quantitative Characterization of Tumor Growth Rate. Cancer Res. 2007 Apr 15;67(8):3970–5.*

REZUROC
(belumosudil) tab

See response
data by
organ system
in patients
with fibrotic
inflammatory
manifestation

REZURO
proton pu
decrease
belumost
which ma
efficacy o
REZURO
the dosag
REZURO
mg twice
coadmini:
proton pu

Full Prescrib

Doubling time - calculation of growth rate of a lesion or a mass | Classifications, online calculators, and tables in radiology

7/14/24, 1:09 PM

# Classifications, online calculators, and tables in radiology

Didn't find
a classification?

Request it  [ here! ]

REZUROC
(belumosudil) tab

See response
data by
**organ system**
in patients
with **fibrotic**
**inflamma**
manifesta

Welcome    Book pages    Tags    Calculators    Random page

Home    Tags    x-ray

avigation

List of classifications
List of calculators
List of tags
List of images
Random page
Requested
classifications

## Doubling time - calculation of growth rate of a lesion or a mass

calculator    CT    MRI    ultrasound    x-ray

Calculating doubling time of focal lesions or masses can give a hint, whether it has a malignant or rather benign growth dynamics. Doubling time of malignant lesions is between 30 and 500 days with a median of 100 days.

| Calculate | ⦿ Diameter [mm] | ○ Volume [mm³] |
|---|---|---|
| **First examination** | Date (d/m/yy) | 3/6/2016 |
| | Diameter [mm] | 18 |
| **Second examination** | Date (d/m/yy)   Today | 28/6/2019 |
| | Diameter [mm] | 60 |
| Calculate doubling time | | |

**Days between:** 1121
**Doubling time: 215 days**

[ Clear ]

### References:

1. Collins VP, Loeffler RK, Tivey H. Observations on growth rates of human tumors. Am J Roentgenol Radium Ther Nucl Med. 1956 Nov;76(5):988–1000.
2. Schwartz M. A biomathematical approach to clinical tumor growth. Cancer. 1961 Dec;14:1272–94.
3. Mehrara E, Forssell-Aronsson E, Ahlman H, Bernhardt P. Specific Growth Rate versus Doubling Time for Quantitative Characterization of Tumor Growth Rate. Cancer Res. 2007 Apr 15;67(8):3970–5.

Tags

abdominal (3)
anatomy (1)
angiography (1)
AO (1)
aRDS (2)
    rtis (3)
    osis (3)
    (1)
    (3)
    tur (7)
    se (1)
    (1)
    ray (2)
    lation (6)
    fication (10)
criteria (1)
CT (10)
degenerative (1)
fluoroscopy (4)
gastrointestinal (3)
grading (10)
head ()
HRCT (4)
ischemic (1)
joints (2)
kidney (1)
liver (2)
lung (4)
Mason ()
MRI (10)
musculoskeletal (10)
neoplasia (3)
neuroradiology (3)
    reosis (4)
    ir (2)
    ()
    ash ()
    ()
    ea (4)
    (4)
    a (1)
    g (2)
ristics (1)
stroke (1)
technical (1)

discontin
REZUROO
of patient
nausea (
reactions
dose inte
occurred
patients.
reactions
dose inte
≥ 2% wer
(11%), di

Full Prescri

Case 3:21-cv-00599-DWD    Document 197-1    Filed 10/22/24    Page 48 of 105    Page
ID #1336
Kidney stones in adults: Diagnosis and acute management of suspected nephrolithiasis - UpToDate                    6/23/24, 3:27 PM

 **UpToDate®**    Official reprint from UpToDate®
www.uptodate.com © 2024 UpToDate, Inc. and/or its affiliates. All Rights Reserved.

# Kidney stones in adults: Diagnosis and acute management of suspected nephrolithiasis



**AUTHORS:** Gary C Curhan, MD, ScD, Mark D Aronson, MD, Glenn M Preminger, MD
**SECTION EDITORS:** Michael P O'Leary, MD, MPH, Deborah A Baumgarten, MD, MPH
**DEPUTY EDITOR:** Albert Q Lam, MD

All topics are updated as new evidence becomes available and our peer review process is complete.

Literature review current through: **May 2024.**
This topic last updated: **May 03, 2024.**

## INTRODUCTION

Kidney stone disease (nephrolithiasis) is a common problem in primary care practice. Patients may present with the classic symptoms of renal colic and hematuria. Others may be asymptomatic or have atypical symptoms such as vague abdominal pain, acute abdominal or flank pain, nausea, urinary urgency or frequency, difficulty urinating, penile pain, or testicular pain.

Primary care clinicians need to be alert to the possibility of nephrolithiasis and its consequences to decide upon a diagnostic approach, therapy, and the need for referral to a urologist. These issues will be reviewed here. Other aspects of kidney stones in adults are discussed separately:

- (See "Kidney stones in adults: Epidemiology and risk factors".)

- (See "Kidney stones in adults: Evaluation of the patient with established stone disease".)

- (See "Kidney stones in adults: Surgical management of kidney and ureteral stones".)

- (See "Kidney stones in adults: Prevention of recurrent kidney stones".)

# ETIOLOGY

Eighty percent of patients with nephrolithiasis form calcium stones, most of which are composed primarily of calcium oxalate or, less often, calcium phosphate [1,2]. The other main types include uric acid, struvite (magnesium ammonium phosphate), and cystine stones. The same patient may have a stone that contains more than one crystal type (eg, calcium oxalate and uric acid) [3].

There are different theories regarding calcium stone formation, and the different stone types may have different initiating events. Stone formation occurs when normally soluble material (eg, calcium, oxalate) supersaturates the urine and begins the process of crystal formation (eg, calcium oxalate crystal). For some calcium stones, particularly calcium oxalate, it appears that an important initiating event occurs in the kidney medullary interstitium [4-6]. Calcium phosphate crystals may form in the interstitium and eventually erode through the kidney papillary epithelium, forming the classic Randall's plaque [5,6]. Calcium oxalate or calcium phosphate crystals may then deposit on top of this nidus, remaining attached to the papilla. Calcium phosphate stones might also form initially in dilated ducts of Bellini and then grow out into the urinary space [7].

The pathogenesis of struvite, cystine, and uric acid stones is discussed separately:

- (See "Kidney stones in adults: Struvite (infection) stones".)

- (See "Kidney stones in adults: Uric acid nephrolithiasis".)

- (See "Cystinuria and cystine stones".)

# CLINICAL MANIFESTATIONS

**Asymptomatic stones** — Patients may occasionally be diagnosed with asymptomatic nephrolithiasis when an imaging exam of the abdomen is performed for other purposes or when surveillance imaging is performed in those with a prior history of stones. (See "Kidney

stones in adults: Evaluation of the patient with established stone disease", section on 'Patients with asymptomatic stones'.)

The asymptomatic phase is more likely to persist in those who have never had a clinical episode of renal colic. A study of 107 patients with asymptomatic stones, for example, found that almost 70 percent remained symptom free during the 31 months of follow-up; a linear association was noted between the development of a symptomatic event and the number of previous stones [8,9].

**Symptomatic stones**

**Pain** — Symptoms may develop when stones initially pass from the renal pelvis into the ureter. Pain is the most common symptom and varies from a mild and barely noticeable ache to discomfort that is so intense that it requires parenteral analgesics. The pain typically waxes and wanes in severity and develops in waves or paroxysms. Paroxysms of severe pain usually last 20 to 60 minutes. Pain is thought to occur primarily from urinary obstruction with distention of the kidney capsule. Consequently, pain due to a kidney stone typically resolves quickly after passage of the stone.

The site of obstruction determines the location of pain. Upper ureteral or kidney pelvic obstruction leads to flank pain or tenderness, whereas lower ureteral obstruction causes pain that may radiate to the ipsilateral testicle or labium. The location of the pain may change as the stone migrates. Many patients familiar with the symptoms are able to predict whether the stone has passed through the ureter. However, stones that are impacted or do not migrate cannot be localized with certainty based on symptoms alone. In addition, a variable location of pain can be misleading and occasionally mimics an acute abdomen or dissecting aneurysm. In some patients with chronic back pain, the diagnosis of acute colic may be difficult without an imaging exam.

Patients occasionally present after having passed gravel or a stone. Patients who form uric acid stones frequently describe passing gravel, but uric acid stones can also produce acute obstruction.

**Hematuria** — Gross or microscopic hematuria occurs in the majority of patients presenting with symptomatic nephrolithiasis (but is also often present in asymptomatic patients). Other

than passage of a stone or gravel, this is one of the most discriminating predictors of a kidney stone in patients presenting with unilateral flank pain. One study, for example, found that two-thirds of patients with a ureteral stone had hematuria [10]. (See 'Diagnostic imaging' below.)

On the other hand, the absence of hematuria in the setting of acute flank pain does not exclude the presence of nephrolithiasis [3,11]. Hematuria is not detected in approximately 10 to 30 percent of patients with documented nephrolithiasis [10,12,13]. One factor that may undermine the sensitivity of hematuria is the interval from the onset of acute pain to the time of urine examination. In a retrospective study of over 450 patients with computed tomography (CT)-documented acute ureterolithiasis, hematuria was present in 95 percent on day 1 and 65 to 68 percent on days 3 and 4 [13].

**Other symptoms** — Other common symptoms include nausea, vomiting, dysuria, and urinary urgency. The last two complaints typically occur when the stone is located in the distal ureter.

**Complications** — Nephrolithiasis may lead to persistent kidney obstruction, which could cause permanent kidney damage if left untreated. If urine is infected proximal to the obstructing stone, this is a urologic emergency that requires rapid decompression either by a ureteral stent or a nephrostomy tube. This is a situation in which a patient could become septic very quickly if left untreated. (See "Kidney stones in adults: Surgical management of kidney and ureteral stones", section on 'Emergency surgery'.)

