```
------------------------------------X

REED ET. AL,

                              Plaintiff,



    - against -




WEXFORD HEALTH SOURCES, INC., ET AL.

                              Defendants.

------------------------------------X
```

                    100 Garden City Plaza
                    Garden City, New York

                    September 26, 2024
                    8:00 a.m.


    EXAMINATION BEFORE TRIAL OF HOMER VENTERS,

a Witness herein, taken Pursuant to

Order, and held at the above-mentioned time

and place, before Kimberly Dean, a

stenographer and Notary Public within and

For the State of New York.

Dr. Homer Venters
September 26, 2024

| | |
|---|---|
| 1 | DR. HOMER VENTERS |
| 2 | Okay. And, then, did you locate the note |
| 3 | in Omar McCullough's chart that you believe that |
| 4 | you reported that he had difficulty defecating? |
| 5 | A.   No. I didn't do any homework or chart |
| 6 | reviews last night. |
| 7 | Q.   My next question was going to be, did |
| 8 | you review any new documents? |
| 9 | A.   I looked at my report and that's it. |
| 10 | Q.   Yesterday I believe you mentioned that |
| 11 | colon cancer is the second leading cause of death |
| 12 | from cancer in America. |
| 13 | Is that what you said yesterday? |
| 14 | A.   No. I said it is a leading cause of |
| 15 | colon cancer deaths. |
| 16 | Q.   I looked that up. |
| 17 | Do you agree that lung cancer is the |
| 18 | leading cause of cancer death in America? |
| 19 | A.   Yes. But, again, that is not what I |
| 20 | said. I said that colon cancer is one of the |
| 21 | leading or a leading cause of colon cancer death. |
| 22 | Q.   The National Cancer Institute for 2024 |
| 23 | puts colon and rectal at about 9 percent. |
| 24 | Do you have any reason to dispute that? |
| 25 | A.   No, that's not either what I said or |

|    |    |
|----|----|
| 1  | DR. HOMER VENTERS |
| 2  | A.   Yes.  I see that. |
| 3  | Q.   This patient didn't have significant |
| 4  | weight loss; is that true? |
| 5  | A.   I have written here that the patient did |
| 6  | have significant weight loss, but I don't recall |
| 7  | the exact dates of the weight loss.  I'm not |
| 8  | disputing that this number is not different from |
| 9  | what you showed me from years earlier. |
| 10 | Q.   At least up to October of 2017, we |
| 11 | haven't seen weight loss; is that right? |
| 12 | A.   All I can attest to, because I don't |
| 13 | have the dates and weights memorized, is that this |
| 14 | number here showing me 314 is about the same as |
| 15 | the other numbers that you showed me from years |
| 16 | earlier.  I'm not disputing that. |
| 17 | Q.   I have to show you whatever I can, |
| 18 | because you didn't put what dates that he lost |
| 19 | weight. |
| 20 | A.   Okay. |
| 21 | Q.   Let me know if there is any other |
| 22 | weights that you're referring to. |
| 23 |      You put footnotes for medical records. |
| 24 | That's an entire section of records, right, not a |
| 25 | specific page that you're referring to? |

|   |   |
|---|---|
| 1 | DR. HOMER VENTERS |
| 2 | aware of illness in the pancreas causing changes |
| 3 | in how people digest food. |
| 4 | Q.    Is constipation a normal red flag for |
| 5 | pancreatic cancer? |
| 6 | A.    I don't know.  Constipation on its own I |
| 7 | wouldn't expect would be a red flag for short-term |
| 8 | constipation by itself.  I wouldn't expect that to |
| 9 | raise suspicion for pancreatic cancer. |
| 10 | Q.    He sees the nurse practitioner on |
| 11 | October 25, 2017, for abdominal discomfort and |
| 12 | constipation and he weighed 165 pounds? |
| 13 | A.    I have in the report that he had a |
| 14 | 20-pound weight loss in one month from late |
| 15 | October to late November.  But I don't have the |
| 16 | numbers.  So I'm not disputing what you are |
| 17 | saying. |
| 18 | Q.    Late October would be this? |
| 19 | A.    Yes. |
| 20 | Q.    So 5018.  It's 165. |
| 21 | A.    I also don't recall.  The weight that we |
| 22 | just looked at before this was 170.  But, anyways, |
| 23 | this is the time where I know that he starts his |
| 24 | weight loss. |
| 25 | Q.    Not reporting bleeding in his stool, |

1            DR. HOMER VENTERS

2   correct?

3       A.   Yes.

4       Q.   He first reports nausea on November

5   12th; is that right?

6       A.   Again, I don't recall, but I'm not

7   disputing it.

8       Q.   5022, vomiting, green-tinged liquid,

9   self reports -- that is a bad habit, sorry.

10           You see that he reports some green-tinged

11  liquid vomit?

