| | |
|---|---|
| **From:** | Steve Weil <weil@loevy.com> |
| **Sent:** | Wednesday, August 7, 2024 5:55 PM |
| **To:** | Kinkade, Jaclyn A. |
| **Cc:** | Dugan, Timothy; Wormington, Emma M.; Keith B. Hill; Maria Makar; Jessie Barajas |
| **Subject:** | Re: Reed / Wiley motion to strike |

**EXTERNAL**

Jaclyn my understanding under the rules is that while a period of days converts to the next week day, a specific date is a deadline for that date. All the same I'm fine to extend to October 9.

Regarding the written discovery, it is not late--these were contention interrogatories turning on expert opinions, and we objected that they were premature. We have had open discussions about when to submit given that these were contention interrogatories. I gave you a draft of the Monell interrogatory responses on June 19. Ultimately we had to wait until Dr. Venters' report was complete to serve those, and as you can see the only major effect was to narrow them, to cite only the medical cases that Dr. Venters cites in his report. I don't understand how that could cause prejudice. Regarding the supplemental treater contention interrogatories, they are essentially verbatim of the draft supplemental contention interrogatory response I sent you on June 19, and they say the same thing: they cite the expert report regarding the standard of care. Again, I don't understand how that could cause prejudice.

I need to get a response on file, so let me know if you want to talk quickly.

If October 9 resolves this, please let me know.

Thanks,

Steve

_____
**Stephen H. Weil** (He/Him)

Office: (312) 243-5900
Direct: (312) 736-0186
Fax: (312) 243-5902
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com

On Wed, Aug 7, 2024 at 5:22 PM Kinkade, Jaclyn A. <jkinkade@cassiday.com> wrote:
> October 5 is a Saturday, so the deadline is October 7, but the larger picture is this doesn't resolve the issue with the depositions next week or other issues mentioned in the motions.
>
> **Jaclyn Kinkade** | Partner
> Cassiday Schade LLP | Phone: 314.655.4709 | Fax: 314.241.1320
> 100 N. Broadway, Suite 1580, St. Louis MO 63102 | www.cassiday.com

Illinois | Indiana | Missouri | Wisconsin

**From:** Steve Weil <weil@loevy.com>
**Sent:** Wednesday, August 7, 2024 5:05:13 PM
**To:** Kinkade, Jaclyn A. <jkinkade@cassiday.com>; Dugan, Timothy <tdugan@cassiday.com>; Wormington, Emma M. <ewormington@cassiday.com>; Keith B. Hill <khill@heylroyster.com>
**Cc:** Maria Makar <makar@loevy.com>; Jessie Barajas <jessie@loevy.com>
**Subject:** Re: Reed / Wiley motion to strike

**EXTERNAL**

Counsel,

I am writing back to check in on this offer. Please advise. Thank you.

_____

**Stephen H. Weil** (He/Him)

Office: (312) 243-5900
Direct: (312) 736-0186
Fax: (312) 243-5902
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com


On Wed, Aug 7, 2024 at 3:16 PM Steve Weil <weil@loevy.com> wrote:
> Counsel,
>
> I am writing regarding the motions to strike you have filed in Reed and in Wiley.
>
> I had planned to contact you this afternoon once you had had a chance to review both reports, to propose that given the delay in submitting the reports to you, your deadlines for filing responsive expert reports could be extended from the current October 5 deadline to October 7, with no changes to any other deadlines.
>
> I called Jaclyn's line a few moments ago to make that offer, but was directed to voicemail, so I will make the offer here.
>
> Please let me know whether you will accept an extension of your report deadline to October 7 in order to resolve the motion to strike. Since you have filed the motions to strike as emergency motions, I request that you let me know by COB today.
>
> Best regards,
>
> Steve
>
> _____
>
> **Stephen H. Weil** (He/Him)

Office: (312) 243-5900
Direct: (312) 736-0186
Fax: (312) 243-5902
311 N Aberdeen St, Chicago, IL 60607
**www.loevy.com**

**CONFIDENTIALITY NOTICE:**This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system. For further information about Cassiday Schade LLP, please see our website at www.cassiday.com or refer to any of our offices. Thank you.