UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEYANA WILEY, Administrator of the Estate of OMAR MCCULLOUGH #K77858,<br><br>    Plaintiff,<br><br>v.<br><br>JUSTIN YOUNG, C. WALKER, ANGELA WACHTOR, JUSTIN DUPREY, JANE DOE, WEXFORD HEALTH SOURCES, INC., and NURSE CYNTHIA,<br><br>    Defendants. | Case Number 3:21-cv-00599-DWD Judge<br><br>David W. Dugan |

**EXHIBIT LIST TO PLAINTIFF'S STATEMENT OF ADDITIONAL FACTS**

| | |
|---|---|
| Exhibit 1 | Plaintiff's Death Certificate |
| Exhibit 2 | Plaintiff's IDOC Medical Records |
| Exhibit 3 | Plaintiff's Northwestern Medical Records |
| Exhibit 4 | Plaintiff's CARLE Medical Records |
| Exhibit 5 | Expert Report of Dr. Judy L. Schmidt |
| Exhibit 6 | Expert Report of Dr. Homer Venters FILED UNDER SEAL |
| Exhibit 7 | Deposition of Angel Rector (July 19, 2023) |
| Exhibit 8 | Deposition of Dr. Judy L. Schmidt (August 16, 2024) |
| Exhibit 9 | Deposition of Courtney Walker Shanklin (November 7, 2022) |
| Exhibit 10 | Deposition of Justin Duprey (November 14, 2022) |
| Exhibit 11 | Deposition of Keyana Wiley (July 13, 2022) |
| Exhibit 12 | Deposition of Cynthia Ross (September 26, 2022) |
| Exhibit 13 | Deposition of Justin Young (May 23, 2023) |
| Exhibit 14 | Wexford's Answers to Plaintiffs' Interrogatories |