# EXHIBIT 5

# Medical Oncology Expert Report

## Keyana Wiley, as Administrator
## of the Estate of Omar H. McCullough

v

## Wexford Health Sources, Inc,
## Justin Young, C. Walker, Angelica Wachtor,
## Nurse Cynthia, Justin Duprey and Lori Moton

August 6, 2024

Judy L Schmidt MD FACP
2870 St. Michael Drive
Missoula, Montana 59803

# Introduction/Synopsis

Mr. Omar McCullough was 36 years old when he was an inmate at the Illinois Department of Corrections Pinckneyville Correctional Center (PNCC) 6/3/16 when he presented with 10/10 abdominal pain and nausea/vomiting. He was treated with IV fluids, IM Toradol and IM Compazine. He suffered for 3 days with the nausea, vomiting and abdominal pain. Mr. McCullough again presented 6/12/16 with 8-10/10 "almost unbearable" abdominal pain. He was given IV fluids and IV Toradol. There was microscopic hematuria on the urinalysis and a CT abdomen/pelvis was requested by his providers. After a "collegial" meeting with the utilization review committee, it was recommended to obtain an ultrasound of the abdomen/pelvis which could be done at the facility rather than a CT. It is not the standard of care to recommend an abdominal ultrasound in this setting. The sensitivity and specificity of non-contrast CT abdomen/ pelvis is much greater than ultrasound for suspected nephrolithiasis. Had he been outside the prison system, a non-contrast CT would have been done immediately.  The ultrasound was normal 7/15/16.

Mr. McCullough had ongoing abdominal pain with early satiety, and bloating and saw NP Angel Rector at PNCC 1/4/17. The possibility of colorectal cancer was not in the PNCC provider differential. Despite the ongoing pain, a CT abdomen/pelvis and GI referral for EGD/colonoscopy were not recommended.

Mr. McCullough continued to see the PNCC providers for ongoing abdominal pain. When he presented 6/22/17, he was told to take fluids, fiber and simethicone.

Mr. McCullough had an increased risk for colorectal cancer based on his positive family history (two second degree relatives had colorectal cancer) and Black race. Men have a 41.6% lifetime risk to develop an invasive cancer. Patients with 2 second degree relatives affected with CRC (colorectal cancer) have a 1.6 increased relative risk which is the same as the risk if one first degree relative has been diagnosed with CRC.

Mr. McCullough was eventually diagnosed with stage IV poorly differentiated colon cancer with extensive lung, liver and bone metastases in June 2019. His cecal tumor measured 6 cm and 3/16 regional nodes contained metastatic cancer. He had a palliative hemicolectomy done 6/28/29 for bowel obstruction. He required an ileostomy.

Knowing that the doubling time of poorly differentiated colon cancer is approximately 112 days, the tumor would have measured approximately 6 mm 6/3/16, 9.3 mm 1/4/17 and 13 mm by 6/22/17.

Colon cancer typically passes through about one stage per year.

40-55% of patients with early onset (patients under the age of 40 - 50 years) colorectal cancer present with abdominal pain.

By January 2017, Mr. McCullough would have likely had a T2 N0 stage I colon cancer. He would have had surgery for cure. His 5-year survival would have been 92% according to Memorial Sloan Kettering nomograms. He would have been cured.

By June 2017, Mr. McCullough would have likely had a T3 N0 stage II colon cancer with high risk features - perineural invasion/lymphovascular invasion and poorly differentiated. He would have been offered adjuvant FOLFOX chemotherapy after surgery. His 5-year overall survival would have been 80%. He would have been cured.

By June 2018, Mr. McCullough would have likely had a T3 N1 stage III colon cancer. He would have been offered surgery followed by adjuvant FOLFOX (Oxaliplatin, Leucovorin, 5FU) chemotherapy for 12 doses. His 5-year overall survival would have been 70%. He would have been cured.

On 1/3/19, Mr. McCullough was seen by Lori Moton APRN NP at Danville Correctional Center for evaluation of constipation and abdominal pain. He had not experienced significant weight loss. More likely then not, he had metastatic colon cancer at this point. As he had not experienced weight loss, his overall survival would have been estimated to be 24.5 months. He would have been expected to live on average until approximately **1/17/21.**

Mr. McCullough was diagnosed with stage IV metastatic colon cancer with extensive liver, bone and lung metastases in June 2019. He had lost 19.6 - pounds since January/February 2019 or 11.1% of his body mass. He required urgent right hemicolectomy and ileostomy for bowel obstruction. He was given palliative chemotherapy and died on **3/28/20** from his metastatic colon cancer.

Had Mr. McCullough been diagnosed with localized colon cancer in a timely fashion per the standard of care, he would have been cured of colon cancer and not have had to endure the many dreadful symptoms of metastatic disease, including early death.

Mr. McCullough should have been cured of his colon cancer through at least June 2018. According to the CDC and National Center for Health Statistics a 40 year old Black man has on average 32 more years to live.

Therefore, due to the negligent delay in colon cancer diagnosis by his Illinois Department of Corrections/Wexford Health Sources, Inc providers, Mr. McCullough's life was shortened by at least 32 years.

Had Mr. McCullough been diagnosed with metastatic colon cancer in January 2019, he would have been expected to live until January 2021 as he had not experienced significant weight loss.  Due to the negligent delay in metastatic colon cancer diagnosis by his Illinois Department of Corrections/Wexford Health Sources, Inc providers, Mr. McCullough would have lived approximately **10 months** longer with his metastatic cancer had he been diagnosed and treated with palliative chemotherapy starting in January 2019.

## Qualifications and Credentials

I am a triple board certified Internist, Hematologist and Medical Oncologist. My three-year subspecialty training in Hematology and Medical Oncology was completed at the Mayo Clinic in Rochester, Minnesota in 1988. Patients traveled from all over the world to obtain second opinions and medical care from the Mayo Clinic. As a Fellow in Medical Oncology, I was exposed to a plethora of benign and malignant tumor diagnosis, workup, and management issues as I worked along with many world experts in Surgical Oncology, Radiation and Medical Oncology, Gastroenterology, Radiology, and Pathology. I had the privilege of training under David Nagorney MD (colorectal surgical oncology) Charles Loprinzi MD, Michael O'Connell MD and Charles Moertel MD (medical oncology): world experts in the treatment of colorectal cancer.

In 1988, I moved to Missoula, Montana and practiced community-based private practice Hematology and Medical Oncology for 22 years. Eighty percent of Hematology/ Oncology is practiced by community-based physicians. I was a clinical instructor for the University of Washington WAMI (Washington/Alaska/Montana/Idaho) program for several years teaching the University Medical Students Hematology and Oncology. My solo Montana practice employed a staff of over 20 professionals, including 5 Oncology Nurse Society RNs, 1 LPN, front desk personnel, billing specialists, a radiology technician, 3 laboratory technicians/technologists, a locum tenens physician and a physician assistant. I had also employed a Nurse Practitioner for a period of time. I was responsible for the internal medicine care of over 95% of the patients I cared for. I routinely ordered screening and diagnostic colonoscopy and CT abdomen/pelvis. I was involved in the diagnosis, staging and treatment of hundreds of patients with colorectal cancer.

I have been a member of the American Society of Clinical Oncology (ASCO) since 1987 serving on several committees involved in practice management, guideline development, informed consent development and quality cancer care initiatives. ASCO has a diverse network of nearly 45,000 Oncology professional members (including radiation oncologists, medical oncologists, hematologists, oncology nurses, physician assistants, nurse practitioners, pathologists, radiologists and surgeons) committed to conquering cancer through research, education, prevention, and delivery of high quality care.

I was president of the Montana Society of Clinical Oncology and hematology/oncology physician representative to the Montana Medicare Carrier Advisory Committee for many years. I was a member of the ASCO Clinical Practice Committee (CPC) for about 14 years.

I have been the director and participant of Tumor Boards at St Patrick's Hospital (Missoula, Montana), Missoula Community Medical Center, and Maui Memorial Medical Center.

My head nurse, Joni Landes RN OCN, and I were given Coping Magazine's Professionals of the Year award in 1999. I was given the Mayo Clinic award for excellence in private practice Hematology/Oncology in 2004.

I have been a member of eight hospital medical staffs, and participated in numerous hospital committees, including: ethics committee, medicine committee, blood banking, and executive committee. I assisted with the credentialing of all hospital health care professionals (including physicians and nurse practitioners) while on the St Patrick's Hospital executive committee.

In 1999, in response to the Institute of Medicine (IOM) publication, "To err is Human: Building a Safer Health System," ASCO asked me to represent all community-based Oncologists and testify in Washington DC at a senate subcommittee meeting with the Honorable Senators Connie Mack (he had had a melanoma previously) and Diane Feinstein (her husband died at a young age of metastatic colon cancer) to explain how community-based oncologists are able to offer and practice quality cancer care. I suggested that we offer quality cancer care in the community by meticulously following cancer treatment guidelines and protocols, and consulting world experts. It is essential for a community-based oncologist seeing a plethora of malignancies to know when to refer to more specialized physicians; when to ask additional questions to pathologists, radiologists and other experts in the field. It is essential for a community-based oncologist to completely involve each patient in the decision making – thorough informed consent. ASCO has always emphasized patient-oriented personalized medicine.

As a result of my successful senate testimony, ASCO asked my rural Montana clinic to participate as one of six community-based practices in the ground-breaking of their Quality Oncology Practice Initiative (QOPI) in 2003. Our mission was to provide a framework from which quality cancer care could be measured. One of our original 12 quality practice parameters was appropriate documentation and execution of the informed consent for procedures.

