UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEYANA WILEY, Administrator of the Estate of OMAR MCCULLOUGH, <br><br> Plaintiff, <br><br> v. <br><br> JUSTIN YOUNG, C. WALKER, ANGELA WACHTOR, JUSTIN DUPREY, JANE DOE, WEXFORD HEALTH SOURCES, INC., and NURSE CYNTHIA, <br><br> Defendants. | Case Number 3:21-cv-00599-DWD <br><br> Judge David W. Dugan |

**PLAINTIFF's MOTION FOR LEAVE TO FILE HER RESPONSE TO DEFENDANTS' MOTIONS TO SUMMARY JUDGMENT WITH EXCESS PAGES, TO FILE CERTAIN EXHIBITS UNDER SEAL, AND TO FILE *INSTANTER***

Plaintiff respectfully requests leave to file their response brief in excess of 18 pages, totaling 38 (excluding the Plaintiff's Statement of Additional Facts), in opposition to Defendants' Motions for Summary Judgment, and to file certain exhibits in support thereof under seal pursuant to Local Rule 5.1:

**REQUEST FOR EXTRA PAGES**

1. Defendants successfully sought leave from this Court to file briefs totaling 48 pages. *See* Dckt. No. 211. As this Court instructed, Defendants filed a 45 page brief. *See* Dckt. No. 213.

2. In turn, Plaintiff has prepared a response to Defendants' Motions for Summary Judgment.

3. Plaintiff has attempted to write as concise of a response brief as possible, but was unable to adequately address all of Defendants' arguments while staying within the local rule's 20-page limit.

1

4.       Therefore, Plaintiff requests leave to file a brief of no more than xx pages in response to Defendants' motion for summary judgment.

5.       Plaintiff's comprehensive and consolidated brief is intended to provide the Court with as much assistance as possible in conserving the various issues involved.  Given the stakes for Plaintiffs, they respectfully request that this Court permit them to file this oversized brief in support of their positions.

**REQUEST FOR LEAVE TO FILE UNDER SEAL**

6.       Additionally Exhibit 6 to Plaintiff's Response to Defendants' Motions for Summary Judgment, filed today, contain third party medical information that has designated as protected information pursuant to the HIPPA Qualified Protective Order entered in this case (Dckt. 54).

7.       Consistent with the protective order (Dckt. 54) good cause exists to allow Plaintiff to file these documents under seal rather than publicly.

**REQUEST FOR LEAVE TO FILE *INSTANTER***

8.       Lastly, Plaintiff respectfully moves for leave instanter to make her Responses to the Rule 56 filings out of time. Plaintiff's Rule 56 filings were due Friday February 21, 2025. Plaintiff was not dilatory in his filings, and Plaintiff respectfully submits that the delay of several hours will not prejudice the defendants in replying to Plaintiff's Response. Plaintiff has worked diligently to complete her response brief in time but due to unanticipated delays in preparing for filing, and the extensive briefing required to respond to Defendant's arguments, Plaintiff needed extra time to complete her brief.

WHEREFORE, Plaintiff, Keyana Wiley respectfully requests leave to file her oversized Consolidated Response to Defendants' Motions for Summary Judgment, and certain exhibits in support of her responses under seal, and instanter.

        Respectfully Submitted,

        */s/ Maria Makar*
        *One of Attorneys for Plaintiff*
        Jon Loevy
        Maria Makar
        Gianna Gizzi
        LOEVY & LOEVY
        311 North Aberdeen Street,
        Chicago, IL 60607
        (312) 243-5900