22608/048792

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEYANA WILEY, Administrator of the Estate of OMAR MCCULLOUGH #K77858,<br><br>            Plaintiff,<br><br>v.<br><br>JUSTIN YOUNG, C. WALKER, ANGELA WACHTOR, JUSTIN DUPREY, JANE DOE, WEXFORD HEALTH SOURCES, INC., and NURSE CYNTHIA,<br><br>            Defendant. | No. 3:21-cv-00599-DWD |

## **MOTION TO CONTINUE TRIAL SETTING**

COME NOW the Defendants, Justin Young, Courtney Walker, Angelica Wachtor, R.J. Duprey, Wexford Health Sources, Inc. and Nurse Cynthia Ross, by and through their undersigned counsel, CASSIDAY SCHADE LLP, and for their Motion to Continue Trial Setting, states as follows:

1. Currently pending are several Dispositive and *Daubert* motions filed by the parties.

2. The final pretrial conference in this case is set for February 24, 2026. The case is currently set for a jury trial on March 2, 2026 (Doc. 265).

3. Defendants' pending motions may resolve some or all of the claims against them. Similarly, the pending motions may result in certain retained expert witnesses being barred or limited in their testimony in this matter.

4. If the trial is not continued, the parties would be required to spend time and resources preparing for a trial that could be avoided or limited. Defendants and witnesses will need to make arrangements with their employers to take time off work to be available for trial. Simiarly, many of the parties and their witnesses would need to travel for

trial, which could incur unnecessary expenses should Defendants' motions be granted or the trial be subsequently continued.

5. Further, if the case is not resolved on summary judgment, the parties would need sufficient time to analyze the court's ruling and determine how to proceed and what effect the rulings have on the trial in this matter.

6. Lastly, this case was worked up in its entirety by the undersigned's former partner, Jaclyn Kinkade. Ms. Kinkade departed Cassiday Schade in September. The undersigned inherited numerous of her files, including several wrongful death cases. The undersigned is currently scheduled to start a 2+ week jury trial in St. Louis County on January 5, 2026 (*DeFeo v. Reatini, et al. 24SL-CC04434*) and needs additional time to properly prepare his defense of this case as well as the *DeFeo* case.

7. For these reasons, and for good cause, Defendants seek to continue the trial date until after a ruling on the Defendants' Dispositive and *Daubert* motions and requests a status conference to discuss dates for resetting the trial.

WHEREFORE for the foregoing reasons, Defendants pray that the court continue the trial setting of this matter until after such time as the court has issued its ruling on the Dispositive and *Daubert* motions and for such other and further relief as the court deems just and proper.

Respectfully submitted,

CASSIDAY SCHADE LLP

By: /s/ Timothy P. Dugan
One of the Attorneys for
Justin Young, Courtney Walker,
Angelica Wachtor, R.J. Duprey,
Wexford Health Sources, Inc. and
Nurse Cynthia Ross

Timothy P. Dugan (ARDC No. 6271610)
CASSIDAY SCHADE LLP
100 North Broadway
St. Louis, MO 63102
(314) 241-1377
tdugan@cassiday.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2025, I electronically filed the foregoing document with the Clerk of the Southern District of Illinois using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Locke E. Bowman
Maria A. Makar
Gianna Gizzi
Jessie Barajas
Loevy & Loevy
locke@loevy.com
makar@loevy.com
gizzi@loevy.com
jessie@loevy.com

Tara Marie Barnett
Assistant Attorney General
Office of the Illinois Attorney General
tara.barnett@ilag.gov

Keith B. Hill
Heyl, Royster, Voelker & Allen
khill@heylroyster.com

/s/ Timothy P. Dugan