Staghorn calculi (large renal pelvic stones that extend into the calyces) themselves do not typically produce symptoms unless the stone results in urinary tract obstruction or an infection is the cause of the staghorn calculus. However, they can lead to kidney failure over years if they are present bilaterally. One study found that deterioration in kidney function occurred in 28 percent of patients with staghorn calculi over an eight-year period [14]. (See "Kidney stones in adults: Struvite (infection) stones".)

# EVALUATION OF SUSPECTED NEPHROLITHIASIS

The diagnosis of nephrolithiasis should be suspected in any patient presenting with renal



Kidney stones in adults: Diagnosis and acute management of suspected nephrolithiasis - UpToDate                6/23/24, 3:27 PM

colic or flank pain, with or without hematuria, particularly if the patient has a prior history of stone disease. Such patients should undergo laboratory testing and imaging of the kidneys, ureters, and bladder to confirm the presence of a stone and assess for signs of urinary obstruction ( algorithm 1 and algorithm 2).

**Laboratory testing** — All patients presenting with suspected nephrolithiasis should undergo basic laboratory testing. We obtain a basic metabolic panel to assess kidney function and a urinalysis to evaluate for hematuria and signs of urinary tract infection. Although pyuria may be present even in the absence of bacteriuria, the combination of pyuria and positive testing for nitrites on the urinalysis should raise the suspicion for a concurrent urinary tract infection. (See "Urinalysis in the diagnosis of kidney disease".)

**Diagnostic imaging** — Patients with suspected nephrolithiasis should undergo an imaging study to determine if a kidney stone is present and to assess for signs of urinary obstruction (eg, hydronephrosis) ( algorithm 2). If a stone is detected, stone size and location are used to predict the likelihood of spontaneous passage and guide management ( algorithm 1) [15]. In addition, the density and appearance of a stone on computed tomography (CT) can sometimes be used to predict its mineral composition, which is important in informing treatment. Recent passage of a ureteral stone can also be suggested by imaging findings of pyeloureteral dilatation, sometimes accompanied by perinephric stranding.

**Selection of modality** — In patients with suspected nephrolithiasis, the choice of imaging modality is determined by considerations of diagnostic accuracy, cumulative radiation dose over time, and the need for treatment planning information should the examination prove positive ( algorithm 2).

- **Nonpregnant adults** – For most nonpregnant adults, we prefer noncontrast, low-radiation-dose CT of the abdomen and pelvis, as it has high diagnostic accuracy, reliably detects hydronephrosis, and accurately describes stone size and location for treatment planning [16]. This examination is available at most sites. If the patient has a body mass index (BMI) >30 kg/m$^2$ or weighs more than 130 kg (male) or 115 kg (female), then a standard-dose CT is performed. Pregnancy should be excluded prior to imaging. (See 'Noncontrast CT' below.)

If low-radiation-dose CT is not available, ultrasound of the kidneys and bladder, sometimes in combination with abdominopelvic radiography, is a reasonable alternative [16]. Ultrasound is also preferred for patients who have previously undergone multiple CT exams for nephrolithiasis, as it minimizes cumulative radiation dose over time. However, ultrasound may be nondiagnostic in patients with a large body habitus or end-stage kidney disease (ESKD), and, therefore, noncontrast CT is preferred in such patients.

Ultrasound reliably detects hydronephrosis, and radiography can be used to measure stone size and location, although not all stones are visible on radiographs (sensitivity varies based on stone size and density) (see 'Abdominal radiography' below). However, compared with CT, both ultrasound and radiography are less sensitive for detecting stones. Thus, many patients who initially undergo ultrasound will require a follow-up CT to either identify a stone or to guide management. (See 'Ultrasound of the kidneys and bladder' below.)

Point-of-care kidney ultrasound at the bedside is performed in many emergency departments within the United States. While it is followed by CT for the majority of cases requiring intervention, this does not result in significant care delay. In some emergency departments, an ultrasound-first approach (either emergency physician point-of-care or radiology-performed) may therefore be preferred in patients with suspected nephrolithiasis who are at low risk for serious alternative diagnoses (eg, cholecystitis, appendicitis, aortic abdominal aneurysm) [17].

- **Pregnant adults** – For pregnant adults, ultrasound of the kidneys and bladder is the preferred initial imaging modality [16]. This modality avoids exposure to radiation and is useful for detecting secondary signs of obstruction, such as hydronephrosis or hydroureter. If further diagnosis is required following ultrasonography, magnetic resonance (MR) urography or, in selected patients, low-dose CT are additional options [18]. This issue is discussed in more detail elsewhere. (See "Kidney stones in adults: Kidney stones during pregnancy", section on 'Diagnosis in pregnancy'.)

Other available, but less frequently used, modalities for evaluating patients with suspected nephrolithiasis include intravenous pyelography (IVP) and magnetic resonance imaging (MRI)

Case 3:21-cv-00599-DWD     Document 197-1     Filed 10/22/24     Page 54 of 105     Page
ID #1342
Kidney stones in adults: Diagnosis and acute management of suspected nephrolithiasis - UpToDate

6/23/24, 3:27 PM

of the abdomen and pelvis (   table 1); such modalities should only be used if CT and ultrasound are not available.

**Noncontrast CT** — Computed tomography (CT) of the abdomen and pelvis **without** contrast reliably detects hydronephrosis and demonstrates the best diagnostic performance for nephrolithiasis [16]. For detecting ureteral calculi, sensitivity and specificity of CT using conventional radiation doses is >0.94 and >0.97, respectively (   image 1) [19-22]. CT performed using low-radiation-dose protocols (   image 2) should be used as the technique demonstrates high diagnostic accuracy with pooled sensitivity and specificity of 0.97 (95% CI 0.95-0.98) and 0.95 (95% CI 0.92-0.97), respectively [19,20,23-26]. Low-dose CT may be less reliable for detecting small stones (<2 mm) and ureteral stones in patients with obesity (BMI >30 mg/k$^2$). However, sensitivity for detection of stones >3 mm is not altered with dose reduction in patients without obesity [27,28]. For assessing stone size, low- and standard-dose CT exams yield equivalent measurements [29].

The effective radiation dose of a standard, noncontrast abdominopelvic CT is usually 10 to 12 mSv. By convention, the upper limit of effective radiation dose for low-dose, noncontrast CT is 4 mSv, although most examinations fall in the 2 to 3 mSv range, a dose that is slightly higher than that conferred by radiography (see 'Abdominal radiography' below). Imaging is performed on a multidetector CT scanner with 1 to 5 mm slice thickness. Techniques for lowering radiation dose while maintaining image quality include automated tube current modulation and iterative reconstruction [30].

Intravenous contrast is usually not administered, as it decreases sensitivity for small stones. However, for detecting stones >3 mm, contrast-enhanced CT demonstrates 0.95 sensitivity and is comparable with noncontrast CT. Thus, if a contrast-enhanced CT exam has already been performed, it is useful in detecting clinically significant stones (   image 3).

Occasionally, a contrast-enhanced abdominopelvic CT with excretory imaging will follow a low-dose, noncontrast CT to differentiate a high-density focus as a ureteral stone rather than a periureteral phlebolith [31]. Contrast excretion maps the ureteral lumen unambiguously and enables localization of a high-density focus to within, rather than alongside, the ureter (   image 4).

Noncontrast CT can usually detect secondary signs of urinary tract obstruction [32,33]. The likelihood of detecting these findings varies with the duration of pain. In a report of 227 patients with acute nephrolithiasis, ureteral dilatation was seen in 84 and 97 percent at two and eight hours, respectively, and moderate to severe perinephric stranding in 5 and 51 percent at two and eight hours, respectively [33].

**Determination of stone composition** — The appearance, density, and location of a stone on CT may suggest its composition. In general, uric acid, cystine, and struvite stones can usually be distinguished from calcium oxalate calculi. Density is measured in Hounsfield units by drawing regions of interest on CT images.

- Although magnesium ammonium phosphate and cystine stones are often radiopaque on CT, they are not as dense as stones composed of calcium oxalate or calcium phosphate. Uric acid stones tend to demonstrate lower density than calcium stones.

- Large calculi in the renal pelvis favor struvite stones (    image 5). Struvite stones usually have a component of carbonate apatite mixed in, which is responsible for their usual radiodensity.

- Nephrocalcinosis is more commonly associated with calcium phosphate stones.

- Medullary sponge kidney with bilateral calcifications at the corticomedullary junction is associated with calcium oxalate or calcium phosphate stones (    image 6). (See "Medullary sponge kidney", section on 'Imaging findings'.)

- Stones that are radiolucent, which can go undetected even on CT, are composed of protease inhibitors (eg, atazanavir), xanthine, or dihydroxyadenine [34-37].

Dual-energy CT (DECT) may better characterize stone composition. DECT utilizes scanners that emit two separate radiograph energy sets to differentiate the attenuation properties of matter [38-42]. In some institutions, DECT is routinely used to determine stone composition (    image 7).

**Ultrasound of the kidneys and bladder** — Ultrasound of the kidneys and bladder reliably detects hydronephrosis and does not involve ionizing radiation. It is the preferred initial imaging modality in pregnant patients [16]. In practice settings where low-radiation-dose CT

Case 3:21-cv-00599-DWD    Document 197-1    Filed 10/22/24    Page 56 of 105    Page
ID #1344
Kidney stones in adults: Diagnosis and acute management of suspected nephrolithiasis - UpToDate                                    6/23/24, 3:27 PM

scan technology is not available, ultrasound may represent a reasonable alternative to standard-dose CT of the abdomen and pelvis without contrast. This minimizes the cumulative radiation dose in patients undergoing multiple episodes of imaging for nephrolithiasis.