12      A.   Yes.

13      Q.   He still weighs 165?

14      A.   Yes.  I see that.

15      Q.   He is sent or admitted into the

16  infirmary on the 22nd of November?

17      A.   I'm not disputing that.  I just don't

18  recall.

19      Q.   Does this patient have Crohn's disease?

20      A.   I don't recall.

21      Q.   Would Crohn's disease cause these

22  symptoms?

23      A.   Not necessarily.  The vomiting up green,

24  bilious fluid, that is very characteristic of a

25  gallbladder problem.  That's actual bile usually.

1      DR. HOMER VENTERS
2  previously, but that that was not being put
3  together with the fact that he had prostate
4  cancer.
5      Q.   Was it a significant weight loss?
6      A.   I don't have the amount or weight loss
7  here.  I generally wouldn't include weight loss
8  unless I saw a change of 5 percent, in that range,
9  of someone's body weight.
10     Q.   When did it begin decreasing?
11     A.   My report says this weight loss combined
12 with multiple visits for abdominal pain, weakness,
13 and shortness of breath from July through October
14 2016 should have resulted in prompt assessment for
15 potential malignancy.
16     Q.   July 13th of 2016 he weighed 177 pounds.
17 I am putting document 316 on the screen.  Is that
18 right?
19     A.   I see that number.
20     Q.   On 327 we see his weight is 172 on
21 October 5, 2016.  So from July to October that is
22 five pounds?
23     A.   Yes.  I don't know what he was before he
24 got sick.  Before July -- I don't have the weights
25 memorized by date.  Generally a 5 percent weight

1          DR. HOMER VENTERS
2    loss would be relevant for somebody with a history
3    of cancer, raising a suspicion of cancer
4    recurrence.
5         Q.   5 percent of 177 is more than five,
6    right?
7         A.   Yes, seven or so pounds.
8         Q.   He was sent to the emergency room on
9    November 3, 2016?
10        A.   I don't have the date, but, yes, I have
11   the hospital transfer.
12        Q.   That revealed an abdominal mass?
13        A.   Yes.
14        Q.   He was approved to go see the oncologist
15   again?
16        A.   That's my understanding.  I don't recall
17   the specific date.
18        Q.   At this point had he had any abnormal
19   labs?
20        A.   I don't recall as I sit here.  I don't
21   believe I mentioned lab tests.  Not that I recall.
22        Q.   You have in here multiple encounters in
23   the prison failed to address these problems, which
24   I think before you were referring to a new plan
25   for his weight loss or abdominal mass.  But a

|    |    |
|----|----|
| 1  | DR. HOMER VENTERS |
| 2  | he died?  Do you know who was responsible for |
| 3  | doing that? |
| 4  |     A.    No.  As I said, I included it because |
| 5  | someone put it in his medical records. |
| 6  |     Q.    During any time did he have abnormal |
| 7  | labs? |
| 8  |     A.    Not that I'm aware of. |
| 9  |     Q.    You didn't observe weight loss? |
| 10 |     A.    I have in here that he's noted to have a |
| 11 | 21-pound weight loss.  I don't have the specific |
| 12 | dates.  I am presuming it is sometime in the final |
| 13 | month or two. |
| 14 |     Q.    The record on the screen from May 15, |
| 15 | 2015, he is sent to the ER and doesn't return two |
| 16 | days later? |
| 17 |     A.    I see that.  I don't have in my report |
| 18 | the specific dates or note where his 21-pound |
| 19 | weight loss is apparent. |
| 20 |     Q.    This is when he's sent out -- I don't |
| 21 | see any other subsequent weight. |
| 22 |           As a practical matter, do you think that |
| 23 | the patient lost 21 pounds in two days? |
| 24 |     A.    No.  That's not my position.  You showed |
| 25 | me two weights, one a year earlier and this one |

1      DR. HOMER VENTERS
2  two days before he went out.  I noted in my review
3  of the records that he at some point in this time,
4  his final months, had a 21-pound weight loss.
5          But as I sit here today, I don't know the
6  specific dates those weights were taken.
7      Q.    Even if we go to April 21, 2015, he is
8  still 210 pounds?
9      A.    I see that.
10     Q.    Could you point me anywhere in the
11 records where Mr. ████████ lost 21 pounds?
12     A.    As I sit here, I don't recall and I
13 can't tell you the specific dates.
14     Q.    Is it possible that that's incorrect?
15     A.    I don't know.  It certainly would be
16 possible for me to verify that.
17     Q.    Other than the time between this patient
18 reporting -- I will back up for a second.
19     A.    Okay.
20     Q.    Is it your belief that at the first
21 feeling of chest pressure they should have sent
22 him out in August of 2014?
23          MS. MAKAR:  Objection to form.
24     A.    No.
25     Q.    What about the second one?