I have also attended National Forums with Joseph Simone MD (who also testified in Washington DC with me in 1999 and was an author of the 1999 IOM report), and Roger Winn MD. Dr. Winn was the principle initial author of the NCCN (National Comprehensive Cancer Network) guidelines which are used daily by medical oncologists. These guidelines describe the standard diagnosis and treatment of over 97% of known cancers. These guidelines represent medical oncology standard of care.

I have been on the Board of Directors of the ACCC (Association of Community Cancer Centers) along with Al Benson III MD. Dr. Benson is chairman of the NCCN colon cancer guidelines. I continue to stay in touch with Dr. Benson. ACCC is a cancer organization committed to the education and advocacy for the entire multidisciplinary cancer care team, including: Oncologic Surgeons, Medical and Radiation Oncologists, Oncology Nurses, Social Workers, and Practice Administrators. We would meet in Washington DC every four months.

In June 2010, I moved to Maui and joined Maui Medical Group as the only full time Hematologist/Oncologist on the island. I also worked at Maui Memorial Medical Center.

In March 2011, I started my own business, Quality Cancer Care. My patient-clients have come from all over the United States. QCC is a concierge medical business. I function as a consultant in all aspects of complex internal medicine, hematology and oncology client care, including the diagnosis and treatment of colorectal cancer.

## Medical Information/Records Reviewed

First Amended Complaint
IDOC Danville Correctional Center
University of Illinois Medical Center Reference Laboratory
Stateville NRC Center IDOC
IDOC Pinckneyville Correctional Center
OneRadiology
Central Illinois Radiological Associates Ltd
Pinckneyville Community Hospital Laboratory
Pinckneyville Correctional Center Laboratory
Danville Correctional Center Laboratory
OSF System Laboratory
Lake County Health Department and Community Health Center
Death Certificate
Northwestern Medicine
NWM Lake Forest Hospital
Deposition Angel Rector NP 7/19/23
Deposition Justin Duprey NP 11/14/22
Deposition Lori Moton NP 11/8/22
Deposition Angela Wachtor RN 10/24/22
Deposition Michael Scott MD 6/29/23
Deposition Courtney Shanklin (Walker) 11/7/22
Deposition Video Cynthia Ross 9/26/22
Deposition Justin Young MD 5/23/23

Missing:
Medical Records Between 6/22/19-8/8/19
Operative Report 6/28/19 Carle Hospital
Carle Hospital records
First Chemotherapy Records 7/25/19
Colonoscopy Report 2019

## Timeline

Mr. Omar McCullough was 36 years old when he saw Ms. Angel Rector NP at the Illinois Department of Corrections Pinckneyville Correctional Center (PNCC) outpatient clinic 4/12/16 for evaluation of GERD (gastroesophageal reflux disease). He reported 10 years of acid reflux. He asked for a refill of Prilosec which he had used previously. Ms. Rector refilled the Prilosec 20 mg/d for 90 days. She obtained prior medical records from the University of Illinois reference laboratory which showed a normal liver panel and negative HIV/HCV from 2/19/16.

Nurse Peggy Stewart saw Mr. McCullough 6/3/16 at the PNCC clinic for evaluation of 10/10 abdominal pain, nausea and vomiting. Ms. Stewart obtained Mr. McCullough's vital signs which showed a temperature of 99.4 degrees, pulse 88 and BP 149/90. Ms. Stewart left a voice message for Dr. Michael Scott. Ms. Stewart later notified Dr. Roderick Matticks of Mr. McCullough's vital signs and medical history. A CBC, CMP, IV fluids, IM Toradol and a 23 hour admission to the infirmary were recommended.

Laboratory obtained at Pinckneyville Community Hospital (PCH) laboratory showed a WBC (white blood cell count) 11,100 (4500-10,600), hemoglobin 14.9 gm/dL (12.1-17.2 gm/dL), platelets 181,000 (128,000 - 299,000), creatinine 1.52 mg/dL (0.5-1.2 mg/dL), alkaline phosphatase 127 U/L (39-117) and ALT 16 U/L (0-40).

On the 6/4/16 admission to the infirmary Mr. McCullough noted that his abdomen was tender on the right side. He was vomiting. Ms. Rector saw Mr. McCullough at 0445 AM 6/4/16. She recommended repeat laboratory evaluation, vital signs every 4 hours and NPO until further notice.

Laboratory done at PCH laboratory 6/4/16 showed a concentrated urinalysis with moderate blood (5-15 RBC/HPF), WBC 9800, hemoglobin 13.6 gm/dL, creatinine 1.66 mg/dL, alkaline phosphatase 121 U/L, AST 19 U/L (0-37 U/L), ALT 15 U/L and amylase 102 U/L (28-100 U/L).

Dr. Michael Scott saw Mr. McCullough 6/4/16 at 1105 AM. He said that Mr. McCullough had no subjective improvement after the IV fluids and Toradol. Dr. Scott recommended a full liquid diet "since acute surgical abdomen unlikely at this point." Dr. Scott recommended straining the urine and discontinuing IV fluids when he was tolerating a regular diet.

On 6/5/16, Mr. McCullough had abdominal pain and was vomiting. He was given IM Compazine.

Dr. Scott saw Mr. McCullough on 6/6/16. Mr. McCullough had been having 3 days of nausea, vomiting and abdominal pain. Dr. Scott's abdominal exam was benign. Dr. Scott recommended a clear liquid diet, a decrease in his IV fluid rate and PRN Compazine. Later on 6/6/16, Dr. Scott noted that a KUB showed colonic stool and a nonspecific gas pattern. Mr. McCullough was then tolerating a regular diet. Dr. Scott added the laxative milk of magnesia, PRN Tylenol and Pepcid and discontinued the IV.

Mr. McCullough was discharged 6/7/16. The discharge diagnoses included microscopic hematuria and gastroenteritis.

The KUB radiology report from OneRadiology reported 6/7/16 showed an unremarkable abdomen. The upper abdomen was not included in the field of view.

A repeat urinalysis done 6/8/16 at PNCC showed a small amount of blood with 1 RBC/HPF (0-2), 7 WBC/HPF (0-5) and no bacteria. The leukocyte esterase was positive.

Mr. McCullough presented to Ms. Rector 6/12/16 with 8-10/10 "almost unbearable" right-sided abdominal pain. She felt there may be "rebound" abdominal tenderness. Rectal examination was said to be normal with hemoccult negative stool. Ms. Rector recommended NPO, IV fluids, IV Toradol, KUB and laboratory.

Laboratory done 6/12/16 at PCH showed a WBC of 9500, hemoglobin 13.5 gm/dL, platelets 212,000, creatinine 1.64 mg/dL, alkaline phosphatase 109 U/L, amylase 77 U/L, and lipase 30 U/L (0-160 U/L). The urinalysis showed trace RBC (0-5) and rare WBC with trace bacteria.

Follow up laboratory done at PNCC 6/15/16 showed a creatinine up to 1.98 mg/dL.

NP Rector discussed the results of the abdominal xray and laboratory with Dr. Scott 6/17/16. Dr. Scott said he would request a CT abdomen/pelvis with stone protocol in a collegial meeting with Wexford Utilization Management.

On 6/20/16, Dr. Scott noted that he had discussed the request for CT abdomen/pelvis to further assess the patient's intermittent complaint of right flank pain, nausea, vomiting, microscopic hematuria and increased serum creatinine with "ATP" who recommended to obtain an on-site renal ultrasound to further assess renal tract pathology.

A note from the Wexford Utilization Management team from 6/21/16 stated that they reviewed the request for CT abdomen/pelvis with stone protocol. They noted the elevated serum creatinine and said they discussed in collegial with Dr. Fisher and Dr. Scott and agreed to start with an onsite renal ultrasound.

Follow up laboratory done at PNCC ordered by Dr. Scott 6/27/16 showed an improved serum creatinine at 1.42 mg/dL, alkaline phosphatase 115 U/L (40-125 U/L), WBC 6600, hemoglobin 14.5 gm/dL, and the urinalysis was normal. The absolute monocyte count on  the WBC differential was 400 (200-1000).

On 7/15/16, a complete abdominal ultrasound was read at Central Illinois Radiological Associates LTD by Vincent Zeta MD. He said that the ultrasound was normal. There was no pelvocaliectasis or nephrolithiasis. The liver had normal echogenicity and there were no liver masses.

Mr. McCullough presented to PNCC nursing 12/24/16 with lower quadrant abdominal pain. He said he was unable to eat a meal; that he feels full quickly - early satiety. He felt bloated and said, "I am starving." The nurse felt his abdominal exam was benign. Mr. McCullough weighed 170 pounds; he had weighed 177 pounds at IDOC 2/19/16. Pepcid was recommended.

NP Rector saw Mr. McCullough at PNCC 1/4/17 for ongoing abdominal pain. She attempted to reassure him. Ms. Rector said, "the patient is convinced something is wrong." She said that there had been no weight loss. Ms. Rector recommended follow up with Dr. Scott.

Dr. Scott saw Mr. McCullough on 1/13/17 for persistent progressive and now constant abdominal pain. Dr. Scott felt Mr. McCullough's abdomen was slightly distended on exam and recommended laboratory, urinalysis, KUB, simethicone, Prilosec, and fiber.

A KUB was read at OneRadiology by P. Javadi MD 1/19/17. The indication for the xray stated upper abdominal pain. Dr. Javadi said that the examination was limited due to over-penetration. Within this limitation, he said there was a non-obstructive bowel gas pattern. There was moderate to large amount of stool overlying the colon and recommended to correlate with constipation. The examination was limited for evaluation of calcifications due to technique.

Laboratory done at PNCC 1/19/17 showed a creatinine at 1.39 mg/dL, alkaline phosphatase of 89 U/L, lipase 28 U/L and amylase 88 U/L. The urinalysis was normal.