Ultrasound is less accurate and demonstrates greater variability than CT of the abdomen and pelvis without contrast for the diagnosis of nephrolithiasis ( image 8 and image 9). Pooled sensitivity and specificity of ultrasound is 0.70 (95% CI 0.67-0.73) and 0.75 (95% CI 0.73-0.78), respectively [43]. Because CT detects nephrolithiasis not diagnosed with ultrasound, a CT is sometimes performed after a negative ultrasound to evaluate for a stone if the index of clinical suspicion remains high. Ultrasound is less accurate than CT at measuring stone size, stone number, and defining ureteral location. Thus, a positive ultrasound may lead to a follow-up CT to enable treatment planning.

Ultrasound has been compared with standard-dose abdominopelvic CT for diagnostic performance and cumulative population-level radiation dose. In a multicenter trial, 2759 emergency department patients clinically suspected to have nephrolithiasis were randomly assigned to initial imaging with a standard-dose, noncontrast CT ultrasound performed by a radiologist, or ultrasound performed at the bedside by an emergency clinician [17]. After the initial imaging exam, subsequent evaluation and care was at the discretion of the treating clinicians. The key findings from this trial were as follows:

- The sensitivity of ultrasound for stone detection was 54 percent (if performed by an emergency clinician) and 57 percent (if performed by a radiologist). The sensitivity of CT was 88 percent. A CT scan was performed in 41 percent of patients who initially underwent ultrasound, whereas only 5 percent of patients who initially underwent CT subsequently underwent ultrasound.

- The cumulative radiation exposure after six months was approximately 70 percent higher with initial CT.

- The rate of important missed diagnoses resulting in complications, such as pyelonephritis with sepsis or diverticular abscess, were comparable between the two groups (0.5 percent with ultrasound versus 0.3 percent with CT). Serious adverse events and return visits to the emergency department after discharge were also similar.

**Less frequently used tests** — Abdominal radiography, IVP, and MRI are used as adjunct or follow-up examinations. They are rarely used in the initial diagnosis of nephrolithiasis. Digital tomosynthesis (DT) offers similar stone detection rates compared with noncontrast CT but is not yet routinely used in clinical practice for the diagnosis of nephrolithiasis.

**Abdominal radiography** — Abdominal radiography, also called abdominal plain x-ray, does not detect hydronephrosis and is less accurate than CT for stone detection and localization. The examination enables stone size measurements and is most often used either alone or in combination with ultrasound to follow patients being managed for nephrolithiasis [16].

Abdominal radiography detects 29 to 59 percent of stones seen on noncontrast CT [44,45]. Sensitivity depends on a number of factors including stone composition, location, and size, as well as patient body habitus and bowel contents. Large radiopaque stones such as calcium, struvite, and cystine stones are seen ( image 10). Stones that are radiolucent and often missed on abdominal plain radiography include uric acid stones as well as small (<5 mm) stones (including small calcium-containing stones). False positives, such as phleboliths and vascular calcifications mistaken for kidney stones, also limit the specificity of the examination.

The effective radiation dose from a single abdominal radiograph is 0.8 mSv.

**Intravenous pyelography** — IVP, also called intravenous urography (IVU) or excretory urography (EU), involves radiographic imaging of the kidneys, ureters, and bladder before and after the administration of intravenous iodinated contrast. The examination reliably detects hydronephrosis ( image 11) but is less sensitive and specific than CT for the detection of stones. Noncontrast CT or ultrasound, where available, is recommended rather than IVP for the diagnosis of nephrolithiasis. IVP is used at some centers for the follow-up of ureteral calculi or the assessment of ureteral anatomy after stone removal ( image 12).

The effective radiation dose from an IVP is 3 mSv.

**Magnetic resonance imaging** — MRI of the abdomen and pelvis, also called magnetic resonance urography (MRU), is rarely used for nephrolithiasis. Stones are poorly seen on MRI as they can only be detected as signal ( image 13) voids in the urine [46]. Because the

Kidney stones in adults: Diagnosis and acute management of suspected nephrolithiasis - UpToDate                    6/23/24, 3:27 PM

examination does not involve ionizing radiation, MRI is used to localize the obstruction in pregnant patients with hydronephrosis seen on ultrasound. Intravenous gadolinium contrast is usually not administered and should be avoided entirely in the pregnant patient. (See "Kidney stones in adults: Kidney stones during pregnancy".)

**Digital tomosynthesis** — DT is a high-resolution radiograph-based imaging technique that is routinely used in breast cancer screening. Although DT is not yet widely used in clinical practice for the diagnosis of nephrolithiasis, it has been shown to have similar stone detection rates compared with noncontrast CT and can be used for the follow-up of established stone disease. (See "Breast imaging for cancer screening: Mammography and ultrasonography", section on 'Digital breast tomosynthesis (DBT)' and 'Confirming stone passage' below.)

DT has been shown in small observational studies to be effective for the diagnosis and follow-up of nephrolithiasis [47-49]. In a study of 50 patients presenting with acute renal colic and hematuria who underwent both noncontrast CT and DT, DT detected 83 of the 86 stones (94 percent) detected by noncontrast CT [47]. The mean effective radiation dose of DT was lower than that of both low-dose and standard-dose noncontrast CT (8.7 versus 13.2 and 51.0 $Gycm^2$, respectively), and DT was found to be more cost effective than noncontrast CT. Another study showed that DT was an effective alternative to noncontrast CT for the follow-up of nephrolithiasis [48]. Additional studies with larger populations are needed to confirm these findings.

The effective radiation dose from a DT is 0.9 mSv.

# DIFFERENTIAL DIAGNOSIS

Several conditions may mimic flank pain caused by nephrolithiasis [50]:

- Bleeding within the kidney can produce clots that lodge temporarily in the ureter. Thus, renal cell carcinoma can present with renal colic [51]. By comparison, glomerular bleeding does not lead to clot formation or symptoms of renal colic. (See "Etiology and evaluation of hematuria in adults", section on 'Glomerular versus nonglomerular bleeding'.)

- Pyelonephritis frequently presents with flank pain, fever, and pyuria. Fever is uncommon in patients with uncomplicated stone disease. (See "Acute complicated urinary tract infection (including pyelonephritis) in adults and adolescents".)

- Pain due to an ectopic pregnancy can occasionally be mistaken for renal colic. The underlying cause of the pain can usually be clarified by obtaining a kidney and pelvic ultrasound [52,53]. (See "Ectopic pregnancy: Clinical manifestations and diagnosis".)

- Rupture or torsion of an ovarian cyst may present with flank pain. Such patients can usually be identified with ultrasound. (See "Evaluation and management of ruptured ovarian cyst".)

- Dysmenorrhea, which rarely presents with flank pain, begins just before or concurrent with the onset of menses. In the correct clinical setting, dysmenorrhea is diagnosed after other disorders are excluded. (See "Dysmenorrhea in adult females: Clinical features and diagnosis".)

- Patients with an aortic aneurysm are rarely misdiagnosed as having renal colic. (See "Clinical features and diagnosis of abdominal aortic aneurysm".)

- Acute intestinal obstruction, diverticulitis (     image 14), or appendicitis may present with colic but usually not in association with hematuria. In addition, nausea and vomiting are characteristic of intestinal obstruction and renal colic, while abdominal tenderness is characteristic of diverticulitis and appendicitis but not nephrolithiasis. (See "Etiologies, clinical manifestations, and diagnosis of mechanical small bowel obstruction in adults" and "Clinical manifestations and diagnosis of acute colonic diverticulitis in adults" and "Acute appendicitis in adults: Clinical manifestations and differential diagnosis".)

- Biliary colic and cholecystitis can be associated with flank pain but usually not in association with hematuria. (See "Acute calculous cholecystitis: Clinical features and diagnosis".)

- Acute mesenteric ischemia rarely produces abdominal pain that can be confused with renal colic; in addition, mesenteric ischemia is often associated with metabolic acidosis

Case 3:21-cv-00599-DWD    Document 197-1    Filed 10/22/24    Page 60 of 105    Page
ID #1348
Kidney stones in adults: Diagnosis and acute management of suspected nephrolithiasis - UpToDate                                    6/23/24, 3:27 PM

but not hematuria. (See "Overview of intestinal ischemia in adults".)

- Herpes zoster may produce pain in the flank but is usually accompanied by a rash and not hematuria. (See "Epidemiology, clinical manifestations, and diagnosis of herpes zoster".)

- Individuals seeking attention or narcotics may pretend to have renal colic and may have self-inflicted hematuria [54]. In addition, there may be drug-seeking individuals who actually have kidney stones, but they are in the kidney and not obstructing.

Nephrolithiasis can usually be distinguished from the disorders listed above after a confirmatory radiologic test is performed (usually a noncontrast computed tomography [CT]). (See 'Diagnostic imaging' above.)

The differential diagnosis of abdominal discomfort is discussed elsewhere. (See "Causes of abdominal pain in adults".)

## ACUTE MANAGEMENT

**Triage of patients** — Many patients with acute renal colic can be managed conservatively with pain medication and hydration until the stone passes (   algorithm 1). In general, patients can be managed at home if they are able to take oral medications and fluids. Hospitalization is required for those who cannot tolerate oral intake or who have uncontrollable pain or fever. Urgent urologic consultation is warranted in patients with urinary tract infection, acute kidney injury, anuria, and/or unyielding pain, nausea, or vomiting [55,56]. (See 'Urologic consultation' below.)

**Supportive measures**

**Pain control** — During an acute episode of renal colic, management is focused on pain control. Both nonsteroidal antiinflammatory drugs (NSAIDs) and opioids have traditionally been used for pain control in patients with acute renal colic. We suggest NSAIDs rather opioids as the initial choice for pain control in most patients presenting with acute renal colic. We reserve opioids for patients who have contraindications to NSAIDs, have severe kidney

function impairment (ie, estimated glomerular filtration rate [eGFR] <30 mL/min/1.73 m$^2$), or do not achieve adequate pain relief with NSAIDs. (See "Management of acute pain in opioid naïve adults in the ambulatory setting".)