Dr. Homer Venters
September 26, 2024

|  |  |  |
|---|---|---|
| 1 |  | DR. HOMER VENTERS |
| 2 | A. | Yes. |
| 3 | Q. | ▮▮▮▮▮▮▮ is from Hillcrest Correctional Center; is that right? |
| 5 | A. | Yes. |
| 6 | Q. | Do you know who primarily provided him medical care in the IDOC? |
| 8 | A. | No. |
| 9 | Q. | He didn't have cancer; is that right? |
| 10 | A. | That's my understanding. |
| 11 | Q. | Did he die? |
| 12 | A. | No, I don't think he would have died of this problem, but I don't know if he died or not. |
| 14 | Q. | What is his condition? |
| 15 | A. | He had a diverticulum of his esophagus, which is akin to a little pouch, I guess a pouch is the best way to describe it, in his esophagus. This can cause problems, including when it gets more serious, weight loss, vomiting, having a hard time eating or digesting food. |
| 21 | Q. | He was approved for a swallow study in 2012? |
| 23 | A. | I recall that that was the case, yes, that he was approved, but I don't recall the date. |
| 25 | Q. | What surgical intervention was required? |

1                 DR. HOMER VENTERS

2   a break.

3        Q.    After this one we will take a break.

4              This patient had Hepatitis C?

5        A.    Yes.

6        Q.    You say he did not receive specialty

7   care until 2014.

8              Did you see records that he refused any

9   Hepatitis treatment in 2013?

10       A.    I don't recall the treatment.  My

11  reference here to some of the standard screenings

12  that the GI services do for people with Hep C,

13  whether they are in treatment or not.

14       Q.    What do you mean?

15       A.    I mentioned that he didn't receive basic

16  screening for esophageal varices until July of

17  2015 and then I mentioned regular monitoring for

18  liver cancer until 2015.  So when I reviewed his

19  records, these are basic things that we normally

20  due to monitor people with Hep C, whether they are

21  in treatment or not.  I didn't see that in his

22  records until those times.

23       Q.    At 741 we see an April 11, 2013, refusal

24  for treatment for Hepatitis C?

25       A.    I see that, yes.

```
1              DR. HOMER VENTERS
2       3:08 p.m. until 3:12 p.m.)
3       Q.    The next individual is ████████████.
4       A.    Yes.
5       Q.    He was incarcerated at Hill Correctional
6  Center; is that right?
7       A.    Yes.  That is what I have on my report.
8       Q.    Do you know who primarily treated him?
9       A.    I do not.
10      Q.    What condition was he diagnosed with?
11      A.    I believe he had an interstitial lung
12 disease.
13      Q.    What is that?
14      A.    It's a broad category of conditions that
15 involve scarring of the lung tissue so that the
16 lungs don't exchange oxygen and work the way that
17 we would expect.  And one of the -- probably the
18 most common type we think of is COPD.  But
19 interstitial lung disease could come from exposure
20 to dust, like silica or other irritants to the
21 lungs.
22      Q.    It's not cancer?
23      A.    No.
24      Q.    Is it cancer?
25      A.    No.
```

Dr. Homer Venters
September 26, 2024

1         DR. HOMER VENTERS
2    Q.   Did he refuse prostate cancer screening
3    in 2011?
4    A.   I don't know if that's the case.  I
5    wouldn't dispute it.  I'm just not aware of that.
6    Q.   Would you dispute that he refused a
7    rectal exam in January of 2013?
8    A.   No.
9    Q.   He refused a rectal exam in January of
10   2015?
11   A.   No.
12   Q.   You don't dispute that?
13   A.   I don't.  I am not aware of it.
14   Q.   In 2015, he said that he lost 20 pounds.
15        January 6, 2015, his weight was 166.
16        Do you see that?
17   A.   Yes.
18   Q.   That's page 2173.
19   A.   I see that.
20   Q.   On 1481, March 1, 2016, do you see his
21   weight?
22   A.   Yes, just up a little bit.  164.
23   Q.   A two-pound weight difference?
24   A.   Yes.
25   Q.   Is that a significant weight loss?

1         DR. HOMER VENTERS

2    A.    No, not to my mind.

3    Q.    Did he report blood in his stool?

4    A.    Not to my knowledge.  He was sent to the
5  hospital for an abnormal lab value later on.  I
6  don't have any notation in my report about him
7  saying that.

8    Q.    Was sending him to the hospital for
9  those abnormal lab values the right thing to do?

10   A.    Yes.  I have a critique about the
11 referral, which we've talked about before, the
12 urgency of the referral for colonoscopy.

13   Q.    After his hemoglobin was low?

14   A.    Yes.

15   Q.    Was that April of 2017?

16   A.    Yes.

17   Q.    That is when he was sent to the ER.  Was
18 that the second time or is that for the abnormal
19 labs?

20   A.    My understanding, what I put in my
21 report, is there was one time that he was sent to
22 the hospital for abnormal labs with the low
23 hemoglobin.  Then he returned.  And in that visit,
24 as I've written at the emergency department,
25 colonoscopy and GI consultation were recommended