Dr. Scott saw Mr. McCullough 1/27/17 for evaluation of chronic abdominal pain. Dr. Scott said that the laboratory and X-rays were within normal limits and recommended Pepcid, fiber, exercise and fluids.

Mr. McCullough saw the nurse at PNCC 6/1/17 for evaluation of abdominal pain which occurred while urinating and with a bowel movement. She felt that Mr. McCullough's abdomen was tender on exam. Mr. McCullough weighed 170 pounds.

An NP saw Mr. McCullough 6/22/17 at PNCC for a one year history of lower quadrant abdominal pain and episodes of constipation and diarrhea. Fiber, fluids and simethicone were recommended. Mr. McCullough's weight was recorded at 182 pounds.

On 1/2/18 an NP at PNCC saw Mr. McCullough for his concerns for an enlarged prostate. He had nocturia, difficulty starting his urine stream and a weak stream off/on for years. He denied constipation. The NP felt that Mr. McCullough's prostate was not enlarged on rectal examination. A UA/UC, BMP and Hytrin were ordered.

Mr. McCullough saw an RN 1/20/18 at PNCC for upper abdominal pain. Pepcid was recommended.

On 1/3/19, Mr. McCullough saw Lori Moton APRN NP at Danville Correctional Center (DCC) for evaluation of constipation and abdominal pain. He weighed 176 pounds. Colace, Ducolax and a KUB were recommended.

A single view abdomen xray done at DCC was read at OneRadiology by N. Yusuf MD. The supine view of the abdomen demonstrated a moderate degree of stool in the colon suggestive of constipation. The bowel gas pattern was nonspecific and non-obstructive. There were no suspicious calcifications.

Ms. Moton saw Mr. McCullough back on 1/24/19 and felt that the medications were helping and recommended they be continued.

Laboratory done at University of Illinois Medical Center reference laboratory 2/3/19 showed an elevated alkaline phosphatase at 129 U/L (40-125 U/L), total bilirubin 0.3 mg/dL (0-1.2 mg/dL), ALT 16 U/L (7-50 U/L) and AST 20 U/L (10-40 U/L).

Mr. McCullough had a "routine physical examination" with Ms. Moton 2/13/19. The elevated liver function tests were noted. Mr. McCullough weighed 183 pounds. The physical examination was normal. Diagnoses included GERD and constipation. Ms. Moton recommended follow-up "PRN".

An RN at DCC saw Mr. McCullough for evaluation of abdominal pain and chest pain 2/20/19. It was noted Mr. McCullough had been having pain for over a year. Mr. McCullough weighed 177 pounds. Milk of magnesia, fiber and fluids were recommended.

An RN at DCC saw Mr. McCullough for evaluation of abdominal pain 4/12/19. As this was the third visit for this same issue, referral to an MD was recommended.

Mr. McCullough saw an RN at DCC 5/13/19 for evaluation of constipation, nausea, vomiting, and abdominal pain which was noted to be present for 2-3 years. He was unable to pass gas. Mr. McCullough's weight had dropped to 166.6 pounds. He had rectal bleeding thought to be due to bleeding hemorrhoids. Mr. McCullough was given Mylanta and milk of magnesia.

DCC physician Justin Young MD saw Mr. McCullough 5/20/19 for ongoing right flank pain. He reported dark colored stools. Mr. McCullough weighed 168 pounds. On examination, Mr. McCullough's abdomen was tender to palpation in the right upper quadrant and right flank. Dr. Young recommended laboratory, an xray of the abdomen, prednisone, lactulose and Flomax and a follow up in one week.
A two view abdomen xray was read at OneRadiology by Dr. N. Yusuf 5/28/19. There was a relatively mild degree of stool in the colon. The bowel gas pattern was nonspecific and non-obstructive.

Laboratory done the University of Illinois Medical Center 5/28/19 showed an alkaline phosphatase at 261 U/L (40-125 U/L), AST 68 U/L (10-40 U/L), ALT 106 U/L (7-50 U/L), total bilirubin 0.5 mg/dL (0-1.2 mg/dL), WBC 15,400 (3,900-12,000), hemoglobin 10.3 gm/dL (13.2-18 gm/dL), MCV 73.5 fL (80-99 fL), platelets 299,000 (150,000-450,000), absolute monocytes 1100 (200-1000) and the urinalysis was negative.

Mr. McCullough saw an RN at DCC 5/30/19 for evaluation of left-sided chest pain. Mr. McCullough weighed 175.2 pounds. An EKG was normal. The BP was 137/93. Dr. Young ordered Norvasc.

NP Justin Duprey saw Mr. McCullough 5/30/19. His history was that Mr. McCullough had right-sided chest pain for several months. The exam was benign. The diagnosis was GERD. He recommended Prilosec and a 3 month follow-up.

Laboratory done at the University of Illinois Medical Center reference laboratory 6/4/19 showed an alkaline phosphate at 322 U/L, total bilirubin 0.5 mg/dL, AST 79 U/L, ALT 80 U/L, WBC 14,800, hemoglobin 10.1 gm/dL, MCV 71.1 fL and absolute monocytes 1400.

Mr. McCullough saw the RN at DCC 6/17/19 for evaluation of nausea, vomiting, headache and weight loss. Mr. McCullough weighed 160 pounds. A physician ordered Zofran for nausea PRN. An appointment with an NP was scheduled for 6/19/19.

Mr. McCullough was sent to the DCC infirmary by Dr. Young 6/19/19 for nausea, vomiting, weakness, headache, loss of appetite, weight loss and 10/10 abdominal pain. He weighed 156.4 pounds. Dr. Young ordered stat laboratory, NPO and IV fluids.

The admission note to the infirmary by Dr. Young states that Mr. McCullough was a 39 year old male with diffuse abdominal pain and cough. It was noted that his recent WBC was elevated from laboratory 6/4/19. Mr. McCullough's abdomen was diffusely tender.

His temperature was 100.4 degrees. Guaifenesin, IV fluids, laboratory, KUB and CXR were ordered. The diagnosis was intractable abdominal pain.

Laboratory done at OSF System Laboratory 6/19/19 showed a WBC of 14,100 (4,000-12,000), hemoglobin 10.4 gm/dL, platelets 385,000 (140,000-440,000), absolute monocytes 1300 (100-900), MCV 68.3 fL (82-96 fL), glucose 109 mg/dL (70-99 mg/dL), total bilirubin 0.9 mg/dL (0.2-0.8 mg/dL), creatinine 1.06 mg/dL (0.5-1.2 mg/dL), SGOT (AST) 119 U/L (13-39 U/L), SGPT (ALT) 108 U/L (7-52 U/L), alkaline phosphatase 408 U/L (34-104 U/L), amylase 37 U/L (29-103 U/L), lipase 15.8 U/L (11-82 U/L) and the UA showed 2+ blood with 6-10 RBC/HPF.

Dr. Young saw Mr. McCullough again on 6/19/19 and noted the above laboratory. There was an urgent referral for an abdominal ultrasound.

A two-view CXR done 6/20/19 was read at OneRadiology by Dr. Yousuf. Low lung volumes were noted. There were diffuse reticular nodular densities in both lungs. The etiology was uncertain, but it was felt that this finding could be seen in metastatic disease or in other atypical systemic infections. Clinical correlation was recommended. Dr. Yousuf said that a short term radiographic follow-up of the chest or CT imaging of the chest may be helpful. There were no pleural effusions.

A single view abdomen xray done 6/20/19 was read at OneRadiology by Dr. Yousuf. There was a mild degree of constipation. The bowel gas pattern was nonspecific and non-obstructive.

On 6/20/19, an onsite abdominal US was approved with Wexford Utilization Management by Dr. Ritz in a collegial meeting with Dr. Young.

Laboratory done 6/20/19 at the University of Illinois Medical Center showed an alkaline phosphatase of 397 U/L, AST 85 U/L, ALT 82 U/L, total bilirubin 0.9 mg/dL, WBC 13,200, hemoglobin 10.1 gm/dL, MCV 69.1 fl, platelets 309,000, absolute monocytes 1300 and the urinalysis was benign.

A DCC RN called Dr. Young 6/22/19 when Mr. McCullough was in extreme abdominal pain. He was shaking. His temperature was 100 degrees. Dr. Young ordered that Mr. McCullough be sent to the emergency room by state vehicle.

**Mr. McCullough had a right hemicolectomy 6/28/19 at Carle Hospital.  Pathology reviewed at Carle Laboratory showed an invasive poorly differentiated grade 3 adenocarcinoma with 3/16 regional lymph nodes involved with cancer. The peritoneal fluid cytology showed rare atypical cells suspicious for carcinoma. The tumor site was the cecum/ileocecal valve. The tumor measured 6 cm. There were 2 tumor deposits. The tumor invaded the visceral peritoneum. There was no perforation. There was perineural invasion (PNI) and lymphovascular invasion (LVI). The margins of resection were widely free. The tumor was pT4a, N1b, M1a.**

**The tumor was MSI stable. A liver biopsy done 6/25/19 was positive for metastatic colon cancer.**

Mr. McCullough saw Dr. Daniel Dammrich 8/8/19 at Northwestern Medicine (NWM) Hematology and Oncology for evaluation of metastatic right-sided colon cancer. Dr. Dammrich noted that Mr. McCullough had presented to Carle Hospital in Urbana with complaints of fevers, cough and right upper quadrant pain 6/23/19. CT chest/ abdomen/pelvis showed circumferential thickening of the wall of the hepatic flexure. There was diffuse metastatic disease in the liver and lungs. He had undergone colonoscopy and CT-guided liver biopsy. Colonoscopy showed a large mass in the hepatic flexure. Biopsy was falsely negative and reported as tubular adenoma. Liver biopsy showed adenocarcinoma. Mr. McCullough developed bowel obstructive symptoms and underwent palliative right hemicolectomy 6/27/19 with ileostomy. Pathology revealed invasive adenocarcinoma, moderate to poorly differentiated with 3/16 LN+. His postoperative course was complicated by pulmonary embolism, abdominopelvic abscess and severe malnutrition. He was treated with IV antibiotics and started on Lovenox. He recovered to the point where he could be started on treatment for his metastatic colon cancer and received FOLFOX on 7/25/19 at OSH which he tolerated well. He was on Lovenox 80 mg subcutaneous every 12 hours currently. On examination, Mr. McCullough had anasarca with 2+ edema and marked scrotal edema. He weighed 188 pounds and his height was 5 foot 9 inches. His ECOG performance status was 1. Dr. Dammrich recommended referral to a genetics counselor noting his early onset colon cancer with strong family history, dietician consult, Lasix, referral to palliative care and to continue FOLFOX. Dr. Dammrich said he may add Avastin with subsequent cycles. The goal of chemotherapy was to improve his quality of life and survival.