We generally administer ketorolac to patients who present to the emergency department with renal colic. Treatment usually relieves symptoms within 10 to 30 minutes. Patients are then prescribed oral NSAIDs (eg, ibuprofen) for subsequent attacks that may occur while the patient is awaiting stone passage or surgical removal of the stone. In patients whose renal colic is being managed at home (rather than in the emergency department), some contributors to this topic give short-term oral NSAIDs if the patient is otherwise healthy, able to eat and drink, and voiding without difficulty, while other contributors prefer not to prescribe oral NSAIDs to outpatients until the patient has had an assessment of kidney function (eg, serum creatinine or eGFR). Patients who are managed as outpatients should be instructed to report to the emergency department if the pain does not resolve within four hours of the start of the pain. NSAIDs should be stopped three days before anticipated shock wave lithotripsy (SWL) to minimize the risk of bleeding.

Several meta-analyses have examined the efficacy of different analgesics used in the treatment of acute renal colic [57-60]. Collectively, these studies suggest that NSAIDs are at least as effective as opioids and other nonopioid medications and have a lower incidence of adverse effects (particularly nausea and vomiting) compared with opioids. As examples:

- In a 2018 systematic review and meta-analysis of 36 randomized controlled trials (4887 patients) that compared the efficacy and safety of NSAIDs (ketorolac, diclofenac, indomethacin, or tenoxicam) with that of opioids or paracetamol (acetaminophen) in the treatment of acute renal colic, NSAIDs were comparable to opioids or paracetamol in initial pain reduction at 30 minutes [58]. Patients receiving NSAIDs had a lower requirement for rescue analgesia compared with those receiving opioids or paracetamol and were less likely to experience vomiting compared with those receiving opioids (relative risk [RR] 0.41, 95% CI 0.24-0.70). Similar findings were reported in an earlier systematic review [57].

- A 2015 Cochrane systematic review of 37 randomized or quasi-randomized trials (4483 patients) found that NSAIDs were more effective than placebo or antispasmodic agents

Kidney stones in adults: Diagnosis and acute management of suspected nephrolithiasis - UpToDate                           6/23/24, 3:27 PM

in reducing pain by 50 percent within the first hour (RR 2.28, 95% CI 1.47-3.51) [59].
Patients receiving NSAIDs were less likely to require rescue pain medication than those
receiving placebo or antispasmodics (RR 0.35, 95% CI 0.20-0.60 and RR 0.34, 95% CI
0.14-0.84, respectively). The combination of NSAIDs and antispasmodics was not
superior to NSAIDs alone for all assessed outcomes.

NSAIDs have the possible advantage of decreasing ureteral smooth muscle tone, thereby
directly treating the mechanism by which pain is thought to occur (ureteral spasm) [61]. In
addition, treatment with NSAIDs discourages opioid-seeking patients who may spuriously
present with symptoms of renal colic. On the other hand, in patients with preexisting kidney
disease or severe volume depletion, NSAIDs may interfere with the kidney's autoregulatory
response to acute obstruction and induce acute kidney injury. (See "NSAIDs: Acute kidney
injury".)

**Stone passage** — The likelihood that ureteral stones will pass depends upon the size and
location of the stone; smaller and more distal stones are more likely to pass without
intervention [62-64].

Stone size is the major determinant of the likelihood of spontaneous stone passage,
although stone location is also important [62-64]. Most stones ≤5 mm in diameter pass
spontaneously. For stones larger than 5 mm in diameter, there is a progressive decrease in
the spontaneous passage rate, which is unlikely with stones ≥10 mm in diameter. Proximal
ureteral stones are also less likely to pass spontaneously (    algorithm 1).

This was illustrated in a review of 75 patients with ureteral calculi, with the following
observations [62]:

- Among 41 patients with a stone diameter ≤2 mm, only two (5 percent) required
  intervention. The average time to stone passage in the remaining patients was 8.2 days,
  and 95 percent of stones passed in 31 days.

- Among 18 patients with a stone diameter between 2 and 4 mm, three (17 percent)
  required intervention. The average time to stone passage in the remaining patients was
  12.2 days, and 95 percent of stones passed in 40 days.

- Among 16 patients with a stone diameter between 4 and 6 mm, eight (50 percent) required intervention. The average time to stone passage in the remaining patients was 22 days, and 95 percent of stones passed in 39 days.

Similar findings were noted in another report of 172 patients with ureteral stones [63]. The likelihood of spontaneous stone passage was 87 percent for 1 mm stones, 76 percent of 2 to 4 mm stones, 60 percent for 5 to 7 mm stones, 48 percent for 7 to 9 mm stones, and 25 percent for stones ≥9 mm. Spontaneous passage was also affected by stone location, ranging from 48 percent for stones in the proximal ureter to 79 percent of stones at the ureterovesical junction.

**Medical expulsive therapy** — Several different medical expulsive therapies (MET) increase the passage rate of ureteral stones, including alpha blockers, calcium channel blockers, and antispasmodic agents, which have been used in combination with or without glucocorticoids [65-83].

In patients with ureteral stones **>5 mm and ≤10 mm** in diameter, we suggest treatment with the alpha blocker tamsulosin (0.4 mg once daily) for up to four weeks to facilitate spontaneous stone passage. If tamsulosin is not available, use of another alpha blocker (such as terazosin, doxazosin, alfuzosin, or silodosin) is reasonable. Although most evidence exists for distal ureteral stones, given the low side effect profile of alpha blockers, we choose to give alpha blockers to patients with stones >5 mm and ≤10 mm in any location of the ureter. Patients are then reimaged if spontaneous passage has not occurred (see 'Confirming stone passage' below). We do not administer an alpha blocker or any other form of MET in patients with ureteral stones ≤5 mm or >10 mm in diameter.

Our approach is based upon data suggesting higher rates of stone passage with alpha blockers versus conservative therapy alone, particularly among patients with ureteral stones >5 and ≤10 mm in diameter. As the cost of this treatment is low and significant side effects are uncommon, we believe that there is little downside to attempting MET with tamsulosin in such patients, provided that the patient has sufficient pain control and is without fever. We prefer alpha blockers to calcium channel blockers (eg, nifedipine), given data that suggest higher stone expulsion rates and faster stone passage with an alpha blocker [84]. Routine use of other MET, such as tadalafil (a phosphodiesterase type 5 inhibitor) and

glucocorticoids, is not recommended pending further data showing safety and efficacy.

Evidence for different MET is presented below:

- **Alpha blockers** – Several meta-analyses have shown that treatment with alpha blockers for up to four weeks, in addition to conservative therapy, may facilitate spontaneous stone passage [72,76,77,81,83,85,86]. As an example, in a 2018 meta-analysis of 67 trials that enrolled 10,509 patients, ureteral stone passage was significantly more likely with alpha blocker therapy than with conservative treatment alone (RR 1.45, 95% CI 1.36-1.55), although the beneficial effect was smaller among trials that compared alpha blocker therapy with a placebo control (RR 1.16, 95% CI 1.07-1.25) [83]. Stone passage occurred an average of 3.4 days faster with alpha blocker therapy. In a subgroup analysis, alpha blocker therapy was less effective for stone clearance in patients with smaller stones (≤5 mm; RR 1.06) than in those with larger stones (>5 mm; RR 1.45); there were no differences in effectiveness based upon stone location or alpha blocker type. Although treatment with an alpha blocker did not significantly increase the risk of major adverse events (orthostatic hypotension, collapse, syncope, palpitations, or tachycardia) in the overall analysis, a slightly increased risk (RR 2.09, 95% CI 1.13-3.86) was seen with alpha blockers in the subset of placebo-controlled trials. Different alpha blockers appear to be similarly effective [73,87].

  The value of these meta-analyses is emphasized given that the results of individual, large, randomized trials have been conflicting, with some studies questioning the efficacy of alpha blocker therapy as MET and others demonstrating benefit but only in patients with larger ureteral stones (between 5 and 10 mm) [75,79,80,88].

  Alpha blocker therapy has been shown to be superior to the calcium channel blocker nifedipine as MET for distal ureteral stones. A meta-analysis of 12 randomized trials including 4961 patients that compared the efficacy and safety of tamsulosin and nifedipine for distal ureteral stones found higher rates of stone expulsion (RR 1.29, 95% CI 1.25-1.33), shorter expulsion times, and fewer complications (RR 0.45, 95% CI 0.28-0.72) with tamsulosin [84].

- **Calcium channel blockers** – Nifedipine has also been shown to facilitate stone passage

[72] but is used less commonly. Studies directly comparing nifedipine with tamsulosin have reported lower stone passage rates, longer stone expulsion times, and more complications with nifedipine [84].

- **Other agents** – In addition to alpha blockers and nifedipine, tadalafil, a phosphodiesterase type 5 inhibitor, has been used alone or in combination with tamsulosin as MET [89-91]. In one trial, 285 patients with distal ureteral stones sized 5 to 10 mm in diameter were randomly assigned to tamsulosin (0.4 mg/day), silodosin (8 mg/day), or tadalafil (10 mg/day) until stone passage or for a maximum of four weeks [90]. Rates of stone expulsion were highest for silodosin but were comparable between tamsulosin and tadalafil (83 versus 64 and 67 percent, respectively). Similarly, stone expulsion times were shortest for silodosin but similar between tamsulosin and tadalafil (15 versus 17 and 16 days, respectively).

**Confirming stone passage** — Clinicians should follow up with patients to confirm stone passage, as resolution of pain is not necessarily consistent with stone passage [92]. In patients who have not passed their stone after four weeks of MET, we obtain imaging and refer to urology for potential intervention. (See 'Urologic consultation' below.)