Laboratory done at Northwestern 8/8/19 showed a WBC of 19,800, hemoglobin 8.1 gm/dL, platelets 111,000, alkaline phosphatase 428 U/L, total bilirubin 2.2 mg/dL, SOGT 60 U/L, and CEA 8383.0 ng/mL (0-3 ng/mL).

Mr. McCullough's weight had dropped to 176 pounds 12.8 ounces when he saw Dr. Dammrich 8/15/19. Dr. Dammrich recommended to continue FOLFOX and use Lasix for his anasarca. He recommended 12 cycles of FOLFOX (10 with Avastin).

**Mr. McCullough received his 2nd cycle of FOLFOX 8/19/19 with 171 mg Oxaliplatin, 804 mg Leucovorin, 800 mg IVP 5FU and 4800 mg 46 hour infusion of 5FU via CADD pump at NWM Grayslake outpatient infusion center.**

Dr. Richard Doyle saw Mr. McCullough 8/20/19 in the ED at Northwestern for evaluation of left lower quadrant abdominal pain. His SGOT was 94 U/L, alkaline phosphatase 553 U/L, total bilirubin 1.6 mg/dL, WBC 14,700 and hemoglobin 9 gm/dL. He was given IV Dilaudid, IV fluids and IV Zofran and admitted.

A CXR done at NWM 8/20/19 was stable with numerous small nodular densities in both lungs.

A CT abdomen/pelvis done at NWM showed innumerable liver metastases with slight increased size of several hepatic lesions with the largest in the left lobe now 5.2 cm that was 4.9 cm 7/17/19. An anterior liver mass was now 4.3 cm and was 3.7 cm prior. There was diffuse fluid-filled appearance of the small bowel consistent with enteritis. Postop changes were noted. There was moderate ascites.

Mr. McCullough was able to be discharged 8/21/19 and saw Dr. Dammrich 8/21/19. Dr. Dammrich noted that Mr. McCullough still had significant pedal edema. He recommended to continue FOLFOX stating that it was too early to make an assessment of FOLFOX treatment efficacy.

Dr. Dammrich saw Mr. McCullough 9/3/19. Dr. Dammrich said Mr. McCullough still had significant edema despite his weight plummeting to 146 pounds. The WBC was 8600, hemoglobin 8.7 gm/dL, platelets 272,000, alkaline phosphatase 470 U/L, total bilirubin 1.2 mg/dL and SGOT 48 U/L. IV iron and FOLFOX were ordered.

**Mr. McCullough received his 3rd cycle of FOLFOX (without Avastin) 9/3/19 at NWM Grayslake outpatient infusion center. He received 154 mg of Oxaliplatin, 724 mg of Leucovorin, 720 mg of IVP 5FU and 4350 mg of 46 hour infusion of 5FU via CADD pump.**

Dr. Hopkins Gil from NW palliative medicine saw Mr. McCullough 9/5/19 for evaluation of fatigue, edema, poor appetite and nutrition issues. He had not started Mirtazapine which had been previously recommended by a family physician at Northwestern. Dr. Gil recommended Ritalin. He noted he was cachectic and weighed 146 pounds.

On 9/8/19, Mr. McCulllough was admitted at NWM Lake Forest Hospital for small bowel obstruction. He had abdominal pain and loose stools. The WBC was 8900, hemoglobin 8.9 gm/dL, alkaline phosphatase 425 U/L, and total bilirubin 1.2 mg/dL. He was given IV fluids and IV Dilaudid.

CT abdomen/pelvis 9/8/19 showed mildly prominent fluid-filled small bowel loops. There was diffuse metastatic disease in the liver. Some of the dominant lesions had decreased in size. The dominant left lobe lesion was now 4.8 cm compared to 5.2 cm 8/20/19. The dominant right lobe lesion was 3.6 cm compared to 4.3 cm. A central dominant lesion was 4.1 cm compared to 4.5 cm. There were innumerable pulmonary nodules in the lower lobes. An index nodule in the RLL was now 1.1 cm compared to 1.5 cm. There were heterogeneous lesions in L5, L1, T12 and T11 which were slightly less lucent. There was a slight increase in a right pleural effusion.

Mr. McCullough weighed 135 pounds 5.8 ounces 9/9/19. He was tolerating clear liquids. He was discharged 9/9/19.

Mr. McCullough received 750 mg of IV Ferric Carboxymaltose (IV iron) 9/12/19 at the NWM infusion center.

Dr. Dammrich saw Mr. McCullough on 9/16/19. His abdominal pain was under better control and he weighed 138 pounds 14.2 ounces. The WBC was 10,200, hemoglobin 9.4 gm/dL, platelets 261,000, alkaline phosphatase 421 U/L and total bilirubin 0.6 mg/dL. A 4th cycle of chemotherapy was recommended with Avastin added.

**Mr. McCullough received his 4th cycle of FOLFOX with Avastin at NWM infusion center 9/16/19. He received 154 mg of Oxaliplatin, 724 mg of Leucovorin, 332 mg of Avastin, 720 mg of IVP 5FU and 4350 mg of 46 hour infusion 5FU via CADD pump.**

Mr. McCullough was seen in the NW ED 9/16/19 for evaluation of abdominal pain and chest pain. Again, there was concern for small bowel obstruction. The EKG was benign and troponin normal. He was admitted.

A CT abdomen/pelvis done 9/17/19 showed interval increase in the amount of ascites. There were unchanged liver, lung and bone metastases. The right pleural effusion had resolved.

Dr. Gil consulted 9/18/19 and noted that Mr. McCullough's ECOG performance status was 3. His chest pain was consistent with GERD. Omeprazole was increased. He was discharged.

Mr. McCullough was seen in the NWM ED Lake Forest Hospital ED by Steven Hodges MD 9/26/19 for evaluation of 10/10 abdominal pain and headache. He was given IV Dilaudid, Reglan, Zofran and Benadryl and still had significant pain and was admitted.

A CT brain 9/26/19 showed no acute abnormality.

A CT abdomen/pelvis showed no bowel obstruction. There was no change in the metastatic disease.

Mr. McCullough was discharged 9/27/19.

Dr. Dammrich saw Mr. McCullough 9/30/19. His pain was controlled and his appetite was improved. Mr. McCullough weighed 135 pounds 5.8 ounces. The edema had resolved. His ECOG performance status was 1. Dr. Dammrich noted the positive metastatic disease response on the September CT. Lovenox 60 mg q12 hrs was continued for the recent pulmonary embolism. Home health care was consulted to help with ostomy care. The hemoglobin was up to 11.1 gm/dL and the alkaline phosphatase was down to 364 U/L.

**Mr. McCullough received his 5th cycle of FOLFOX with Avastin at NWM infusion center 9/30/19. He received 154 mg of Oxaliplatin, 724 mg of Leucovorin, 332 mg of Avastin, 720 mg of IVP 5FU and 4350 mg of 46 hour infusion 5FU via CADD pump.**

Dr. Gil switched Mr. McCullough to Xarelto from Lovenox on 10/2/19. Ritalin was not covered by insurance. His energy was better.

Mr. McCullough was seen in the ED at NWM Hospital 10/9/19 for evaluation of 10/10 abdominal pain and cough. He weighed 133 pounds. He received IV Dilaudid, IV fluids, IV Rocephin, and IV Flagyl and was admitted.

The 10/9/19 CXR did not show any new consolidation. Pulmonary nodules were faintly visualized.

The CT abdomen/pelvis 10/9/19 showed wall thickening involving the remaining colon and rectum which could be seen in proctocolitis. Metastatic disease was unchanged.

Palliative medicine consulted (Stephanie Clapham APRN) 10/10/19 and noted that Mr. McCullough's abdominal pain quickly resolved in the ED with IV Dilaudid. He was discharged.

Dr. Dammrich saw Mr. McCullough 10/14/19 and noted that abdominal pain control was remaining an issue. He was however, eating better and gaining weight. His weight was 141 pounds and ECOG performance status 1. He agreed to switch to Xarelto from Lovenox and to continue FOLFOX/Avastin. The alkaline phosphatase was down to 312 U/L.

**Mr. McCullough received his 6th cycle of FOLFOX with Avastin at NWM infusion center 10/14/19. He received 154 mg of Oxaliplatin, 724 mg of Leucovorin, 332 mg of Avastin, 720 mg of IVP 5FU, and 4350 mg of 46 hour infusion 5FU via CADD pump.**

Dr. Jennifer Ron at NWM Lake Forest Hospital saw Mr. McCullough in the ED 10/15/19 with 10/10 abdominal pain and vomiting blood. He was on Xarelto. The hemoglobin was 10.3 gm/dL. He was given IV Morphine, IV Zofran and IV fluids and was admitted. Xarelto was held and a PPI was given.