The optimal approach to imaging in this setting is unclear, and practice varies among clinicians. Although noncontrast CT is the most sensitive imaging study to detect nephrolithiasis, its radiation exposure and cost make it a less attractive option as a follow-up imaging study. We prefer digital pelvic tomosynthesis paired with ultrasound of the kidneys and bladder to assess for ureteral stone resolution and ongoing hydronephrosis (see 'Digital tomosynthesis' above). Digital tomosynthesis (DT) has been shown to be an effective alternative to noncontrast CT for the follow-up of nephrolithiasis with the added benefits of lower radiation exposure and lower cost. If DT is not available, an alternative approach is to obtain an abdominopelvic radiograph paired with ultrasound of the kidneys and bladder to assess progression of a known radiopaque stone, or a noncontrast CT to assess progression of a known radiolucent stone [19].

**Straining urine** — Patients should be instructed to strain their urine for several days and bring in any stone that passes for analysis. This will enable the clinician to better plan preventive therapy. (See "Kidney stones in adults: Evaluation of the patient with established

Case 3:21-cv-00599-DWD    Document 197-1    Filed 10/22/24    Page 66 of 105    Page
ID #1354
Kidney stones in adults: Diagnosis and acute management of suspected nephrolithiasis - UpToDate                    6/23/24, 3:27 PM

stone disease", section on 'Stone analysis'.)

**Treatment of urinary tract infection** — Patients with evidence of a concurrent urinary tract infection should be promptly treated with antibiotics. (See "Acute complicated urinary tract infection (including pyelonephritis) in adults and adolescents".)

**Urologic consultation** — Urgent urologic consultation is warranted in patients with urinary tract infection, acute kidney injury beyond that expected from unilateral obstruction, anuria, and/or unyielding pain, nausea, or vomiting [3,93] (see 'Triage of patients' above). Outpatient urology referral is indicated in patients with a stone >10 mm in diameter and in patients who fail to pass the stone after a four-week trial of conservative management, including MET, particularly if the stone is >5 mm in diameter or if there is poorly controlled pain [64,94].

Current options for therapy of stones that do not pass include SWL, ureteroscopy (URS) with laser lithotripsy, percutaneous nephrolithotomy (PNL), and in rare cases, laparoscopic stone removal. Open surgical stone removal is rarely needed. Both URS and SWL may be considered first-line management options for ureteral stones that require removal. Multiple studies have documented that URS offers higher stone-free rates but with a slightly increased incidence of complications over SWL [15,95]. (See "Kidney stones in adults: Surgical management of kidney and ureteral stones".)

For patients with larger kidney calculi (eg, >1.5 cm), kidney stones of harder composition (eg, cystine or calcium oxalate monohydrate), or stones in complex kidney or ureteral locations (eg, lower pole calyx or mid-ureter), endoscopic stone fragmentation with URS or PNL is preferred. (See "Kidney stones in adults: Surgical management of kidney and ureteral stones".)

## SUBSEQUENT EVALUATION AND MANAGEMENT

Once the acute stone episode is over and the stone, if retrieved, is sent for analysis, the patient should be evaluated for possible underlying causes of stone disease. How and when this evaluation should be performed is discussed elsewhere. If the presenting event was the first episode of stone passage, the presence of other stones in the kidney demonstrates recurrent stone formation, and the patient should undergo further evaluation. (See "Kidney

stones in adults: Evaluation of the patient with established stone disease".)

Subsequent therapy is based upon the type of stone and the biochemical abnormalities that are present. These issues are discussed in more detail elsewhere. (See "Kidney stones in adults: Prevention of recurrent kidney stones".)

## SOCIETY GUIDELINE LINKS

Links to society and government-sponsored guidelines from selected countries and regions around the world are provided separately. (See "Society guideline links: Kidney stones".)

## INFORMATION FOR PATIENTS

UpToDate offers two types of patient education materials, "The Basics" and "Beyond the Basics." The Basics patient education pieces are written in plain language, at the 5th to 6th grade reading level, and they answer the four or five key questions a patient might have about a given condition. These articles are best for patients who want a general overview and who prefer short, easy-to-read materials. Beyond the Basics patient education pieces are longer, more sophisticated, and more detailed. These articles are written at the 10th to 12th grade reading level and are best for patients who want in-depth information and are comfortable with some medical jargon.

Here are the patient education articles that are relevant to this topic. We encourage you to print or e-mail these topics to your patients. (You can also locate patient education articles on a variety of subjects by searching on "patient info" and the keyword(s) of interest.)

- Basics topic (see "Patient education: Kidney stones in adults (The Basics)")

- Beyond the Basics topic (see "Patient education: Kidney stones in adults (Beyond the Basics)")

## SUMMARY AND RECOMMENDATIONS

Kidney stones in adults: Diagnosis and acute management of suspected nephrolithiasis – UpToDate                                                                6/23/24, 3:27 PM

- **Etiology** – Eighty percent of patients with kidney stone disease (nephrolithiasis) form calcium stones. The other main types include uric acid, struvite, and cystine stones. Individual stones may contain more than one type. (See 'Etiology' above.)

- **Clinical manifestations** – Although stones may pass asymptomatically, symptoms may occur when stones pass. The most common symptoms and signs are pain (renal colic or flank pain) and gross or microscopic hematuria. Other symptoms include nausea, vomiting, dysuria, and urinary urgency. Nephrolithiasis may lead to persistent kidney obstruction, which could cause permanent kidney damage if left untreated. (See 'Clinical manifestations' above.)

- **Diagnosis** – Nephrolithiasis should be suspected in patients presenting with renal colic or flank pain, with or without hematuria, particularly if the patient has a history of stone disease. Patients should undergo basic laboratory testing and imaging of the kidneys, ureters, and bladder to confirm the presence of a stone and assess for signs of urinary obstruction (eg, hydronephrosis) (    algorithm 2). (See 'Laboratory testing' above and 'Diagnostic imaging' above.)

  - For most nonpregnant adults, we prefer noncontrast, low-radiation-dose computed tomography (CT) of the abdomen and pelvis as it has high diagnostic accuracy, reliably detects hydronephrosis, and accurately describes stone size and location for treatment planning. Pregnancy should be excluded prior to imaging.

    If low-radiation-dose CT is not available, ultrasound of the kidneys and bladder, sometimes in combination with abdominopelvic radiography, is a reasonable alternative. Ultrasound is also preferred for patients who have previously undergone multiple CT exams for nephrolithiasis, as it minimizes cumulative radiation dose over time.

  - For pregnant adults, ultrasound of the kidneys and bladder is the preferred initial imaging modality. (See 'Selection of modality' above.)

- **Differential diagnosis** – Several conditions may mimic renal colic with or without hematuria. (See 'Differential diagnosis' above.)

- **Acute management** – Patients are managed with pain medication and hydration until the stone passes (    algorithm 1). Hospitalization is required for those who cannot tolerate oral intake or who have uncontrollable pain or fever; other patients can be managed at home. (See 'Triage of patients' above.)

  - **Urologic consultation** – Urgent urologic consultation is warranted in patients with any of the following:

    - Urinary tract infection
    - Acute kidney injury
    - Anuria
    - Unyielding pain, nausea, or vomiting

  - **Pain control** – For most patients with acute renal colic, we suggest nonsteroidal antiinflammatory drugs (NSAIDs) as initial therapy for pain control, rather than opioids or other therapies (**Grade 2B**). We reserve opioids for patients with any of the following:

    - Contraindications to NSAIDs

    - Severe kidney function impairment (ie, estimated glomerular filtration rate [eGFR] <30 mL/min/1.73 m$^2$)

    - Inadequate pain relief with NSAIDs (see 'Pain control' above)

  - **Stone passage** – The likelihood that ureteral stones will pass depends upon the size and location of the stone; smaller and more distal stones are more likely to pass without intervention.

    - Stones >10 mm and/or in the proximal ureter – These patients usually require intervention and should be referred to urology for management.

    - Stones >5 and ≤10 mm – For these patients, we suggest treatment with tamsulosin for up to four weeks to facilitate stone passage (**Grade 2B**). If tamsulosin is not available, use of another alpha blocker (such as terazosin, doxazosin, alfuzosin, or silodosin) is reasonable.

- Stones ≤5 mm – These typically do not require specific treatment; most will pass spontaneously. (See 'Medical expulsive therapy' above.)

- **Confirmation of stone passage** – Clinicians should confirm stone passage as resolution of pain is not necessarily consistent with stone passage. Patients are instructed to strain their urine for several days and bring in any passed stone for analysis. Patients who have not passed a stone after four weeks should have an imaging study to confirm stone passage. If the stone has not passed, patients are referred to urology for further management. (See 'Straining urine' above and 'Confirming stone passage' above.)

- **Treatment of urinary tract infection** – All patients should be monitored for fever and other symptoms of urinary tract infection (UTI). UTI is a medical emergency in this setting; patients should be referred to the emergency department and/or have immediate urologic consultation. Patients with evidence of a concurrent UTI should be promptly treated with antibiotics. (See "Acute complicated urinary tract infection (including pyelonephritis) in adults and adolescents".)

- **Subsequent evaluation and management** – Once the acute stone episode is over, the patient should be evaluated for possible underlying causes of stone disease. (See 'Subsequent evaluation and management' above.)

Use of UpToDate is subject to the Terms of Use.

## REFERENCES

1. Singh P, Enders FT, Vaughan LE, et al. Stone Composition Among First-Time Symptomatic Kidney Stone Formers in the Community. Mayo Clin Proc 2015; 90:1356.

2. Lieske JC, Rule AD, Krambeck AE, et al. Stone composition as a function of age and sex. Clin J Am Soc Nephrol 2014; 9:2141.

3. Teichman JM. Clinical practice. Acute renal colic from ureteral calculus. N Engl J Med 2004; 350:684.

4. Evan AP, Lingeman JE, Coe FL, et al. Randall's plaque of patients with nephrolithiasis

begins in basement membranes of thin loops of Henle. J Clin Invest 2003; 111:607.

5. Kim SC, Coe FL, Tinmouth WW, et al. Stone formation is proportional to papillary surface coverage by Randall's plaque. J Urol 2005; 173:117.

6. Evan AP, Coe FL, Rittling SR, et al. Apatite plaque particles in inner medulla of kidneys of calcium oxalate stone formers: osteopontin localization. Kidney Int 2005; 68:145.