The CT abdomen/pelvis done 10/15/19 was compared to 10/9/19. The metastatic disease was stable. There was a small amount of free fluid in the pelvis. Postop changes from right hemicolectomy were noted.

Dr. Dammrich consulted 10/15/19 and noted he had severe nausea and vomiting, diarrhea and bleeding around the stoma. The CT showed no acute process.

The hemoglobin dropped to 9.3 gm/dL 10/17/19 and Xarelto was restarted. C. diff was negative. Flomax was started for trouble voiding. He was discharged 10/21/19 with well controlled pain.

Dr. Dammrich thought pain control remained an issue at the appointment 10/29/19. Morphine was increased. Mr. McCullough weighed 142 pounds 13.7 ounces. The CEA had dropped to 5029 ng/mL.

**Mr. McCullough received his 7th cycle of FOLFOX with Avastin at NWM infusion center 10/28/19. He received 154 mg of Oxaliplatin, 724 mg of Leucovorin, 332 mg of Avastin, 720 mg of IVP 5FU, and 4350 mg of 46 hour infusion 5FU via CADD pump.**
Dr. Gil saw Mr. McCullough 10/30/19 in NW palliative medicine. His pain well controlled and this voiding was improved on the Flomax. Mr. McCullough was hoping for ostomy reversal. Zoloft was started for depression. ENT was consulted for epistaxis.

A CXR done 10/30/19 for shortness of breath was benign. There were no focal airspace opacities. It was noted that known pulmonary nodules were better seen on the CT chest.

Rebecca Johnson at NWM saw Mr. McCullough for genetic counseling 11/7/19. She noted his early onset colon cancer at age 39. His father had prostate cancer at age 73 and colon polyps. His mother had colon polyps. A maternal aunt had breast cancer at age 63. His MGM died from rectal cancer at age 58 and a PGF died at age 84 from colon cancer. His MGF died from prostate cancer at age 82 (diagnosed in his 60s). Mr. McCullough was African American. Ms. Johnson said 10-30% of colorectal cancers are familial and 5-10% are due to a known hereditary cancer syndrome when a single gene is responsible for the cancer susceptibility. Lynch syndrome was discussed. An InVitae hereditary cancer panel was ordered.

Dr. Dammrich saw Mr. McCullough 11/11/19. His ECOG performance status was 1. Pain was better controlled. Platelets had dipped to 108,000. It was recommended to continue FOLFOX/Avastin.

**Mr. McCullough received his 8th cycle of FOLFOX with Avastin at NWM infusion center 11/11/19. He received 154 mg of Oxaliplatin, 724 mg of Leucovorin, 332 mg of Avastin, 720 mg of IVP 5FU, and 4350 mg of 46 hour infusion 5FU via CADD pump.**

Dr. Gil recommended to start Cymbalta for the neuropathy developing from the Oxaliplatin 11/20/19. Mr. McCullough weighed 138 pounds. Zoloft was stopped.

Mr. McCullough was seen in the ED at NWM Lake Forest Hospital 11/21/19 for evaluation of blood in the stool - colostomy bag and epistaxis. He was on Xarelto. There was a 1/2 cup of blood in the colostomy bag. The hemoglobin was 9.1 gm/dL and platelets 92,000. The alkaline phosphatase was down to 273 U/L. The INR was elevated at 2.4 (0.8-1.1). He was given PPI and GI/oncology/palliative care were consulted. Xarelto was held. An echocardiogram was ordered.

CT chest angiogram 11/21/19 showed no pulmonary embolism. There was a decrease in the innumerable small pulmonary nodules since 7/17/19.

CT abdomen/pelvis 11/21/19 showed no acute process. The metastatic disease in the liver was the same to slightly decreased. The multiple bone metastases were stable. The small volume ascites was decreased.

Gastroenterologist Dr. John Gaetano noted that bleeding had stopped when he consulted on 11/21/19. He recommended endoscopy if it would be recurrent. He thought Mr. McCullough likely had superficial stomal bleeding.

Dr. Dammrich consulted 11/21/19. He noted Mr. McCullough had developed neuropathy and hand/foot syndrome from the chemotherapy. He recommended resuming chemotherapy with dose reduction next cycle. As the bleeding had stopped, it was recommended that Xarelto be restarted.

The 11/21/19 echocardiogram showed a normal LVEF (left ventricular ejection fraction) at 61%.

Mr. McCullough was discharged 11/22/19 with a hemoglobin of 9.2 gm/dL and platelets at 96,000.

Dr. Dammrich saw Mr. McCullough 11/25/19 for cycle 9 chemotherapy. The bleeding at the ostomy site had resolved. He recommended lowering Oxaliplatin to 65 mg/m2 and to hold the 5FU IVP bolus. Xarelto and Avastin were continued. Avastin would be stopped if bleeding became more of an issue. Ostomy reversal was discussed. The hemoglobin was 10.9 gm/dL, alkaline phosphatase 346 U/L and CEA had dropped to 4234.9 ng/mL.

**Mr. McCullough received his 9th cycle of FOLFOX with Avastin chemotherapy at the NWM infusion center 11/25/19. He received 118 mg of Oxaliplatin, 724 mg of Leucovorin, 332 mg of Avastin and 4350 mg of 46 hour infusion 5FU via CADD pump.**

Genetic counselor Rebecca Johnson reviewed the genetic testing with Mr. McCullough 11/27/19. No mutations were identified in any of the 47 genes tested in the InVitae common hereditary cancer gene panel. There were 3 variants of uncertain significance: ATM, MSH2 and PDGFRA.

Dr. Dammrich noted Mr. McCullough was still having bleeding from the ostomy site as well as epistaxis at the appointment 12/9/19. He was fatigued and weighed 132 pounds 7.9 ounces. Dr. Dammrich recommended holding Avastin due to the ongoing bleeding issues. The hemoglobin was 9 gm/dL and platelets 137,000.

**Mr. McCullough received his 10th cycle of FOLFOX without Avastin at NWM infusion center 12/9/19. He received 118 mg of Oxaliplatin, 724 mg of Leucovorin, and 4350 mg of 46 hour infusion 5FU via CADD pump.**

Mr. McCullough was seen at the ED at NWM Lake Forest Hospital 12/11/19 for evaluation of abdominal pain and stoma bleeding. The hemoglobin had dropped to 8.6 gm/dL and platelets were 135,000.

CT abdomen/pelvis 12/12/19 showed no acute inflammatory process. The metastatic disease was unchanged. A small amount of fluid in the pelvis had increased compared to the last CT.

Dr. Dammrich recommended to stop the Xarelto 12/12/19. Mr. McCullough was sleepy and Dr. Dammrich decreased his oral morphine.

On 12/14/19, the hemoglobin was 7.8 gm/dL, WBC 2600 and platelets 118,000. He was discharged.

NWM ENT specialist Allen Carlins MD saw Mr. McCullough 12/16/19 for evaluation of nosebleeds. A nasal cautery procedure was done. Saline gel was recommended.

Mr. McCullough was seen in the ED at NWM Lake Forest Hospital 12/20/19 for evaluation of 10/10 abdominal pain, weakness, fatigue, dyspnea with exertion and nausea/vomiting. He weighed 130 pounds. The alkaline phosphatase was up to 541 U/L and the CEA was up to 4507.6 ng/mL. He was given IV Zofran, IV Dilaudid, and IV fluids.

The CXR drone 12/20/19 showed no acute process.

The CT abdomen/pelvis 12/20/19 showed no acute process to explain the patient's symptoms. There was no bowel obstruction. Prior colectomy was noted. Liver and lung metastases were stable.

An US of the abdomen/RUQ done 12/21/19 showed gallbladder wall thickening with nonmobile stones vs sludge. The liver was heterogeneous and nodular. The hemoglobin was 7.7 gm/dL.

Mr. McCullough was discharged 12/22/19. It was felt that he likely had ileus from his colon cancer. Oral Dilaudid was added for home use. The hemoglobin was 9.2 gm/dL at discharge.

Dr. Dammrich saw Mr. McCullough 12/23/19. Dr. Dammrich recommended to hold further chemotherapy and refer to surgery for consideration of ostomy reversal.

An US of the legs done 12/27/19 showed no evidence for DVT.

Dr. Dammrich saw Mr. McCullough 1/3/20. He noted worsening lower extremity edema. Lasix 40 mg bid was recommended and an US of the liver to evaluate the portal vein.

On 1/3/20, laboratory done at NWM showed a WBC of 5800, hemoglobin of 9.3 gm/dL, platelets 125,000, alkaline phosphatase of 649 U/L and SGOT of 183 U/L. The CEA was noted to be >1048 ng/mL.

NWM surgeon Stephen Ganshirt MD saw Mr. McCullough 1/7/20 for consideration of ostomy reversal. He noted that the recent CT abdomen/pelvis showed stable metastatic disease. Mr. McCullough had lost about 40 pounds. Surgery was scheduled for 1/24/20.

Dr. Dammrich saw Mr. McCullough 1/13/20 and was worried about disease progression with the increasing liver function tests. FOLFIRI chemotherapy was discussed. An US doppler of the liver was recommended.

Laboratory done 1/13/20 at NWM showed SGOT 178 U/L, alkaline phosphatase 546 U/L, total bilirubin 1.6 mg/dL, hemoglobin 9.1 gm/dL and CEA 861.2 ng/mL.

Mr. McCullough was seen at the ED at NWM Lake Forest Hospital by Lillian Soong MD 1/15/20 for evaluation of headache, abdominal pain, shortness of breath, leg swelling and bleeding at the ostomy site. His oxygen was 100% and he weighed 145 pounds. He had anasarca. He was given IV Lasix.