7. Evan AP, Worcester EM, Coe FL, et al. Mechanisms of human kidney stone formation. Urolithiasis 2015; 43 Suppl 1:19.

8. Glowacki LS, Beecroft ML, Cook RJ, et al. The natural history of asymptomatic urolithiasis. J Urol 1992; 147:319.

9. Li X, Zhu W, Lam W, et al. Outcomes of long-term follow-up of asymptomatic renal stones and prediction of stone-related events. BJU Int 2019; 123:485.

10. Moore CL, Bomann S, Daniels B, et al. Derivation and validation of a clinical prediction rule for uncomplicated ureteral stone--the STONE score: retrospective and prospective observational cohort studies. BMJ 2014; 348:g2191.

11. Bove P, Kaplan D, Dalrymple N, et al. Reexamining the value of hematuria testing in patients with acute flank pain. J Urol 1999; 162:685.

12. Press SM, Smith AD. Incidence of negative hematuria in patients with acute urinary lithiasis presenting to the emergency room with flank pain. Urology 1995; 45:753.

13. Kobayashi T, Nishizawa K, Mitsumori K, Ogura K. Impact of date of onset on the absence of hematuria in patients with acute renal colic. J Urol 2003; 170:1093.

14. Teichman JM, Long RD, Hulbert JC. Long-term renal fate and prognosis after staghorn calculus management. J Urol 1995; 153:1403.

15. Preminger GM, Tiselius HG, Assimos DG, et al. 2007 guideline for the management of ureteral calculi. J Urol 2007; 178:2418.

16. Expert Panel on Urological Imaging, Gupta RT, Kalisz K, et al. ACR Appropriateness Criteria® Acute Onset Flank Pain-Suspicion of Stone Disease (Urolithiasis). J Am Coll Radiol 2023; 20:S315.

17. Smith-Bindman R, Aubin C, Bailitz J, et al. Ultrasonography versus computed tomography for suspected nephrolithiasis. N Engl J Med 2014; 371:1100.

18. Committee Opinion No. 723: Guidelines for Diagnostic Imaging During Pregnancy and Lactation. Obstet Gynecol 2017; 130:e210.

19. Fulgham PF, Assimos DG, Pearle MS, Preminger GM. Clinical effectiveness protocols for imaging in the management of ureteral calculous disease: AUA technology assessment. J Urol 2013; 189:1203.

20. Pfister SA, Deckart A, Laschke S, et al. Unenhanced helical computed tomography vs intravenous urography in patients with acute flank pain: accuracy and economic impact in a randomized prospective trial. Eur Radiol 2003; 13:2513.

21. Smith RC, Verga M, McCarthy S, Rosenfield AT. Diagnosis of acute flank pain: value of unenhanced helical CT. AJR Am J Roentgenol 1996; 166:97.

22. Ulahannan D, Blakeley CJ, Jeyadevan N, Hashemi K. Benefits of CT urography in patients presenting to the emergency department with suspected ureteric colic. Emerg Med J 2008; 25:569.

23. Niemann T, Kollmann T, Bongartz G. Diagnostic performance of low-dose CT for the detection of urolithiasis: a meta-analysis. AJR Am J Roentgenol 2008; 191:396.

24. Kim BS, Hwang IK, Choi YW, et al. Low-dose and standard-dose unenhanced helical computed tomography for the assessment of acute renal colic: prospective comparative study. Acta Radiol 2005; 46:756.

25. Liu W, Esler SJ, Kenny BJ, et al. Low-dose nonenhanced helical CT of renal colic: assessment of ureteric stone detection and measurement of effective dose equivalent. Radiology 2000; 215:51.

26. Tack D, Sourtzis S, Delpierre I, et al. Low-dose unenhanced multidetector CT of patients with suspected renal colic. AJR Am J Roentgenol 2003; 180:305.

27. Ciaschini MW, Remer EM, Baker ME, et al. Urinary calculi: radiation dose reduction of 50% and 75% at CT--effect on sensitivity. Radiology 2009; 251:105.

28. Poletti PA, Platon A, Rutschmann OT, et al. Low-dose versus standard-dose CT protocol in patients with clinically suspected renal colic. AJR Am J Roentgenol 2007; 188:927.

29. Sohn W, Clayman RV, Lee JY, et al. Low-dose and standard computed tomography scans yield equivalent stone measurements. Urology 2013; 81:231.

30. Kulkarni NM, Uppot RN, Eisner BH, Sahani DV. Radiation dose reduction at multidetector

CT with adaptive statistical iterative reconstruction for evaluation of urolithiasis: how low can we go? Radiology 2012; 265:158.

31. Colistro R, Torreggiani WC, Lyburn ID, et al. Unenhanced helical CT in the investigation of acute flank pain. Clin Radiol 2002; 57:435.

32. Smith RC, Rosenfield AT, Choe KA, et al. Acute flank pain: comparison of non-contrast-enhanced CT and intravenous urography. Radiology 1995; 194:789.

33. Varanelli MJ, Coll DM, Levine JA, et al. Relationship between duration of pain and secondary signs of obstruction of the urinary tract on unenhanced helical CT. AJR Am J Roentgenol 2001; 177:325.

34. Schwartz BF, Schenkman N, Armenakas NA, Stoller ML. Imaging characteristics of indinavir calculi. J Urol 1999; 161:1085.

35. Arumainayagam N, Gresty H, Shamsuddin A, et al. Human immunodeficiency virus (HIV)-related stone disease - a potential new paradigm? BJU Int 2015; 116:684.

36. Chu G, Rosenfield AT, Anderson K, et al. Sensitivity and value of digital CT scout radiography for detecting ureteral stones in patients with ureterolithiasis diagnosed on unenhanced CT. AJR Am J Roentgenol 1999; 173:417.

37. Thomas C, Patschan O, Ketelsen D, et al. Dual-energy CT for the characterization of urinary calculi: In vitro and in vivo evaluation of a low-dose scanning protocol. Eur Radiol 2009; 19:1553.

38. Zilberman DE, Ferrandino MN, Preminger GM, et al. In vivo determination of urinary stone composition using dual energy computerized tomography with advanced post-acquisition processing. J Urol 2010; 184:2354.

39. Matlaga BR, Kawamoto S, Fishman E. Dual source computed tomography: a novel technique to determine stone composition. Urology 2008; 72:1164.

40. Boll DT, Patil NA, Paulson EK, et al. Renal stone assessment with dual-energy multidetector CT and advanced postprocessing techniques: improved characterization of renal stone composition--pilot study. Radiology 2009; 250:813.

41. Ferrandino MN, Pierre SA, Simmons WN, et al. Dual-energy computed tomography with advanced postimage acquisition data processing: improved determination of urinary stone composition. J Endourol 2010; 24:347.

42. Eiber M, Holzapfel K, Frimberger M, et al. Targeted dual-energy single-source CT for characterisation of urinary calculi: experimental and clinical experience. Eur Radiol 2012; 22:251.

43. Wong C, Teitge B, Ross M, et al. The Accuracy and Prognostic Value of Point-of-care Ultrasound for Nephrolithiasis in the Emergency Department: A Systematic Review and Meta-analysis. Acad Emerg Med 2018; 25:684.

44. Jung SI, Kim YJ, Park HS, et al. Sensitivity of digital abdominal radiography for the detection of ureter stones by stone size and location. J Comput Assist Tomogr 2010; 34:879.

45. Levine JA, Neitlich J, Verga M, et al. Ureteral calculi in patients with flank pain: correlation of plain radiography with unenhanced helical CT. Radiology 1997; 204:27.

46. Semins MJ, Feng Z, Trock B, et al. Evaluation of acute renal colic: a comparison of non-contrast CT versus 3-T non-contrast HASTE MR urography. Urolithiasis 2013; 41:43.

47. Liu S, Nie P, Wang H, et al. Application of Digital Tomosynthesis in the Diagnosis of Urolithiasis: Comparison with MDCT. J Endourol 2020; 34:145.

48. Cabrera FJ, Kaplan AG, Youssef RF, et al. Digital Tomosynthesis: A Viable Alternative to Noncontrast Computed Tomography for the Follow-Up of Nephrolithiasis? J Endourol 2016; 30:366.

49. Liu S, Wang H, Feng W, et al. The value of X-ray digital tomosynthesis in the diagnosis of urinary calculi. Exp Ther Med 2018; 15:1749.

50. Manjunath A, Skinner R, Probert J. Assessment and management of renal colic. BMJ 2013; 346:f985.

51. Sarma DP, Deiparine EM, Weilbaecher TG. Partially calcified renal cell carcinoma mimicking renal calculus. J La State Med Soc 1990; 142:24.

52. Crochet JR, Bastian LA, Chireau MV. Does this woman have an ectopic pregnancy?: the rational clinical examination systematic review. JAMA 2013; 309:1722.

53. Jones EE. Ectopic pregnancy: common and some uncommon misdiagnoses. Obstet Gynecol Clin North Am 1991; 18:55.

54. Jones WA, Cooper TP, Kiviat MD. Munchausen syndrome presenting as urolithiasis. West J Med 1978; 128:185.

55. Johnson CM, Wilson DM, O'Fallon WM, et al. Renal stone epidemiology: a 25-year study in Rochester, Minnesota. Kidney Int 1979; 16:624.

56. Coe FL, Parks JH, Asplin JR. The pathogenesis and treatment of kidney stones. N Engl J Med 1992; 327:1141.

57. Holdgate A, Pollock T. Systematic review of the relative efficacy of non-steroidal anti-inflammatory drugs and opioids in the treatment of acute renal colic. BMJ 2004; 328:1401.

58. Pathan SA, Mitra B, Cameron PA. A Systematic Review and Meta-analysis Comparing the Efficacy of Nonsteroidal Anti-inflammatory Drugs, Opioids, and Paracetamol in the Treatment of Acute Renal Colic. Eur Urol 2018; 73:583.