A CXR 1/15/20 showed no acute process.

CT chest angiogram done 1/15/20 showed no pulmonary embolism. There were innumerable small pulmonary nodules and large liver lesions not significantly changed from the CT done 11/21/19.

An US of the legs done 1/15/20 did not show DVT.

On 1/16/20, a vascular US of the portal vein showed reversal of flow in the right anterior portal vein which was thought to be secondary to distal portal vein occlusion or arterioportal shunting in the setting of bulky liver metastatic disease. Ascites was noted.

The 1/16/20 CT abdomen/pelvis showed diffuse hepatic metastatic disease with some increase since the previous study done 12/20/19. The largest confluent mass was now 10x10 cm (previously 10x9 cm), the anterior right lobe lesion was now 4.6x3.5 cm (previously 4.1x3.2 cm) and the left lobe lesion was now 4.5x3.7 cm (previously 4.1x2.9

cm). The spleen was enlarged at 14.7 cm. There was a small amount of ascites, diffuse colon wall thickening/edema and trace pleural effusions.

Interventional radiology was able to accomplish an image-guided removal of ascites 1/17/20 for 350 cc of fluid. The total protein and LDH were low.

Dr. Dammrich recommended switching to FOLFIRI when outpatient when he saw Mr. McCullough 1/17/20.

The ascites was negative for peritonitis on 1/20/20. The cytology noted rare highly atypical cells. The pathologist stated that given the history of metastatic colon cancer, these cells raise the possibility of rare malignant cells. Mr. McCullough was discharged.

Dr. Dammrich saw Mr. McCullough in the NWM oncology clinic 1/21/20 to start FOLFIRI. Avastin and Xarelto had been stopped for bleeding issues.

**Mr. McCullough received his 1st cycle of FOLFIRI at the NWM infusion center 1/21/20. He received 720 mg of IVP 5FU, 324 mg of Irinotecan, 700 mg of Leucovorin and 4300 mg 46 hour infusion 5FU via a CADD pump.**

Dr. Dammrich saw Mr. McCullough 1/28/20. Mr. McCullough was very fatigued and had a poor appetite. His nausea was well controlled. The total bilirubin was elevated at 3.3 mg/dL. Dr. Dammrich recommended an MRCP if the bilirubin stayed elevated.

The laboratory done at NWM 1/28/20 showed a WBC of 4500, hemoglobin of 8.6 gm/dL, platelets 61,000, sodium 126 mEq/L (135-145 mEq/L), alkaline phosphatase 563 U/L, total bilirubin 3.3 mg/dL and SGOT 131 U/L.

Dr. Dammrich recommended dose-reduced FOLFIRI 2/3/20 due to the elevated bilirubin. An MRCP was ordered. The total bilirubin was 3.5 mg/dL.

**Mr. McCullough received his 2nd cycle of FOLFIRI at NWM infusion center 2/4/20. He received 720 mg of IVP 5FU, 226 mg of Irinotecan, 720 mg of Leucovorin and 4300 mg 46 hour infusion 5FU via a CADD pump.**

An MRCP of the abdomen was done at NWM 2/14/20. There was no evidence of intrahepatic or extrahepatic ductal dilation. The gallbladder was decompressed and contained gallstones. A 3.3 cm fluid collection without a well-defined wall was in the porta hepatis and between the gallbladder. Findings were favored to represent a small amount of nonspecific partially loculated fluid within the porta hepatis secondary to ascites. Numerous confluent metastatic lesions were noted throughout the liver, grossly similar in appearance to the prior study. The largest most confluent mass measured 4.5x8.6 cm. Enhancing lesions were noted within the L5 vertebral body and sacrum and possibly within the T2 vertebral body concerning for osseous metastatic lesions. Numerous nodules in the lower lung fields raised concern for pulmonary metastases.

There was splenomegaly (14.7 cm), multiple upper abdominal collateral vessels and a diminutive appearance of the portal vein. Findings were suggestive of portal hypertension. There was a thickened appearance to several large and small bowel loops; nonspecific, but may represent enterocolitis. Ascites was present.

Dr. Dammrich saw Mr. McCullough 2/17/20. The total bilirubin was 3.6 mg/dL. FOLFIRI was continued.

**Mr. McCullough received his 3rd cycle of FOLFIRI at NWM infusion center 2/18/20. He received   720 mg of IVP 5FU, 324 mg of Irinotecan, 720 mg of Leukovorin, and 4300 mg 46 hour infusion 5FU via a CADD pump.**

Dr. Komal D'Souza at NWM palliative medicine saw Mr. McCullough 2/20/20. His ECOG performance status was now 3. His prognosis was felt to be "limited."

Dr. Dammrich saw Mr. McCullough 3/2/20. The liver function tests continued to rise. His total bilirubin was 5.7 mg/dL. Dr. Dammrich noted that there was no evidence of reversible obstruction of the liver on the recent MRCP. Lonsurf and Regorafenib were discussed but given his liver failure, were felt very unlikely to benefit him. He had no targetable mutations and was MSI stable. Hospice was recommended.

Notes indicate Mr. McCullough was admitted to Heartland Hospice 3/6/20.

Mr. McCullough died 3/28/20. The death certificate stated that the cause of death was colon cancer.


# Literature


## UpToDate
**Kidney stones in adults: Dx and acute management of suspected nephrolithaisis. May 2024.**

• For most non-pregnant adults, we prefer non-contrast low-RT dose CT AP. Non-contrast CT 97% sensitive and 95% specific. In one clinical trial, US sensitivity for stone detection was 54% and CT 88% (2759 patients in an ED).

## UpToDate
**Overview of Colonoscopy in Adults
September 2023**

• Indications: evaluating signs and symptoms of possible colonic or distal small bowel disease.

**Tian, Y. et al**
**Familial Colorectal Cancer Risk in Half Siblings and Siblings:**
**Nationwide Cohort Study**
**BMJ 2019;364:l803**

- Patients with 2 second degree relatives affected with CRC (colorectal cancer) had a **1.6 increased** relative risk which is the same as the risk if one first degree relative has been diagnosed with CRC.

**Done, J. Z., Fang, S. H.**
**Young-Onset Colorectal Cancer: A Review**
**World Journal of GI Oncology 2021;13(8):856**

- Despite the general decrease in overall incidence of colorectal cancer since the early 1990s, the incidence of colorectal cancer in patients less than 50 years old has nearly doubled.
- This systematic review demonstrates the increasing incidence of young-onset colorectal cancer and highlights the importance of being hypervigilant for the differential diagnosis colorectal cancer when evaluating a young adult who presents with gastrointestinal symptoms.
- Among adults under the age of 50, CRC is now the second most common cause of cancer among men.
- Recent estimates suggest that by 2030, the incidence of colon cancer among adults less than the age of 50 will increase by 90%, and the incidence rate of rectal cancer in this group will increase by 124.2%.
- It has been estimated that 23 - 39% of patients with young-onset CRC have a family history of CRC.
- Although CRC is often asymptomatic, red-flag symptoms such as unexplained anemia, rectal bleeding, and changes in stool caliber may herald CRC. Predominant presenting symptoms in young-onset CRC patients include rectal bleeding/ hematochezia, change in bowel habits, abdominal pain, anemia, decreased appetite and weight loss.
- According to the literature, there is a 7-week to 2-year delay in diagnosis of CRC in adults under the age of 50. This is thought to be due to a low level of suspicion for CRC by clinical providers.
- Young-onset CRC is more likely to occur distal to the splenic flexure or in the rectum.
- In May 2018, the American Cancer Society published guidelines recommending CRC screening for average-risk adults begin at age 45.

**American Cancer Society**
**Cancer Facts & Figures 2024**
**www.cancer.org**

• 1 in 239 men will develop CRC between the ages of 0 and 49.
• 1 in 23 men will develop CRC in their lifetime (4.3%).
• Men have a 41.6% lifetime risk to develop an invasive cancer.
• More than 55% of CRCs in the US are attributable to potential modifiable risk factors, including excess body weight, physical inactivity, long-term smoking, high consumption of red or processed meat, low calcium intake, heavy alcohol consumption and very low intake of fruits and vegetables and whole grain fiber.
• The five-year relative survival for colon cancer is 63% overall and ranges from 91% for localized-stage to 73% for regional-stage and 13% for distant-stage disease.

**National Cancer Institute**
**SEER (Surveillance, Epidemiology, and End Results) Program**
**Colorectal Cancer**
**www.seer.cancer.gov**

• Most (25.7%) are diagnosed in patients age 65-74 years old; 5.1% are diagnosed in the 35-44 year old group
• The incidence for Non-Hispanic Black race is 49.4/100,000 and for Non-Hispanic White is 42.0/100,000.
• 35% is localized, 36% is regional and 23% is distant or metastatic at presentation.

**Patrone, M. V. et al**
**How Long Have I Had My Cancer, Doctor?**
**Oncology 2011;25(1):1**
**www.cancernetwork.com**

• The average age of rectal cancer is 3 - 4 years based on time to local/regional recurrence following surgical resection.