59. Afshar K, Jafari S, Marks AJ, et al. Nonsteroidal anti-inflammatory drugs (NSAIDs) and non-opioids for acute renal colic. Cochrane Database Syst Rev 2015; 2015:CD006027.

60. Alghamdi YA, Morya RE, Bahathiq DM, et al. Comparison of acetaminophen, ketamine, or ketorolac versus morphine in the treatment of acute renal colic: A network meta-analysis. Am J Emerg Med 2023; 73:187.

61. Cole RS, Fry CH, Shuttleworth KE. The action of the prostaglandins on isolated human ureteric smooth muscle. Br J Urol 1988; 61:19.

62. Miller OF, Kane CJ. Time to stone passage for observed ureteral calculi: a guide for patient education. J Urol 1999; 162:688.

63. Coll DM, Varanelli MJ, Smith RC. Relationship of spontaneous passage of ureteral calculi to stone size and location as revealed by unenhanced helical CT. AJR Am J Roentgenol 2002; 178:101.

64. Parekattil SJ, Kumar U, Hegarty NJ, et al. External validation of outcome prediction model for ureteral/renal calculi. J Urol 2006; 175:575.

65. Preminger GM. Editorial comment. The value of intensive medical management of distal ureteral calculi in an effort to facilitate spontaneous stone passage. Urology 2000; 56:582.

66. Porpiglia F, Destefanis P, Fiori C, Fontana D. Effectiveness of nifedipine and deflazacort in the management of distal ureter stones. Urology 2000; 56:579.

67. Dellabella M, Milanese G, Muzzonigro G. Efficacy of tamsulosin in the medical

management of juxtavesical ureteral stones. J Urol 2003; 170:2202.

68.  Saita A, Bonaccorsi A, Marchese F, et al. Our experience with nifedipine and prednisolone as expulsive therapy for ureteral stones. Urol Int 2004; 72 Suppl 1:43.

69.  Dellabella M, Milanese G, Muzzonigro G. Medical-expulsive therapy for distal ureterolithiasis: randomized prospective study on role of corticosteroids used in combination with tamsulosin-simplified treatment regimen and health-related quality of life. Urology 2005; 66:712.

70.  Dellabella M, Milanese G, Muzzonigro G. Randomized trial of the efficacy of tamsulosin, nifedipine and phloroglucinol in medical expulsive therapy for distal ureteral calculi. J Urol 2005; 174:167.

71.  Porpiglia F, Ghignone G, Fiori C, et al. Nifedipine versus tamsulosin for the management of lower ureteral stones. J Urol 2004; 172:568.

72.  Hollingsworth JM, Rogers MA, Kaufman SR, et al. Medical therapy to facilitate urinary stone passage: a meta-analysis. Lancet 2006; 368:1171.

73.  Yilmaz E, Batislam E, Basar MM, et al. The comparison and efficacy of 3 different alpha1-adrenergic blockers for distal ureteral stones. J Urol 2005; 173:2010.

74.  Vicentini FC, Mazzucchi E, Brito AH, et al. Adjuvant tamsulosin or nifedipine after extracorporeal shock wave lithotripsy for renal stones: a double blind, randomized, placebo-controlled trial. Urology 2011; 78:1016.

75.  Pickard R, Starr K, MacLennan G, et al. Medical expulsive therapy in adults with ureteric colic: a multicentre, randomised, placebo-controlled trial. Lancet 2015; 386:341.

76.  Hollingsworth JM, Canales BK, Rogers MA, et al. Alpha blockers for treatment of ureteric stones: systematic review and meta-analysis. BMJ 2016; 355:i6112.

77.  Seitz C, Liatsikos E, Porpiglia F, et al. Medical therapy to facilitate the passage of stones: what is the evidence? Eur Urol 2009; 56:455.

78.  Hermanns T, Sauermann P, Rufibach K, et al. Is there a role for tamsulosin in the treatment of distal ureteral stones of 7 mm or less? Results of a randomised, double-blind, placebo-controlled trial. Eur Urol 2009; 56:407.

79.  Furyk JS, Chu K, Banks C, et al. Distal Ureteric Stones and Tamsulosin: A Double-Blind, Placebo-Controlled, Randomized, Multicenter Trial. Ann Emerg Med 2016; 67:86.

80. Ye Z, Zeng G, Yang H, et al. Efficacy and Safety of Tamsulosin in Medical Expulsive Therapy for Distal Ureteral Stones with Renal Colic: A Multicenter, Randomized, Double-blind, Placebo-controlled Trial. Eur Urol 2018; 73:385.

81. Wang RC, Smith-Bindman R, Whitaker E, et al. Effect of Tamsulosin on Stone Passage for Ureteral Stones: A Systematic Review and Meta-analysis. Ann Emerg Med 2017; 69:353.

82. Wang RC, Addo N, Chi T, et al. Medical expulsive therapy use in emergency department patients diagnosed with ureteral stones. Am J Emerg Med 2017; 35:1069.

83. Campschroer T, Zhu X, Vernooij RW, Lock MT. Alpha-blockers as medical expulsive therapy for ureteral stones. Cochrane Database Syst Rev 2018; 4:CD008509.

84. Wang H, Man LB, Huang GL, et al. Comparative efficacy of tamsulosin versus nifedipine for distal ureteral calculi: a meta-analysis. Drug Des Devel Ther 2016; 10:1257.

85. Parsons JK, Hergan LA, Sakamoto K, Lakin C. Efficacy of alpha-blockers for the treatment of ureteral stones. J Urol 2007; 177:983.

86. Aboumarzouk OM, Jones P, Amer T, et al. What Is the Role of α-Blockers for Medical Expulsive Therapy? Results From a Meta-analysis of 60 Randomized Trials and Over 9500 Patients. Urology 2018; 119:5.

87. Agrawal M, Gupta M, Gupta A, et al. Prospective randomized trial comparing efficacy of alfuzosin and tamsulosin in management of lower ureteral stones. Urology 2009; 73:706.

88. Meltzer AC, Burrows PK, Wolfson AB, et al. Effect of Tamsulosin on Passage of Symptomatic Ureteral Stones: A Randomized Clinical Trial. JAMA Intern Med 2018; 178:1051.

89. Jayant K, Agrawal R, Agrawal S. Tamsulosin versus tamsulosin plus tadalafil as medical expulsive therapy for lower ureteric stones: a randomized controlled trial. Int J Urol 2014; 21:1012.

90. Kumar S, Jayant K, Agrawal MM, et al. Role of tamsulosin, tadalafil, and silodosin as the medical expulsive therapy in lower ureteric stone: a randomized trial (a pilot study). Urology 2015; 85:59.

91. Gnyawali D, Pradhan MM, Sigdel PR, et al. Efficacy of Tamsulosin plus Tadalafil versus Tamsulosin as Medical Expulsive Therapy for Lower Ureteric Stones: A Randomized Controlled Trial. Adv Urol 2020; 2020:4347598.

Kidney stones in adults: Diagnosis and acute management of suspected nephrolithiasis – UpToDate

6/23/24, 3:27 PM

92. Jackman SV, Maganty A, Wolfson AB, et al. Resolution of Hydronephrosis and Pain to Predict Stone Passage for Patients With Acute Renal Colic. Urology 2022; 159:48.

93. Portis AJ, Sundaram CP. Diagnosis and initial management of kidney stones. Am Fam Physician 2001; 63:1329.

94. Parmar MS. Kidney stones. BMJ 2004; 328:1420.

95. Assimos D, Krambeck A, Miller NL, et al. Surgical Management of Stones: American Urological Association/Endourological Society Guideline, PART I. J Urol 2016; 196:1153.

Topic 7366 Version 56.0

GRAPHICS

## Management of acute symptomatic nephrolithiasis

Kidney stones in adults: Diagnosis and acute management of suspected nephrolithiasis - UpToDate

6/23/24, 3:27 PM



eGFR: estimated glomerular filtration rate; NSAID: nonsteroidal antiinflammatory drug.

* For most patients with acute renal colic, we suggest NSAIDs rather than opioids as the initial choice for pain control. We reserve opioids for patients who have contraindications to NSAIDs, have severe kidney function impairment (ie, eGFR <30 mL/min/1.73 m$^2$), or do not achieve adequate pain relief with NSAIDs. Refer to UpToDate content on pain control for patients with nephrolithiasis.

Graphic 83630 Version 10.0

Kidney stones in adults: Diagnosis and acute management of suspected nephrolithiasis – UpToDate

6/23/24, 3:27 PM

# Selection of diagnostic imaging for suspected nephrolithiasis



BMI: body mass index; CT: computed tomography.

\* If further diagnosis is required following ultrasound, additional options include magnetic resonance urography and, for pregnant patients in the second or third but not first trimester, a low-dose, noncontrast CT under guidance of an obstetrician.

¶ Ultrasound reliably detects hydronephrosis, and radiography can be used to measure stone size and location. However, compared with CT, both ultrasound and radiography are less sensitive for detecting stones. Many patients who initially undergo ultrasound will require a follow-up CT to either identify a stone or to guide management.

Δ Point-of-care kidney ultrasound at the bedside is performed in many emergency departments within the United States. While it is followed by CT for the majority of cases requiring intervention, this does not result in significant care delay. In some emergency departments, an ultrasound-first approach (either emergency physician point-of-care or radiology-performed) may therefore be preferred in patients with suspected nephrolithiasis who are at low risk for serious alternative diagnoses (eg, cholecystitis, appendicitis, aortic abdominal aneurysm).

◇ In patients with obesity (BMI >30 kg/m$^2$), standard-dose CT is preferred since low-dose CT may be less reliable for detecting small stones (<2 mm) and ureteral stones.