**Rex, Douglas**
**Avoiding and Defending Malpractice Suits for Postcolonoscopy Cancer:**
**Advise From an Expert Witness**
**Clin Gastro and Hepatology 2013;11:768**

• **In my experience, an estimation of the tumor passing through one stage in about a year is not uncommon.**

**Bolin, S, et al**
**Carcinoma of the Colon and Rectum-Growth Rate**
**Ann Surg 1983;198(2):151**

- 27 cases of CRC; barium enema study in Sweden.
- The median doubling time for CRC was **130 days.**

**Burke, J.R et al**
**Tumor Growth Rate of Carcinoma of the Colon and Rectum:**
**Retrospective Cohort Study**
**BJS Open 2020;4:1200**

- 43 cases of CRC; CT scans median interval 150 days.
- Median doubling time was **211 days (112-404 days)** as measured by CT
- Leeds Teaching Hospitals NHS

**Alese, O.B. et al**
**Predictive and Prognostic Effects of Tumor Size on Colorectal Cancer Survival**
**Frontiers in Oncology 2021;11:article 728076**

- Tumor size: <2 cm 13.1%, 2-5 cm 50.8%, 5-10 cm 32.6% and >10 cm 3.4%
- Stage I: 2-5 cm 50.2% and <2 cm 37.8%
- Stage II: <2 cm 5.5%, 2-5 cm 49%, 5-10 cm 40.7%, >10 cm 4.8%
- Stage III: <2 cm 8.9%, 2-5 cm 54%, 5-10 cm 34.1%, >10 cm 3%

**AJCC Cancer Staging Manual**
**American Joint Committee on Cancer**
**8th Edition, 2017**

- T1 or T2 N0 is stage I
- T3 N0 is stage IIA
- T3 N1 is stage IIIB
- T4 N1 M1c is stage IVC
- T1 - Tumor invades the submucosa
- T2 - Tumor invades the muscularis propria
- T3 - Tumor invades through the muscularis propria into pericolorectal tissues
- T4 - Tumor invades through the visceral peritoneum (T4a) or invades or adheres to adjacent organ or structure (T4b)
- N1 - 1-3 regional nodes are positive
- M1c - Metastases to the peritoneal surface is identified alone or with other site or organ metastases

## NCCN Guidelines
## National Comprehensive Cancer Network
## Colon Cancer 1.2016

- Observation for stage I colon cancer
- Surveillance: CSP one year after surgery, H/P every 3-6 months for 2 years, then every 6 months for a total of 5 years; CEA every 3-6 months for 2 years then every 6 months for 5 years; CT CAP every 6-12 months (category 2B for <12 months) from date of surgery for a total of 5 years
- T1/2 N0 tumors - no adjuvant therapy
- T3 N0 tumor with a high risk feature such as a poorly differentiated tumor would be offered observation or adjuvant FOLFOX (or other chemotherapy)
- T3N1 tumor would be offered adjuvant FOLFOX or CAPEOX (category 1/preferred)

## MSKCC Colorectal Cancer Nomograms
## www.mskcc.org

- OS 5 years is 92% for T1 tumor, N0, 16 LN examined, poorly diff, 36 year old male
- OS 5 years is 90% for T2 tumor, N0, 16 LN examined, poorly diff, 36 year old male
- OS 5 years is 90% for T2 tumor, N0, 16 LN examined, poorly diff, 37 year old male
- OS 5 years is 87% for T3 tumor N0, 16 LN examined, poorly diff, 37 year old male
- OS 5 years is 77% for T3 tumor N1 (3 LN+), 16 LN examined, PD, 37 year old male

## Renfro, L. A. et al
## ACCENT-based Web Calculators to Predict Recurrence and
## Overall Survival in Stage III Colon Cancer
## JNCI 2014;106912):dju333

- 5 year OS T3N1 (3/16 LN) poorly differentiated, right-sided colon cancer in a 37 year old black male tx with FOLFOX is **70%**
- 5 year OS T3N0 poorly differentiated, right-sided colon cancer in a 37 year old black male tx with FOLFOX is **80%.**

## Baxter, N. N. et al
## Adjuvant Therapy for Stage II Colon Cancer:
## ASCO Guideline Update
## JCO 2021;40(8):892

- Meta-analysis shows 5 year survival benefit on average of not more than 5% for stage II colon cancer patients.
- Adjuvant chemotherapy may be offered to stage IIA (T3) colon cancer patients with high risk features such as poorly differentiated or PNI/LVI. The 5-year OS was 74.8% for stage II patients with 2 or more risk factors vs 87.3% for those with one risk factor.

**Doubling time: Calculation of Growth Rate of a Lesion or Mass**
**radclass.mudr.org**

Tumor measurement, mm

| | | **112 days** | 130 days | 211 days | |
|---|---|---|---|---|---|
| 6/3/16 | age 36 | 6 | 8 | 18 | T1 N0 stage I |
| 1/4/17 | age 36 | 9.3 | 12 | 22 | T2 N0 stage I |
| 6/22/17 | age 37 | 13 | 16 | 27 | T3 N0 stage II |
| 6/28/19 | age 39 | | 60 mm | | T4 N1 M1 stage IV |

**Park, S. H. et al**

**Characteristics of minute T1 Colorectal Cancer in Relevance to Pathology and Treatment**
**Annals of Surgical Treatment and Research 2020;98(4):199**

- The average size of T1 tumors was 18 mm

**Mori, M. et al**

**Morphology as a Risk Factor For the Malignant Potential of T2 Colorectal Cancer**
**Molecular and Clinical Oncology 2016;5(3):223**

- The average size of the typical ulcerated T2 colon cancer is 36.3 mm with 22% having lymph node metastases.

**Myo, K. et al**

**Sensitivity of Routine CT Abdomen and Pelvis for Detecting Colorectal Cancer**
**International Journal of Surgery 2016;36:S60**

- The overall sensitivity of routine CT abdomen/pelvis in a study of 882 patients in the UK was 74.5%. The sensitivity improved as lesions get bigger: 50% </= 2 cm, 65% > 2 cm and < 3 cm, 75% for > 3 cm and </= 4 cm, 86% >4 cm and </= 5 cm and >95% if > 5 cm. In terms of Dukes stage disease, for Duke's A (stage I) 52% were detected, Duke's B (stage II) 82% were detected and Duke's C (stage III) 80% were detected.

**Cremolini, C. et al**
**Individual Patient Data Meta-Analysis of FOLFOXIRI Plus Bevacizumab Versus Doublets Plus Bevacizumab as Initial Therapy of Unresectable Metastatic Colorectal Cancer**
**Journal of Clinical Oncology 2020;38:3314**

- A total of 1,697 patients were randomly assigned to FOLFOXIRI + bevacizumab or doublets + bevacizumab.
- Most (78%) had an ECOG performance status of 0, and the median age was 61 years.
- FOLFOX/Avastin overall survival was **24.5 months,** progression free survival of 9.9 months, and overall response rate of 53.6%.

**Guerico, B. J. et al**
**Body Mass Index and Weight Loss in Metastatic Colorectal Cancer in CALGB (Alliance)/SWOG 80405**
**JNCI Cancer Spectrum 2020;00(0):1**

- Memorial Sloan Kettering Cancer Center; 2323 patients with metastatic colon cancer.
- Prospective study of weight loss during the 6 months prior to diagnosis of metastatic colon cancer.
- Weight loss of 10.1-15% in the 6 months prior to diagnosis was associated with a mortality **hazard ratio of 1.44;** there was a 44% increased risk of death.

**Mantyh, P. W. et al**
**Molecular Mechanisms of Cancer Pain**
**Nature Reviews 2002;2:210**

- University of Minnesota
- The negative impact that cancer pain has on the quality of life cannot be overestimated.
- For many patients, pain is the first sign of cancer.
- It has been estimated that 45% of cancer patients have inadequate and undermanaged pain control.
- Tumours secrete a variety of factors that sensitize or directly excite primary afferent neurons, causing the sensation of pain. Receptors for many of these factors are expressed by primary afferent neurons.
- Both the intracellular and extracellular pH of solid tumors are lower than that of surrounding normal tissues, which can also activate sensory neurons and cause pain in cancer patients.
- Tumour growth entraps and injures nerves, causing **neuropathic pain.**
- The spinal cord and forebrain undergo neurochemical and structural changes as a state of chronic pain develops.

**Dumb, J. et al**
**Red Flag Signs and Symptoms for Patients with Early-Onset Colorectal Cancer**
**A Systematic Review and Meta-Analysis**
**JAMA Network Open 2024;7(5):e2413157**

- University of California, San Diego
- 12,859 articles reviewed; 81 studies with 24,908,126 patients younger than 50 years old included.
- The most common presenting signs and symptoms: hematochezia (45%), **abdominal pain (40%)** and altered bowel habits (27%).
- The mean time from onset of symptoms to diagnosis was 6.4 months and median of 4 months.
- The odds ratio of abdominal pain represent early onset colon cancer ranged from **1.34 to 6.00.**

**O'Connell, J. B. et al**
**Colorectal Cancer in the Young**
**The American Journal of Surgery 2004;187:343**

- UCLA study 55 articles with patients less than 40 years old with CRC; 6425 patients.
- Dukes' D 25% (metastatic); **75% Dukes' A/B/C**
- 27% poorly differentiated
- **55% abdominal pain**

## Discussion

Mr. Omar McCullough was 36 years old when he presented to PNCC 6/3/16 with 10/10 abdominal pain with nausea and vomiting. He was admitted to the infirmary. His WBC, amylase and creatinine were elevated. There was microscopic hematuria. He was seen by Dr. Michael Scott and was given IV fluids, IV Toradol and IM Compazine. Mr. McCullough's abdominal symptoms lasted for 3 days.

Mr. McCullough presented again 6/12/16 with 8-10/10 "almost unbearable" right-sided abdominal pain to Ms. Angel Rector NP at PNCC. Again he received IV fluids and IV Toradol.

A CT abdomen/pelvis with stone protocol was requested 6/17/16 and after a "collegial" meeting it was decided to go with an abdominal ultrasound which could be done at PNCC.

The standard of care for evaluation of abdominal pain with microscopic hematuria is a non-contrast CT, not ultrasound. CT is 97% sensitive and 95% specific for kidney stones, where an ultrasound is only 54% sensitive.