Graphic 131528 Version 3.0

# Imaging modalities for nephrolithiasis

| | Advantages | Disadvantages |
|---|---|---|
| **Ultrasound kidneys and bladder** | ▪ No ionizing radiation; lower cumulative radiation dose in patients undergoing repeated imaging<br>▪ Reliably detects hydronephrosis | ▪ Low to moderate sensitivity and wide variability in diagnostic performance; detects 24 to 57% of stones seen with CT[1,2]<br>▪ Inaccurate stone size measurements and ureteral localization for treatment planning<br>▪ Likely nondiagnostic in patients with large body habitus (males >285 lb, females >250 lb), or those with end-stage kidney disease |
| **Noncontrast CT abdomen and pelvis** | ▪ Highest diagnostic accuracy; pooled sensitivity 0.97 and specificity 0.95 for low-dose examination[3]<br>▪ Reliably detects hydronephrosis<br>▪ Accurate stone size measurements and ureteral localization for treatment planning | ▪ Ionizing radiation; effective dose 2 to 3 mSv with low-dose and 10 to 12 mSv with standard-dose examination<br>▪ Rarely, a second set of images after intravenous contrast are needed for definitive diagnosis of urolithiasis* |
| **Abdomen radiograph** | ▪ Accurate stone size measurements and ureteral localization for treatment planning | ▪ Low to moderate sensitivity and wide variability in diagnostic performance; detects 29 to 59% of stones seen with CT[4,5]<br>▪ Does not detect hydronephrosis<br>▪ Ionizing radiation; effective dose 0.8 mSv with each view |
| **MRI abdomen and pelvis** | ▪ No ionizing radiation<br>▪ Reliably detects hydronephrosis<br>▪ Accurately localizes the site of ureteral obstruction for treatment planning | ▪ Very low sensitivity as stones are nearly invisible<br>▪ Inaccurate stone size measurements for treatment planning<br>▪ Requires patient lie still in enclosed scanner for 10 to 20 minutes |

Kidney stones in adults: Diagnosis and acute management of suspected nephrolithiasis – UpToDate

6/23/24, 3:27 PM

| **Intravenous pyelography (IVP)** | ■ Reliably detects hydronephrosis<br>■ Accurate stone size measurements and ureteral localization for treatment planning | ■ Diagnostic performance not quantified; less accurate than CT<br>■ Ionizing radiation; effective dose 3 mSv<br>■ Intravenous contrast required |
| --- | --- | --- |

CT: computed tomography; MRI: magnetic resonance imaging.

\* To distinguish ureteral stones from phleboliths.

References:

1. Fowler KA, Locken JA, Duchesne JH, Williamson MR. US for detecting renal calculi with nonenhanced CT as a reference standard. Radiology 2002; 222:109.
2. Ulusan S, Koc Z, Tokmak N. Accuracy of sonography for detecting renal stone: Comparison with CT. J Clin Ultrasound 2007; 35:256.
3. Niemann T, Kollmann T, Bongartz G. Diagnostic performance of low-dose CT for the detection of urolithiasis: a meta-analysis. AJR Am J Roentgenol 2008;191:396.
4. Jung SI, Kim YJ, Park HS, et al. Sensitivity of digital abdominal radiography for the detection of ureter stones by stone size and location. J Comput Assist Tomogr 2010; 34:879.
5. Levine JA, Neitlich J, Verga M, et al. Ureteral calculi in patients with flank pain: correlation of plain radiography with unenhanced helical CT. Radiology 1997; 204:27.

Graphic 112836 Version 6.0

# Kidney stone on noncontrast computed tomography



Noncontrast computed tomography (CT) with a nonobstructing 8 mm right kidney stone.

*Courtesy of Deborah A Baumgarten, MD, MPH.*

Graphic 144605 Version 1.0

# Ureteral stone on low-dose computed tomography and plain film



Low-dose computed tomography (CT) demonstrating right hydronephrosis and hydroureter secondary to a mid-ureteral stone (A, B, C). The stone is also visible on a plain film (D; arrow).

*Courtesy of Deborah A Baumgarten, MD, MPH.*

Graphic 144606 Version 1.0

# Kidney stone on a contrast-enhanced computed tomography



Contrast-enhanced computed tomography (CT) depicting a nonobstructing left renal pelvic stone (arrow).

---

*Courtesy of Deborah A Baumgarten, MD, MPH.*

---

Graphic 144607 Version 1.0

Kidney stones in adults: Diagnosis and acute management of suspected nephrolithiasis – UpToDate

6/23/24, 3:27 PM

## Use of delayed excretory imaging on computed tomography to differentiate phlebolith from ureteral stone



Noncontrast computed tomography (CT) through the upper pelvis showing two calcifications in the retroperitoneum near the expected location of the right ureter (A). Contrast-enhanced CT showing the ureter (B; arrow) coursing behind the two calcifications, which are phleboliths.

*Courtesy of Deborah A Baumgarten, MD, MPH.*

Graphic 144608 Version 1.0

Kidney stones in adults: Diagnosis and acute management of suspected nephrolithiasis - UpToDate

6/23/24, 3:27 PM

## CT of kidney stone



Nephrolithiasis. Image of abdomen from a noncontrast CT shows a stone (arrow) in the right renal pelvis.

CT: computed tomography.

*Courtesy of Mark D Aronson, MD.*

Graphic 72669 Version 9.0

Kidney stones in adults: Diagnosis and acute management of suspected nephrolithiasis – UpToDate

6/23/24, 3:27 PM

## CT of medullary sponge kidney



Medullary sponge kidney. Coronal reconstruction image of the abdomen from a noncontrast CT shows bilateral nephrocalcinosis (arrows) at the corticomedullary junction.

CT: computed tomography.

*Courtesy of Susanna I Lee MD, PhD.*

Graphic 112834 Version 1.0

Kidney stones in adults: Diagnosis and acute management of suspected nephrolithiasis - UpToDate

6/23/24, 3:27 PM

## Stones on dual energy computed tomography



On this computed tomography (CT) system, non-urate stones are color-coded blue (A and B), and urate stones are color-coded red (C and D).

*Courtesy of Deborah A Baumgarten, MD, MPH.*

Graphic 144609 Version 1.0

## Ultrasound of kidney/ureteral stone



Longitudinal (A) and transverse (B) ultrasound images of the right kidney showing an echogenic stone (arrowheads) with posterior acoustic shadowing (dashed arrows). One year later the patient presented with right flank pain and microscopic hematuria (C, D). There is now moderate hydronephrosis, and the stone has migrated into the proximal right ureter (arrowhead) with posterior acoustic shadowing (dashed arrow).

*Courtesy of Deborah A Baumgarten, MD, MPH.*

Graphic 57549 Version 5.0

6/23/24, 3:27 PM

## Ultrasound of a nonobstructing stone



Longitudinal ultrasound image of the right kidney showing an echogenic stone (A; arrowhead) with posterior acoustic shadowing (A; dashed arrows). Twinkle artifact (B; arrows) on the color Doppler image is also helpful to confirm a stone. A noncontrast computed tomography (CT) obtained on the same day also shows the stone on transverse (C) and coronal (D) reconstructions.

*Courtesy of Deborah A Baumgarten, MD, MPH.*

Kidney stones in adults: Diagnosis and acute management of suspected nephrolithiasis – UpToDate                6/23/24, 3:27 PM

Graphic 144610 Version 1.0

6/23/24, 3:27 PM

## Stones on abdominal radiographs





Abdominal radiographs in two different patients showing a small upper right kidney stone (A; arrow) and a large right staghorn calculus (B; dashed arrow).

*Courtesy of Deborah A Baumgarten, MD, MPH.*

Graphic 144611 Version 1.0

# Intravenous pyelography positive for a right ureteral stone



Scout KUB shows a calcification overlying the expected location of the proximal right ureter (A; arrow). Eight-minute film of the kidneys shows delayed right kidney function indicating obstruction (B). Ten-minute KUB confirms the site of obstruction as the proximal right kidney stone (C; dashed arrow); note mild dilation of the right collecting system and proximal ureter compared with the left.

KUB: kidney, ureter, and bladder radiograph.

*Courtesy of Deborah A Baumgarten, MD, MPH.*

Graphic 144614 Version 1.0

Kidney stones in adults: Diagnosis and acute management of suspected nephrolithiasis – UpToDate

6/23/24, 3:27 PM

# Use of intravenous pyelography after noncontrast computed tomography



Axial noncontrast CT showing mild left hydronephrosis and perinephric stranding (A). Coronal noncontrast CT showing the obstructing mid-left ureteral stone (B; arrow). Follow-up IVP scout (C) and 10-minute (D) KUBs showing no stone and normal bilateral kidney function confirming stone passage.

CT: computed tomography; IVP: intravenous pyelography; KUB: kidney, ureter, and bladder radiograph.

*Courtesy of Deborah A Baumgarten, MD, MPH.*

Graphic 144615 Version 1.0

Case 3:21-cv-00599-DWD       Document 197-1       Filed 10/22/24       Page 102 of 105       Page
ID #1390
Kidney stones in adults: Diagnosis and acute management of suspected nephrolithiasis - UpToDate       6/23/24, 3:27 PM

## Ureteral stones on magnetic resonance imaging



T1-weighted magnetic resonance (MR) image of the pelvis shows two filling defects in the distal left

ureter (A; arrows) confirmed as stones on a computed tomography (CT) later the same day (B; dashed arrows; bladder is bright due to excreted gadolinium).

*Courtesy of Deborah A Baumgarten, MD, MPH.*

Graphic 144616 Version 1.0

Kidney stones in adults: Diagnosis and acute management of suspected nephrolithiasis - UpToDate

6/23/24, 3:27 PM

## Stone protocol computed tomography with an alternative diagnosis



Four axial images from a stone protocol (noncontrast) computed tomography (CT) showing normal kidneys (A) and inflammation (arrows) along the left colon due to diverticulitis (B, C, D).

*Courtesy of Deborah A Baumgarten, MD, MPH.*

Graphic 144617 Version 1.0

→

877-834675

林765 571