An abdominal ultrasound done 7/15/16 was normal.

Mr. McCullough presented with abdominal pain, early satiety, weight loss and bloating to PNCC nursing 12/24/16. NP Rector saw Mr. McCullough at PNCC 1/4/17 for ongoing abdominal pain. She attempted to reassure him, but he was "convinced that something was wrong." Laboratory and a KUB were ordered and were not helpful. The repeat urinalysis was normal.

Dr. Scott saw Mr. McCullough 1/13/17 for persistent progressive and now constant abdominal pain. Again he was referred for KUB and labs.

The standard of care in this setting would have been to order a CT abdomen/pelvis and a GI consultation for EGD/colonoscopy.

Colonoscopy is indicated to evaluate signs and symptoms of possible colonic or distal small bowel disease.

CT abdomen/pelvis will detect approximately 65% of colorectal cancers greater than 2 cm (and 50% of those less than 2 cm).

Among adults under the age of 50, CRC is now the second most common cause of cancer among men. The incidence of CRC in patients less than 50 years has doubled since the early 1990s. Men have a 41.6% life time risk to develop an invasive cancer and the average risk male has a 4.3% risk for CRC.

Mr. McCullough had an increased risk for colorectal cancer due to his Black race and positive family history of 2 second degree relatives with colorectal cancer (1.6 times increased risk). Mr. McCullough's providers at PNCC did not consider his increased risk for colorectal cancer in the differential of his ongoing abdominal pain.

Colon cancer is a highly curable disease. 71% of patients present with local/regional disease. The 5-year relative survival is 91% for local disease and 73% for regional cancer overall. Surgery is the cornerstone of treatment followed by adjuvant chemotherapy for patients with a high risk to recur despite surgery.

The average doubling time of colorectal cancer is 130 days - 211 days. Poorly differentiated tumors have a more rapid doubling time - approximately 112 days.

Knowing that the subsequently diagnosed cecal cancer measured 60 mm 6/28/19, tumor growth doubling time calculations may be made to determine the size of the tumor at different periods of time.

Taking a doubling time of 112 days, the tumor would have measured approximately 6 mm 6/3/16, 9.3 mm 1/4/17, and 13 mm 6/22/17.

If a colonoscopy had been done in June 2016, Mr. McCullough would have been diagnosed with a poorly differentiated T1 N0 Stage I cecal cancer. He would have been cured with surgery alone with a 92% probability according to the Memorial Sloan Kettering colon cancer nomograms.

Colon cancer typically passes through about one stage per year.

40-55% of patients with early onset (patients under the age of 40 - 50 years) colorectal cancer present with abdominal pain.

By January 2017, Mr. McCullough would have likely had a T2 N0 stage I cancer. He would have been cured with surgery alone with a 90% probability according to the Memorial Sloan Kettering colon cancer nomograms.

Mr. McCullough continued to see the PNCC providers for ongoing abdominal pain. He presented 6/22/17 to an NP and was told to take fluids, fiber and simethicone. No CT abdomen/pelvis or GI referral for EGD/colonoscopy was recommended.

Mr. McCullough most likely had a stage II T3 N0 poorly differentiated colon cancer in June 2017. PNI (perineural invasion) and LVI (lymphovascular invasion) were noted at surgery June 2019, so he likely would have had these high risk factors (poorly differentiated, PNI, LVI) at this time.

Patients with stage II colon cancer with high risk factors may be offered adjuvant chemotherapy according to the NCCN guidelines. There may be up to a 5% survival benefit to adjuvant chemotherapy. Typical chemotherapy regimens include FOLFOX (Oxaliplatin, Leucovorin, 5FU) for 12 doses or 6 cycles. According to the ACCENT trial data, the 5-year overall survival for patients with a T3 N0 poorly differentiated right-sided colon cancer diagnosed at age 37 treated with adjuvant FOLFOX would be approximately 80%. According to MSKCC, his 5 year overall survival would be 87%.

Mr. McCullough would have likely had a stage III colon cancer diagnosed in June 2018. He would have had at most 3 regional lymph nodes involved with cancer and most likely a T3 cancer. According to the ACCENT trial data, his 5 year overall survival would have been 70% with surgery and adjuvant FOLFOX. According to MSKCC, his 5 year overall survival would be 77%.

Mr. McCullough should have been cured of his colon cancer had it been diagnosed between June 2016 and June 2018.

On 1/3/19, Mr. McCullough was seen by Lori Moton APRN NP at Danville Correctional Center for evaluation of constipation and abdominal pain. He had not experienced any weight loss. More likely then not, he had metastatic colon cancer at this point. As he had not experienced weight loss, his overall survival would have been estimated to be 24.5 months per the Cremolini data in the Journal of Clinical Oncology 2020. He would have been expected to live on average until approximately **1/17/21.**

Mr. McCullough presented with stage IV metastatic colon cancer in June 2019. He had significant weight loss (he weighed 176 and 183 pounds 1/3/19 and 2/13/19 down to 156.4 pounds 6/19/19 = 19.6 - 26.6 pounds or 11.1 - 14.5% loss of body mass), abdominal pain, nausea and vomiting. He was anemic and his liver function tests were elevated. He was treated with palliative right hemicolectomy (and liver biopsy) with ileostomy for bowel obstruction 6/28/19. His postoperative course was complicated by pulmonary embolism (treated with Lovenox then Xarelto), abdominopelvic abscess (treated with IV antibiotics) and severe malnutrition.

According to the Guerico data in the JNCI Cancer Spectrum 2020, due to the weight loss, he would have been expected to live 44% shorter than someone with metastatic colon cancer and no weight loss. When he was diagnosed with metastatic colon cancer 6/28/19 he would have been expected to live approximately 10.78 months until approximately 5/22/20.

The CEA was extremely high at 8383.0 ng/mL (0-3 ng/mL) when he saw Dr. Dammrich at Northwestern Medicine Hematology and Oncology 8/8/19. CT imaging showed innumerable liver and lung metastases and  bone metastases at L5, L1, T12, and T11.

Mr. McCullough received palliative FOLFOX/Avastin from 7/25/19 - 12/9/19. He had numerous hospital admissions for abdominal pain, bleeding, weight loss, nausea, vomiting, edema, anasarca, fatigue, headache and chest pain. He developed hand/foot syndrome, shortness of breath and neuropathy from the chemotherapy. His weight dropped to 130 pounds. His CEA dropped to 861.2 ng/mL, however he had evidence of progressive liver metastases by January 2020.

Mr. McCullough received second line chemotherapy with FOLFIRI (Irinotecan, 5FU, Leucovorin) from 1/21/20 - 2/18/20.

The liver function tests continued to rise and he developed liver failure. He was admitted to hospice 3/6/20 and died from his metastatic colon cancer **3/28/20** at the age of 40 years old.

Had Mr. McCullough been diagnosed with localized colon cancer in a timely fashion per the standard of care, he would have been cured of colon cancer and not have had to endure the many dreadful symptoms of metastatic disease, including early death.

According to the Social Security Life Expectancy Tables, a 40 year male living in the US has on average 36.58 more years to live. According to the CDC and National Center for Health Statistics (2022 report) a 40 year old Black male will on average live to approximately 72 years old.

Therefore, due to the negligent delay in colon cancer diagnosis by his Illinois Department of Corrections/Wexford Health Sources, Inc providers, Mr. McCullough's life was shortened by at least 32 years.

Had Mr. McCullough been diagnosed with metastatic colon cancer in January 2019, he would have been expected to live until January 2021. Due to the negligent delay in metastatic colon cancer diagnosis by his Illinois Department of Corrections/Wexford Health Sources, Inc providers, Mr. McCullough would have lived approximately **10 months** longer with his metastatic cancer had he been diagnosed and treated with palliative chemotherapy starting in January 2019.

## Conclusion

Mr. McCullough should have diagnosed with localized colon cancer by at least January 2017 when he presented with a 6 month history of intermitted almost unbearable abdominal pain with nausea and vomiting. His symptoms were likely from colon cancer. He had an increased risk for colon cancer based on his positive family history and Black race. His PNCC providers should have recommended CT abdomen/pelvis and GI referral for EGD/colonoscopy according to the standard of care. In January 2017 he most likely would have been diagnosed with a T2 N0 stage I colon cancer and been cured with surgery alone with a 90% probability. By June 2017, Mr. McCullough most likely would have had a stage II T3 N0 cancer with the high risk features of poorly differentiated and PNI/LVI. He would have had surgery and likely received adjuvant FOLFOX chemotherapy. His 5-year survival would have been 80-87%. In June 2018, he would have likely had a stage III T3 N1 cancer with a 70-77% 5-year survival with surgery and adjuvant FOLFOX chemotherapy. Mr. McCullough should have been cured of colon cancer at least through June 2018. If Mr. McCullough was diagnosed with metastatic colon cancer in January 2019 when he had not yet experienced weight loss, it would be estimated that he would live until approximately January 2021. Mr. McCullough was diagnosed with stage IV metastatic colon cancer in June 2019.

He was offered palliative chemotherapy. Mr. McCullough died from his metastatic colon cancer 3/28/20. He suffered with many dreadful symptoms of metastatic cancer for months.

Due to the negligent delay in colon cancer diagnosis by his IDOC/Wexford providers, Mr. McCullough's life was shortened by at least 32 years.

Had Mr. McCullough been diagnosed with metastatic colon cancer in January 2019 and treated with palliative chemotherapy, he would have lived approximately 10 months longer.

My opinions are stated within a reasonable degree of medical certainty, meaning more likely than not, and are based upon my review of the information submitted, and my education, training, and experience. I reserve the right to amend my report as more information may become available.

*Judy L Schmidt MD*
_____                    8/6/24
Judy L Schmidt MD